Bruce S. Sostek, admitted *pro hac vice*
bruce.sostek@tklaw.com
Richard L. Wynne, Jr., admitted *pro hac vice*
richard.wynne@tklaw.com
Adrienne E. Dominquez, admitted *pro hac vice*
adrienne.dominguez@tklaw.com
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1700
Facsimile: (214) 969-1751

John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Christopher A. Hohn, Bar No. 271759
chohn@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Plaintiffs
BROADCOM CORPORATION and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BROADCOM CORPORATION AND AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED,**<br><br>Plaintiffs,<br><br>v.<br><br>**NETFLIX, INC.,**<br><br>Defendant. | Case No. 8:20-cv-00529-JVS-ADS<br><br>**MEMORANDUM OF MOOTNESS ISO PLAINTIFFS' OPPOSITION TO NETFLIX'S MOTION TO DISMISS UNDER RULE 12(B)(6)**<br><br>Judge:  Hon. James V. Selna<br>Hearing Date:  July 13, 2020<br>Time:  1:30 p.m. |

Memorandum of Mootness ISO
Pls.' Opp'n to Motion to Dismiss                      – i –                      Case No. 8:20-cv-00529-JVS-ADS

| | Courtroom: | 10C, 10th Floor |
|---|---|---|

Memorandum of Mootness ISO
Pls.' Opp'n to Motion to
Dismiss                               – ii –         Case No. 8:20-cv-00529-JVS-ADS

Plaintiffs Broadcom Corporation and Avago Technologies International Sales Pte. Limited (collectively, "Broadcom") respectfully submit that Defendant Netflix, Inc.'s Motion to Dismiss (ECF Nos. 43 (Notice), 44 (Memorandum in Support) is moot.

Prior to this filing, Broadcom filed an Amended Complaint (ECF No. 52) pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure. As the United States Court of Appeals for the Ninth Circuit has repeatedly held, "an 'amended complaint supersedes the original, the latter being treated thereafter as non-existent.'" *Ramirez v. Cty. of San Bernadino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (quoting *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997), *overruled on other grounds by Lacey v. Maricopa Cty.*, 693 F.3d 896, 927–28 (9th Cir. 2012)) (citing *Valadez-Lopez v. Chertoff*, 656 F.3d 851, 857 (9th Cir. 2011)). "In other words, 'the original pleading no longer performs any function . . . .'" *Id.* (quoting *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992)).

Thus, the Amended Complaint moots Defendant Netflix, Inc.'s pending motion to dismiss. *Safari Club Int'l v. Rudolph*, No. SACV 13-1989 JVS (ANx), 2014 WL 12595128, at *2 (C.D. Cal. Feb. 24, 2014) (Selna, J.) (citing *Bisson v. Bank of Am., N.A.*, No. C12-0995JLR, 2012 WL 5866309, at *1 (W.D. Wash. Nov. 16, 2012)). Even where, as here, the Amended Complaint asserts additional causes of action and leaves the underlying existing causes of action almost entirely the same as those in the Original Complaint, the Amended Complaint renders the motion to dismiss moot. *Id.*

If Defendant Netflix, Inc. files a new motion to dismiss attacking the now-operative Amended Complaint, Broadcom will respond to the substance of that motion in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

Memorandum of Mootness ISO
Pls.' Opp'n to Motion to            – 1 –            Case No. 8:20-cv-00529-JVS-ADS
Dismiss

For the foregoing reasons, Broadcom respectfully submits that its Amended Complaint renders Defendant Netflix, Inc.'s motion to dismiss moot and asks the Court to deny that motion as moot.

Dated: June 22, 2020					THOMPSON & KNIGHT LLP


							By: */s/ Bruce S. Sostek*
							Bruce S. Sostek
							Attorney for Plaintiffs
							BROADCOM CORPORATION
							and AVAGO
							TECHNOLOGIES
							INTERNATIONAL SALES
							PTE. LIMITED

Memorandum of Mootness ISO
Pls.' Opp'n to Motion to						– 2 –		Case No. 8:20-cv-00529-JVS-ADS
Dismiss