UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: June 3, 2021                                                      Judge: Hon. James Donato

Time: 9 Minutes

Case No.        **3:20-cv-04677-JD**
Case Name     **Broadcom Corporation et al v. Netflix, Inc.**

Attorney(s) for Plaintiff(s):     Richard Wynne
Attorney(s) for Defendant(s):     Hinh D. Tran/Sharif E. Jacob

Deputy Clerk: Lisa R. Clark                                   Court Reporter: Debra Pas

PROCEEDINGS

Motion to Stay -- Held (by remote access)

NOTES AND ORDERS

The Court defers a decision on the motion to stay, Dkt. No. 109, pending further developments in the PTAB. The parties should update the Court when the PTAB issues institution decisions on Netflix's IPR petitions.

On the unopposed request to remove an incorrectly filed document, Dkt. No. 117, the Court cannot remove documents from the ECF docket. The document (Dkt. No. 113-4) has been locked, and will remain inaccessible to the public.