KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
MATTHIAS A. KAMBER - # 232147
mkamber@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
SHARIF E. JACOB - # 257546
sjacob@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
EDWARD A. BAYLEY - # 267532
ebayley@keker.com

633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION, et al., | Case No. 3:20-cv-04677-JD |
| Plaintiffs, | **NOTICE OF INSTITUTION OF *INTER PARTES* REVIEW ON THE '992 AND '722 PATENTS** |
| v. | |
| NETFLIX, INC., | Judge:     Honorable James Donato |
| Defendant. | |
| | Trial Date:  None Set |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to the Court's June 3, 2021 Order, (Dkt. No. 123), Netflix hereby gives notice that the Patent Trial and Appeal Board (the "Board") has instituted *inter partes* review ("IPR") of twenty-eight (28) claims of two additional asserted patents, placing under IPR all sixteen (16) of the asserted claims of those two patents.

First, the Board instituted IPR of claims 1–14 and 16–19 of U.S. Patent No. 8,270,992 (the "'992 patent"). Attached hereto as **Exhibit A** is a true and correct copy of the Board's June 21, 2021 Decision Granting Institution of *Inter Partes* Review of U.S. Patent No. 8,270,992 B2 in IPR2021-00303. All eight claims of the '992 patent currently asserted by Broadcom (Claims 1, 2, 3, 5, 6, 7, 8, 10) are now under IPR.

Second, the Board has also instituted IPR of claims 4, 6–8, 12, 14–16, 20, and 22 of U.S. Patent No. 7,457,722 (the "'722 patent"). Attached hereto as **Exhibit B** is a true and correct copy of the Board's June 25, 2021 Decision Granting Institution of *Inter Partes* Review of U.S. Patent No. 7,457,722 B1 in IPR2021-00431. In conjunction with the previous institution decision on the '722 patent in IPR2021-00045, (*see* Dkt. No. 109-1, ¶ 11 & Ex. I), all eight claims of the '722 patent currently asserted by Broadcom (Claims 1, 2, 4, 6, 8, 11, 14, 15) are now under IPR.

With these institution decisions, the Board has now instituted IPR on 30 of 81 (37%) of the asserted claims in this litigation. Should the Court grant Netflix's motion to dismiss under 35 U.S.C. § 101, particularly as to the '079 and '245 patents, eleven (11) claims will no longer be asserted, and 30 of the 70 (42.9%) remaining asserted claims will be under IPR.

Institution decisions remain pending as to particular claims of U.S. Patent Nos. 6,982,663 and 8,572,138.

/////

/////

1
NOTICE OF INSTITUTION OF *INTER PARTES* REVIEW ON THE '992 AND '722 PATENTS
Case No. 3:20-cv-04677-JD
1710719

Respectfully submitted,

Dated: July 9, 2021

KEKER, VAN NEST & PETERS LLP

By: */s/ Sharif E. Jacob*
ROBERT A. VAN NEST
MATTHIAS A. KAMBER
PAVEN MALHOTRA
SHARIF E. JACOB
THOMAS E. GORMAN
EDWARD A. BAYLEY

Attorneys for Defendant
NETFLIX, INC.