KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
MATTHIAS A. KAMBER - # 232147
mkamber@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
SHARIF E. JACOB - # 257546
sjacob@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
EDWARD A. BAYLEY - # 267532
ebayley@keker.com

633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION, et al., | Case No. 3:20-cv-04677-JD |
| Plaintiffs, | **NOTICE OF INSTITUTION OF *INTER PARTES* REVIEW ON THE '138 PATENT** |
| v. | |
| NETFLIX, INC., | Judge:   Honorable James Donato |
| Defendant. | Trial Date:  None Set |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to the Court's June 3, 2021 Order, (Dkt. No. 123), Netflix hereby gives notice that the Patent Trial and Appeal Board (the "Board") has instituted *inter partes* review ("IPR") of the final 5 claims of U.S. Patent No. 8,572,138 (the "'138 patent"). The Board has now instituted IPR on 7 of the 10 (70%) petitions filed by Netflix.

Attached hereto as **Exhibit A** is a true and correct copy of the Board's September 7, 2021 Decision Granting Institution of *Inter Partes* Review of U.S. Patent No. 8,572,138 B2 in IPR2021-00542. The Board instituted IPR of claims 11, 12, 14, 22, and 24 of the '138 patent, and, in combination with the previous institution decision on claims 1, 9, 16, 19, and 23 of the '138 patent in IPR2020-01582, (*see* Dkt. No. 109-1, ¶ 9 & Ex. F), all 8 claims of the '138 patent asserted by Broadcom are under IPR.

Moreover, 33 of 81 (41%) of the asserted claims and 5 of 12 (42%) of the asserted patents in this litigation are now in IPR. In addition, Netflix's motion for reconsideration of the Board's May 17, 2021 Decision Denying Institution of *Inter Partes* Review of U.S. Patent No. 8,365,183 B2 remains pending. If the Board were to grant the motion for reconsideration, 41 of 81 (51%) of the asserted claims and 6 of 12 (50%) of the asserted patents would be in IPR.

Netflix's motion to dismiss under 35 U.S.C. § 101 is also pending. Should the Court grant the motion, particularly as to the '079 and '245 patents, 2 patents with 11 asserted claims would be eliminated from this case, leaving 33 of 70 (47%) of the remaining claims and 5 of 10 (50%) of the remaining patents under IPR. If the motion to dismiss and the motion for reconsideration are both granted, 41 of 70 (59%) of the asserted claims and 6 of 10 (60%) of the asserted patents would be under IPR.

/////

/////

|  | Respectfully submitted, |
|---|---|
| Dated: September 7, 2021 | KEKER, VAN NEST & PETERS LLP |
| By: | /s/ Sharif E. Jacob |

ROBERT A. VAN NEST
MATTHIAS A. KAMBER
PAVEN MALHOTRA
SHARIF E. JACOB
THOMAS E. GORMAN
EDWARD A. BAYLEY

Attorneys for Defendant
NETFLIX, INC.