Bruce S. Sostek, admitted *pro hac vice*
bruce.sostek@hklaw.com
Richard L. Wynne, Jr., admitted *pro hac vice*
richard.wynne@hklaw.com
Adrienne E. Dominguez, admitted *pro hac vice*
adrienne.dominguez@hklaw.com
Justin S. Cohen, admitted *pro hac vice*
justin.cohen@hklaw.com
**HOLLAND & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone:     (214) 969–1700
Facsimile:      (214) 969–1751

John V. Picone II, Bar No. 187226
jpicone@hokinescarley.com
**HOPKINS & CARLEY**
**A LAW CORPORATION**
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

Mailing address:
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286–9800
Facsimile:      (408) 998–4790

ATTORNEYS FOR PLAINTIFFS
BROADCOM CORPORATION and AVAGO
TECHNOLOGIES INTERNATIONAL
SALES PTE. LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Broadcom Corporation *et al.*, | Case No. 3:20-cv-04677-JD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING BROADCOM'S UNOPPOSED ADMINISTRATIVE MOTION FOR ISSUANCE OF LETTERS OF REQUEST** |
| v. | |
| Netflix, Inc., | |
| Defendant. | Judge:       Honorable James Donato |

The Court, having fully considered the papers and arguments presented by Plaintiffs Broadcom Corporation and Avago Technologies International Sales Pte. Ltd. (collectively, Broadcom), GRANTS Broadcom's Unopposed Administrative Motion for Issuance of Letters of Request.

The Court hereby issues the Letters of Request attached as Exhibit A to Broadcom's Motion.

Dated: ___September 29_____, 2021     By: _____

James Donato
United States District Judge

[PROPOSED] ORDER GRANTING BROADCOM'S UNOPPOSED ADMINISTRATIVE MOTION FOR
ISSUANCE OF LETTERS OF REQUEST
Case No. 3:20-cv-04677-JD