Bruce S. Sostek, admitted *pro hac vice*
bruce.sostek@hklaw.com
Richard L. Wynne, Jr., admitted *pro hac vice*
richard.wynne@hklaw.com
Adrienne E. Dominguez, admitted *pro hac vice*
adrienne.dominguez@hklaw.com
Justin S. Cohen, admitted *pro hac vice*
justin.cohen@hklaw.com
**HOLLAND & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone:   (214) 969–1700
Facsimile:   (214) 969–1751

John V. Picone II, Bar No. 187226
jpicone@hokinescarley.com
**HOPKINS & CARLEY
 A LAW CORPORATION**
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

Mailing address:
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:   (408) 286–9800
Facsimile:   (408) 998–4790

ATTORNEYS FOR PLAINTIFFS
BROADCOM CORPORATION and AVAGO
TECHNOLOGIES INTERNATIONAL
SALES PTE. LIMITED

**KEKER, VAN NEST & PETERS LLP**
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
SHARIF E. JACOB - # 257546
sjacob@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
MICHELLE YBARRA - # 260697
mybarra@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
DAVID J. ROSEN - # 296139
drosen@keker.com
EDWARD A. BAYLEY - # 267532
ebayley@keker.com
KATIE LYNN JOYCE - #308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

ATTORNEYS FOR
DEFENDANT NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>NETFLIX, INC.,<br><br>　　　　　　Defendant. | Case No. 3:20-cv-04677-JD<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME; [PROPOSED] ORDER**<br><br>Judge:　　Honorable James Donato<br><br>Date Filed: March 13, 2020<br><br>Trial Date: December 4, 2023 |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Broadcom Corporation and Avago Technologies International Sales PTE. Limited ("Plaintiffs") and Defendant Netflix, Inc. ("Netflix") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

WHEREAS, the Court issued a Scheduling Order (ECF 261) setting case deadlines;

WHEREAS, the Scheduling Order requires the Parties to complete fact discovery by November 10, 2022 and exchange opening expert disclosures by December 16, 2022;

WHEREAS, the Parties have been working on completing their document productions and scheduling fact-witness depositions, but due to multiple reasons, it has proven impossible to complete all fact-witness depositions by the current fact-discovery cut-off;

WHEREAS, all fact-witness depositions must be completed sufficiently in advance of the expert disclosure deadline, to ensure the exchange of complete expert disclosures;

WHEREAS, the Parties have not previously requested any modification to the Scheduling Order;

WHEREAS, the Parties' proposed modifications to the Scheduling Order will have no effect on the dispositive-motion deadline or trial date;

WHEREAS, the Parties agree that no new discovery requests, including subpoenas (other than cross-subpoenas), will be served and no new party or third-party depositions will be permitted if the party seeking the deposition did not indicate to the opposing party an intention to take such deposition before the original fact-discovery cut-off of November 10, 2022; and

NOW THEREFORE, the Parties respectfully request that this Court order the following modifications to the Scheduling Order:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Add parties or amend pleadings | Closed | *Unchanged* |
| Deadline to meet and confer re: claim reduction | Closed | *Unchanged* |

| | | |
|---|---|---|
| Deadline to agree to claim reduction or file a motion for claim reduction | Closed | *Unchanged* |
| Deadline to meet and confer re: prior art reduction | November 7, 2022 | *Completed* |
| Deadline to substantially complete production of documents in response to RFPs served prior to October 10, 2022 | N/A | November 11, 2022 |
| Deadline to agree to prior art reduction or file a motion for prior art reduction | November 14, 2022 | *Completed* |
| Deadline to produce requested ESI as to custodians Peisong Chen and Rich Nelson | N/A | November 15, 2022 |
| Deadline to produce requested ESI as to remaining custodians | N/A | November 18, 2022 |
| Deadline to supplement discovery responses | N/A | November 21, 2022 |
| Deadline to provide final supplemental discovery responses before fact-discovery cut-off | N/A | December 9, 2022 |
| Fact discovery cut-off | November 10, 2022 | December 15, 2022 |
| Expert disclosures | December 16, 2022 | January 20, 2023 |
| Rebuttal expert disclosures | February 8, 2023 | March 15, 2023 |
| Expert discovery cut-off | March 29, 2023 | April 7, 2023 |
| Last day to file dispositive and *Daubert* motions | May 2, 2023 | *Unchanged* |
| Exchange of deposition and discovery response | May 11, 2023 | *Unchanged* |

| | | |
|---|---|---|
| designations | | |
| Deadline to file responsive briefs to dispositive and *Daubert* motions | May 23, 2023 | *Unchanged* |
| Lead trial counsel to meet and confer re: preparation of joint pretrial materials | May 30, 2023 | *Unchanged* |
| Exchange counter-designations and objections to deposition and discovery-response designations | June 1, 2023 | *Unchanged* |
| Deadline to file reply briefs to dispositive and *Daubert* motions | June 6, 2023 | *Unchanged* |
| Exchange exhibits and exhibit lists | September 26, 2023 | *Unchanged* |
| Exchange objections to exhibit lists | October 12, 2023 | *Unchanged* |
| Exchange witness lists | October 12, 2023 | *Unchanged* |
| Parties exchange motions *in limine* | October 19, 2023 | *Unchanged* |
| Parties exchange oppositions to motions *in limine* | October 26, 2023 | *Unchanged* |
| Pretrial filings | November 2, 2023 | *Unchanged* |
| Pretrial conference | November 16, 2023 at 1:30 p.m. | *Unchanged* |
| Parties to file deposition and discovery designations, including counter-designations and objections | November 30, 2023 | *Unchanged* |
| Jury Trial | December 4, 2023, at 9:00 a.m. | *Unchanged* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE JAMES DONATO
UNITES STATES DISTRICT JUDGE

|   |   |
|---|---|
| /s/ Richard L. Wynne, Jr. | /s/ Katie Lynn Joyce |

Bruce S. Sostek, admitted *pro hac vice*
bruce.sostek@hklaw.com
Richard L. Wynne, Jr., admitted *pro hac vice*
richard.wynne@hklaw.com
Adrienne E. Dominguez, admitted *pro hac vice*
adrienne.dominguez@hklaw.com
Justin S. Cohen, admitted *pro hac vice*
justin.cohen@hklaw.com
**HOLLAND & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone:   (214) 969–1700
Facsimile:   (214) 969–1751

John V. Picone II, Bar No. 187226
jpicone@hokinescarley.com
**HOPKINS & CARLEY**
 **A LAW CORPORATION**
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

Mailing address:
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:   (408) 286–9800
Facsimile:   (408) 998–4790

ATTORNEYS FOR PLAINTIFFS
BROADCOM CORPORATION and AVAGO
TECHNOLOGIES INTERNATIONAL
SALES PTE. LIMITED

KEKER, VAN NEST & PETERS LLP

**KEKER, VAN NEST & PETERS LLP**
ROBERT A. VAN NEST - #84065
rvannest@keker.com
SHARIF E. JACOB - #257546
sjacob@keker.com
PAVEN MALHOTRA - #258429
pmalhotra@keker.com
MICHELLE YBARRA - #260697
mybarra@keker.com
THOMAS E. GORMAN - #279409
tgorman@keker.com
DAVID J. ROSEN - #296139
drosen@keker.com
EDWARD A. BAYLEY - #267532
ebayley@keker.com
KATIE LYNN JOYCE - #308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

ATTORNEYS FOR
DEFENDANT NETFLIX, INC.

## ATTESTATION

In accordance with Civil Local Rule 5-1(h)(3), I attest that each of the signatories have concurred in the filing of this document.

Dated:  November 10, 2022                    By: /s/ Katie Lynn Joyce
                                                 KATIE LYNN JOYCE