1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BROADCOM CORPORATION, et al.,

Plaintiffs,

v.

NETFLIX INC,

Defendant.

Case No.  3:20-cv-04677-JD

**AMENDED SCHEDULING ORDER**

The Court sets the following amended case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.  The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| Event | Deadline |
|---|---|
| Deadline for Plaintiffs to elect no more than 3 claims per patent and 16 total claims | December 30, 2022 |
| Deadline for Plaintiffs to serve privilege log for withheld ESI and redactions to Anaqua database information | January 6, 2023 |
| Deadline for Defendant to elect no more than 4 prior art references per patent and no more than 16 total references | January 12, 2023 |
| Deadline for Plaintiffs to serve second amended damages contentions | February 1, 2023 |
| Deadline for Defendant to serve second amended responsive damages contentions | March 3, 2023 |
| Fact discovery cut-off | March 17, 2023 |

United States District Court
Northern District of California

| Event | Deadline |
|---|---|
| Expert disclosures | April 21, 2023 |
| Rebuttal expert disclosures | June 6, 2023 |
| Expert discovery cut-off | June 30, 2023 |
| Last day to file dispositive and *Daubert* motions | July 21, 2023 |
| Exchange of deposition and discovery response designations | August 2, 2023 |
| Deadline to file responsive briefs to dispositive and *Daubert* motions | August 11, 2023 |
| Lead trial counsel to meet and confer re: preparation of joint pretrial materials | August 18, 2023 |
| Exchange counter-designations and objections to deposition and discovery-response designations | August 23, 2023 |
| Deadline to file reply briefs to dispositive and *Daubert* motions | August 25, 2023 |
| Exchange exhibits and exhibit lists | November 23, 2023 |
| Exchange objections to exhibit lists | December 7, 2023 |
| Exchange witness lists | December 7, 2023 |
| Parties exchange motions *in limine* | December 14, 2023 |
| Parties exchange oppositions to motions *in limine* | December 21, 2023 |
| Pretrial filings | December 26, 2023 |
| Pretrial conference | January 25, 2024, at 1:30 p.m. |
| Parties to file deposition and discovery designations, including counter-designations and objections | February 1, 2024 |
| Jury Trial | February 12, 2024, at 9:00 a.m. |

All dates set by the Court should be regarded as firm.  Counsel may not modify these dates by stipulation without leave of court.  Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-

1    controlled expert or witness will not be considered good cause for a continuance.  Sanctions may

2    issue for a failure to follow a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C).

3        **IT IS SO ORDERED.**

4    Dated:  December 28, 2022

5    _____

6    JAMES DONATO
     United States District Judge