# Exhibit A

1

2

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

3

4

5

6

7

8

BROADCOM CORPORATION and AVAGO
TECHNOLOGIES INTERNATIONAL SALES PTE.
LTD.,

                         *Plaintiffs*,

      v.

NETFLIX, INC.,

                      *Defendant*.

Case No. 3:20-cv-04677-JD

**DECLARATION OF**
**MICHAEL T. GOODRICH, PH.D.**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Michael T. Goodrich, declare under penalty of perjury as follows:

**Introduction and Summary**

1. I have been asked to analyze U.S. Patent Nos. 7,457,722 (the '722 Patent); 8,548,976 (the '976 Patent); and 8,572,138 (the '138 Patent), and to provide an assessment as to the purpose of the claimed inventions, the problems claimed to be overcome by the claimed inventions, to what the claimed inventions are directed, as well as how the claimed inventions purportedly solve the problems laid out by the inventors.

2. I have also been asked to review Netflix's Motion for Judgment on the Pleadings (ECF No. 287), as it relates to my tasks identified in the above paragraph.

3. In summary, my opinions are as follows:

- The claims I reviewed of the three patents are all directed to improvements in specific technological processes.

- Each of these inventions is rooted in computer technology and provides specific solutions to problems that arise in computer technology.

- Netflix's assessment of the inventions is, on the whole, overly simplistic and apparently misunderstands or misconstrues the purpose of the claimed inventions.

4. I discuss all of this in greater detail below.

**My Background and Qualifications**

5. The following is a brief summary of my background and qualifications. My background and qualifications are more fully set out in my curriculum vitae (CV), which is included as Appendix A.

6. I am a Distinguished Professor in the Department of Computer Science at University of California, Irvine ("UCI"), where my responsibilities include teaching, performing research in Computer Science, mentoring undergraduate and graduate students, and serving on university committees. The Distinguished Professor title is a campus-level distinction at UCI that is reserved for above-scale faculty who have achieved the highest levels of scholarship over the course of their careers. Distinguished Professors will typically have earned national and

international level distinctions and honors of the highest level. Prior to my faculty position at UCI, I was a member of the faculty in the Department of Computer Science at Johns Hopkins University from 1987 to 2001, where my responsibilities also included teaching, performing research in Computer Science, mentoring undergraduate and graduate students, and serving on university committees.

7. I have over 35 years of experience in computer science, including the topics of algorithm design, data structures, networking, mobile devices, computer security, caching and mass storage optimization, and parallel and distributed computing. For example, I was a coprincipal investigator ("co-PI") on a $1.6M grant awarded in 1997 from the National Science Foundation on a networked computing environment for the manipulation and visualization of geometric data, I was co-PI on a $500K grant awarded in 2008 from the Office of Naval Research on scalable methods for the analysis of network-based data, and I was PI on a $500K grant awarded in 2010 from the National Science Foundation on trustworthy interactions in cloud computing. In addition, publications dealing with networking and/or caching and mass storage optimization include (using the numbering used in my CV) journal articles J-26, J-38, J-56, J-61, J-62, J-78, J-83, and peer-reviewed conference publications C-33, C-41, C-49, C-101, C-105, C-126, C-133, C-138, C-151, C-156, C-172, C-176, C-181, and C-187. For instance, in my journal article J-56, my coauthors and I study methods for partitioning data into push and pull regions so as to optimize communication costs between a server and several clients. In my capacity as a Distinguished Professor at University of California, Irvine, my responsibilities include teaching undergraduate and graduate students, performing research in computer science, mentoring PhD students and postdoctoral fellows, and serving on various university committees. I have been a professor at the University of California, Irvine since 2001. I have also served as an associate dean in the School of Information and Computer Sciences and as department chair for the Department of Computer Science.

8. I obtained a PhD in Computer Sciences from Purdue University in 1987. I also obtained a B.A. in Mathematics and Computer Science from Calvin College in 1983.

9.   I have taught undergraduate and graduate courses concerning algorithms, data structures, software design, networking, and computer security, beginning with my work as a graduate student at Purdue in 1983 and continuing as a professor at Johns Hopkins and University of California, Irvine. In addition, I have taught courses on algorithms and Internet technologies during sabbaticals at the University of Illinois and Brown University, respectively. I supervise a research team that has, over the years, comprised 24 PhD students and 9 postdoctoral fellows. My current focus of our research includes work on networking, computer security, algorithm design, caching and mass storage optimization, data structures, and parallel and distributed computing.

10. As shown in my CV, I have authored or coauthored over 300 peer-reviewed publications, and I have served as an editor and peer reviewer for scholarly publications and journals, including refereed conference proceedings on the topics of networking, computer security, and algorithms. I have also published several books concerning algorithms, data structures, and computer security, including Algorithm Design and Applications, published by Wiley, and Introduction to Computer Security, published by Pearson. Some of these books have been translated into Chinese, Greek, Portuguese, and Spanish.

11. I am a Fellow of several industry and professional organizations, including Association for Computing Machinery (ACM), Institute of Electrical and Electronics Engineers (IEEE), and American Association for the Advancement of Science (AAAS). I also regularly attend and present at computer science conferences concerning algorithms, networking, and computer security, including SIAM Symposium on Discrete Algorithms (SODA), ACM Symposium on Computer and Communications Security (CCS), and ACM Symposium on Parallelism in Algorithms and Architectures (SPAA).

12. I have received several awards and recognitions for my work concerning algorithms and distributed computing, including a Dean's Award for Research in the School of Information and Computer Sciences at University of California, Irvine ("for contributions in the area of parallel and distributed algorithms"), a Robert B. Pond Sr. Award for Excellence in Undergraduate

Teaching from Johns Hopkins University, an IEEE Computer Society Technical Achievement Award ("for outstanding contributions to the design of parallel and distributed algorithms for fundamental combinatorial and geometric problems"), and a Chancellor's Award for Excellence in Fostering Undergraduate Research from Univ. of California, Irvine. In addition, I have been elected as a foreign member of the Royal Danish Academy of Sciences and Letters.

13. I am an inventor on four U.S. patents, including US 7,257,711, "Efficient Authenticated Dictionaries with Skip Lists and Commutative Hashing," which discloses methods for authenticating information that is distributed from centralized servers through third-party information distributors, US 7,299,219, "High Refresh-Rate Retrieval of Freshly Published Content using Distributed Crawling," which discloses a system for retrieving highly refreshed information quickly from Internet sources, US 8,681,145, "Attribute Transfer Between Computer Models Including Identifying Isomorphic Regions in Polygonal Meshes," which discloses technology for finding matchings between different geometric models, and US 9,152,716, "Techniques for Verifying Search Results Over a Distributed Collection," which discloses a technology for verifying information that is extracted by web crawling processes on the Internet.

**My Opinions Related to US Patent No. 7,457,722 (claims 1, 3, 4)**

14. The '722 Patent claims are directed to a technological improvement related to performance monitoring of applications, application groups, and application tiers in distributed systems. This focus is clear throughout the '722 Patent and explicitly taught in the claims, including claims 1, 3, and 4, which I understand are the claims Plaintiffs are asserting against Netflix in this lawsuit. In short, the innovation here is related to a specific advancement in computer technology.

15. In reviewing the '722 Patent, the patent explains the explicit problem facing the inventors. The '722 Patent notes that "one of the biggest challenges is meeting the increasingly demanding service levels required by users" because "more applications directly accessible to customers . . . are now 24 hours a day, 7 days a week" and the "importance of monitoring and

maintaining the quality of computational services has increased dramatically.[1] As it relates to this litigation, anyone familiar with Netflix knows that it is important that Netflix monitors the quality of its service 24 hours a day and 7 days a week. The '722 Patent is directed to such services, where various application instances executing as a part of the service experience "life-cycle" events, including application instance creation, application instance destruction, and application instance migration.[2]

16. Technologically speaking, however, this can be difficult. For example, in distributed computing environments, certain application instances may be created or destroyed as demand changes. These instances may also migrate from node to node in response to either a hardware or a software failure, or in response to load-balancing.[3] Further, in a distributed computing environment, there are often many different application instances running at any given time and multiple ways in which application instances can be created, destroyed, and/or migrated.

17. This creates a problem with respect to monitoring the performance of an application or application group/tier that would require keeping track of which particular application instances are currently running, which have completed their tasks successfully and terminated voluntarily, which have been destroyed due to a fault or being terminated involuntarily, and which have migrated from one computing platform to another. Indeed, this problem is specifically identified by the '722 Patent:

> However, monitoring systems may be unable to track the migration of instances from node to node, thereby preventing the monitoring system from presenting a complete picture of a given application instance. Furthermore, monitoring systems may not be operable to monitor data on the creation or destruction of application instances. Existing prior art software performance monitors do not correlate performance data with events, such as the creation, migration or destruction of a particular application instance, and across all instances of a particular application, application group, and/or technology tier.[4]

---

[1] '722 Patent at 1:12-20.

[2] See, e.g, the '722 Patent at Figs. 7 and 8, and at 7:14-8:15 and 8:16-9:16.

[3] '722 Patent at 1:35-39.

[4] '722 Patent at 1:39-49.

18. The problem, as explained above by the inventors, is that the prior systems were unable to provide a complete picture of the applications  in a distributed system and were further unable to correlate performance data for an application or application group with the performance of specific application instances as application instances are created, destroyed, or migrated. Therefore, the monitoring solutions prior to the '722 Patent were inferior.

19. The '722 Patent, however, provides a solution to the problem. The '722 Patent discloses "a system and method for performance monitoring including instance life cycle event monitoring" that includes creation, migration, and destruction monitoring.[5] The '722 Patent also discloses how to correlate the creation, destruction, and/or migration of one or more specific application instances to provide a more complete assessment of an application, application group, or technology tier.[6] Thus, as opposed to the solutions prior to the '722 Patent, the '722 Patent is able to provide more thorough and useful monitoring, as is required now that applications are run – and run heavily –using high volumes of application instances that are constantly being created, destroyed, or migrated across ever-shifting compute resources within a distributed environment. By having consistent high-quality monitoring, applications and the servers that support them can run smoothly to process the requests of customers, but, as the '722 Patent highlights, providing for all this monitoring using prior-art systems would create significant overheads.[7]

20. The solution is discussed throughout the '722 Patent and recited in the claims, specifically claims 1, 3, and 4. For example, claim 1 specifically recites the technological solution described above (emphases added):

Claim 1: A method, comprising:

collecting **performance data for one or more application instances**, wherein the **performance data is associated with the performance of said one or more**

---

[5] '722 Patent at 1:53-65.

[6] *See e.g.*, '722 Patent at 1:65-2:30 ("correlating said performance data to one or more instance life cycle events may comprise correlating the one or more instance life cycle events to the performance of the application . . .").

[7] See, e.g., '722 Patent at 1:21-34.

– 7 –

**application instances**, wherein each application instance is a computer program executing on a computer system;

   **detecting one or more instance life cycle events associated with said one or more application instances,** wherein said one or more instance life cycle events comprise at least one of: the **creation** of at least one of said one or more application instances, the **destruction** of at least one of said one or more application instances, and the **migration** of at least one of said application instances;

   **correlating said performance data to said one or more instance life cycle events**; and

   storing the correlated performance data.

21. Claims 3 and 4 expressly relate to more specific events, including claim 3 related to application instances being created and destroyed and claim 4 relating to one or more application instances migrating from one location to another. This is recited below (emphases added):

   Claim 3: The method of claim 2, wherein said **correlating said performance data** to one or more instance life cycle events comprises determining the change in performance of the application **as the one or more application instances are created and destroyed**.

   Claim 4: The method of claim 2, wherein said **correlating said performance data** to one or more instance life cycle events comprises determining the change in performance of the application **as the one or more application instances migrate from one location to another location**.

22. These claims recite specific steps and functions to implement the technological advancement taught in the patent specification. For example, these claims provide the benefit of solving the problem identified in the patent, as I explain above, and are supported, for instance, at Figs. 7 and 8, and at 7:14-8:15 and 8:16-9:16.

23. I have reviewed Netflix's Motion for Judgment on the Pleadings (ECF No. 287, the "Netflix Motion") as it relates to the '722 Patent. Here, Netflix ignores the purpose of the invention and somehow associates "application instances" with an elementary student's tending her plants for a science project. This analogy is completely different than what is recited in claims 1, 3, and 4 of the '722 Patent. For example, this analogy does not account for the '722 Patent claims which recite a performance monitoring system that may be used to see different perspectives on how life cycle events affect specific application instances, applications, and application tiers.[8] Simply put, the claims of the '722 Patent are directed to a particular problem

---

[8] *See, e.g.*, '722 Patent at 8:65-9:6.

that arises in distributed computing systems and is not comparable to measuring the growth of a group of potted plants. The '722 Patent clearly states that the field of its invention is "computer processing and, more particularly, to the monitoring of application performance."[9]

24. Netflix ignores – or apparently misunderstands – the purpose of the patent, as I've discussed it above. This is a very specific solution to an application-monitoring issue in the realm of computer applications. Nothing in the claims discussed above is directed to simply monitoring and writing down what is monitored, as Netflix seems to argue. In fact, the '722 Patent identifies that there are several other, though less successful, application monitoring solutions. The inventions disclosed in the '722 Patent, however, overcome the problems associated with those lesser solutions. Associating this application-based monitoring solution with monitoring the growth of a plant is oversimplifying the claimed invention to an absurd degree. It is misunderstanding – or ignoring – the entire point and purpose of the invention, which is directed to a very specific problem that arises in the operation of applications in a distributed computing environment where compute resources and application instances are ever-changing. It is clear that the '722 Patent's advancement is related to monitoring and correlating application-instance life-cycle events and how to best do this in light of the problems described in the patent, as I discuss above.

25. In short, the '722 Patent and in particular claims 1, 3, and 4 are directed to specific technological solutions that are rooted in computer technology, and these solutions are claimed specifically to overcome the problems the '722 Patent identifies which, again, and as I describe above, are problems in the realm of computer technology, specifically application monitoring and the correlation of application instance life cycle events.

26. Further, in my opinion, claims 1, 3, and 4 disclose improvements to computer functionality itself. For example, as I explain above and as recognized in the specification, prior-art monitoring systems may be unable to track the migration of instances from node to node, thereby preventing the monitoring system from presenting a complete picture of a given

---

[9] '722 Patent at 1:8-10.

application instance. Furthermore, prior-art monitoring systems may not be operable to monitor data on the creation or destruction of application instances. Also, prior art software performance monitors do not correlate performance data with events, such as the creation, migration or destruction of a particular application instance, and across all instances of a particular application, application group, and/or technology tier.[10] In contrast, claims 1, 3, and 4 solve these problems, providing improvements to computer functionality itself, including improvements for distributed system monitoring and management, so as to collect life cycle events and correlate performance data with those events. This allows a distributed computer system to better manage its computational resources, including CPU usage and memory usage, as well as keeping track of how well the system is functioning with respect to life-cycle events.

27. In addition, in my opinion, the elements of claims 1, 3, and 4 are combined so as to claim an inventive concept. For example, claims 1, 3, and 4 recite a specific combination of steps that, on my experience in the field, was not routine and conventional as of the priority date of the '722 Patent. For instance, combining the detection of life cycle events and the correlation of such events with performance data for one or more application instances solves the problem identified by the '722 Patent regarding the inability of prior art systems to monitor life cycle events of application instances and correlate them to provide a complete picture of the performance of an application or application group. .

28. Further, I disagree with Netflix's apparent argument that a person of ordinary skill would be unable to practice claims 1, 3, and 4 in light of the specification, because of a supposed lack of disclosure of algorithms for performing the claimed methods. As even Netflix acknowledges, the '722 Patent provides flow charts, e.g., in Figs. 7 and 8, for algorithms for performing its claimed methods, and it further describes additional details for these algorithms in prose at 7:14-8:15 and 8:16-9:16, respectively. In my opinion, these disclosures are more than sufficient to inform a person of ordinary skill as to how to implement the claimed methods in program instructions and these disclosures support claims 1, 3, and 4.

---

[10] *See, e.g.,* '722 Patent at 1:39-49.

**My Opinions Related to US Patent No. 8,548,976 (claims 9, 22)**

29. The '976 Patent claims are directed to a technological improvement related to connecting to web services whereby a web server is selected independent of input from a requested application in order to provide greater operational control over the provisioning of web services and improved load balancing and failover capabilities. The focus of the inventions is clear throughout the '976 Patent, from the patent specification to the claims, and starting already with the patent title. For example, in the Description of the Related Art, the '976 Patent specifically discusses the challenges businesses face in providing web services:

> Because of the very large number of potential web service users and the complexity of many web services, web services can push even the most capable servers running the web services to their limits. Web service use is often referred to as load. Servers that run web services generally have a load capacity indicating the quantity of load the server can handle. Servers that may be over loaded may not be able to function properly. For example, an over loaded server may stop handling requests for web services. An overloaded server may also cease functioning, thereby denying all web service requests.[11]

30. As the '976 Patent describes with regard to the related art, before a software system can utilize a web service, the requesting application must first locate and connect to a server providing that web service.[12] Moreover, to prevent any particular server from being pushed to its limits, the requesting application should locate a server for a web service that is available and has sufficient current load capacity to perform the requested service.  For example, a system (not practicing the '976 Patent) might direct a requesting application to a server that has become non-functional due to it becoming overloaded with requests, such as a server performing a web service for an online ticket distribution system that then becomes overloaded with ticket purchase requests from users hoping to buy tickets to a concert. Such an overload could occur, for instance, because requests are being directed to a primary server without the ability to detect when the primary server becomes non-functional and failover to a secondary server. For

---

[11] '976 Patent at 1:60-2:3.

[12] '976 Patent at 1:34-38.

example, the '976 Patent explains existing options "for handling the problem of excess load," but also explains the drawbacks of these options:

> One option for handling the problem of excess load is to use more powerful servers to run the web services. More powerful servers may be able to handle more simultaneous requests for web services and/or web services requiring more rigorous computation. This potential solution is limited. For example, the great number of users of a web service may overload even the most powerful servers. Additionally, more powerful servers may be disproportionally more expensive. For example, a server that is marginally more powerful may be substantially more expensive.[13]

31. The '976 Patent, overcoming the drawbacks of other options for handling the issue identified, presents a system and method for claimed solutions directed to the problem described without any requirement for input from the requesting application subsequent to the selection of a web service. For example, in the Summary, the '976 Patent identifies the distinct "web service-selecting unit" and "server-selecting unit" components that may be used in the inventive method and computer system to connect to a web service without input from a requesting application:

> A system for connecting to a web service including a web service-selecting unit for selecting a web service, a server-selecting unit for selecting a server among one or more servers capable of running the selected web service, a determining unit for determining a real address for the selected web service running on the selected server, and a connecting unit for connecting to the selected web service running on the selected server using the determined real address.[14]

32. The '976 Patent goes far beyond this and teaches, particularly as it relates to the asserted claims 9 and 22, the importance of "**awareness**." For example, if there is an awareness that "the web service server is properly functioning, the proxy 102 may establish a connection with the web service on the primary server using the determined real address on the requesting application's 101 behalf (Step S509)."[15] The steps to accomplish this are explained in detail. For example, the '976 Patent teaches the following:

> The proxy 102 may be made aware of the current state of the server on which the web service is primarily run (the primary server) (Step S506). This primary server may either be functional (Yes Step S506) or non-functional (No Step S506). To accomplish this, the proxy 102 may, for example, attempt to establish a connection with the server running the web service. For example, the proxy 102 may access a

---

[13] '976 Patent at 2:4-14.

[14] '976 Patent at 3:11-18; *see also* '976 Patent at 3-10, 19-28.

[15] '976 Patent at 7:15-20.

web service status service (either on the same server or on a different server) that indicates whether the primary web service server may be functioning correctly. Alternatively, the proxy 102 may be made aware of the status of a web service server by receiving feedback from a previous requesting application 101. Alternatively, the server may be given the capability of notifying the proxy 102 in the event that the server may not be properly functioning.[16]

As the '976 Patent explains, by implementing the claimed inventions, a business may retain greater operational control and visibility over the load balancing and failover techniques used to provide its web services to users.

In this way, the requesting application 101 need not be made aware that it is accessing a replacement server and the business maintaining the servers may thereby prevent users from knowing about server failures.[17]

33. The solutions outlined above, and taught throughout the '976 Patent, are recited in the '976 Patent claims. Asserted claim 9 depends upon claim 1. Claim 1 specifically recites the technological solution I describe above. This is explicit:

Claim 1: A method for connecting to a web service, the method comprising:

selecting a web service;

selecting a server among one or more servers capable of running the selected web service,

the selected server being selected independent of input from a requesting application subsequent to selection of the web service;

determining a real address for the selected web service running on the selected server; and

connecting to the selected web service running on the selected server using the determined real address.

34. The "awareness" solution I also discuss above is recited in both asserted claims 9 and 22 (emphases added):

Claim 9: The method of claim 1, wherein selecting a server among one or more servers capable of running the selected web service comprises:

**becoming aware of the status of a primary server** of the one or more servers capable of running the selected web service;

selecting the primary server when the primary **server has a status of functional**;

and selecting a secondary server of the one or more servers capable of running the selected web service **when the primary server has a status of non-functional**.

---

[16] '976 Patent at 6:58-7:5; *see also* '976 Patent at 7:65-15.

[17] '976 Patent at 7:36-39.

– 13 –

<u>Claim 22</u>: The computer system of claim 14, wherein the code for selecting a server among one or more servers capable of running the selected web service comprises:

**code for becoming aware of the status of a primary server** of the one or more servers capable of running the selected web service;

code for selecting the primary server **when the primary server has a status of functional**; and

code for selecting a secondary server of the one or more servers capable of running the selected web service **when the primary server has a status of non-functional**.

35. These claims recite specific steps and functions to implement the technological advancement taught in the patent specification.[18]

36. I have reviewed the Netflix Motion as it relates to the '976 Patent. Netflix argues that claim 1 is directed to "the abstract idea of using an index to retrieve information." My opinion on this point is that Netflix misunderstands the '976 Patent. Nothing in the claims discussed above is directed to simply retrieving information using an index. This is oversimplifying the claimed invention. In fact, it is apparently misunderstanding or ignoring the entire point and purpose of the invention of claims 9 and 22, as I explain above.

37. It is clear that the '976 Patent's advancement is directed to a specific technological improvement for connecting to a web service and how to best do this in light of the problems described in the patent, as I discussed above. Importantly, the Netflix Motion fails to discuss, or even mention, the "awareness" solution that I discuss above. This solution is discussed at length in the '976 Patent and is incorporated into the specific asserted claims, which I also discuss above.

38. Instead, the '976 Patent, in claims 9 and 22, is directed to specific technological solutions that are rooted in computer technology, and these solutions are claimed specifically to overcome the problems the '976 Patent identifies which, again, are problems in the realm of computer technology, as I explain above.

---

[18] *See, e.g.,* '976 Patent at Figs. 3, 4, 5, and 6, and at 4:46-6:10, 6:11-37, 6:38-7:50, and 7:51-8:25.

39. Further, in my opinion, claims 9 and 22 disclose improvements to computer functionality itself. For example, as I explain above, and as disclosed in the '976 Patent at 2:4-14, the '976 Patent discloses a solution to the "awareness" problem that allows a system to avoid excess load on servers providing a web service without having to resort to larger, more expensive hardware. For example, by being able to become aware of the status of a primary server, selecting that server when it is functional, and failing over to a secondary server with the primary server is non-functional, the claimed invention allows a smaller, less expensive system to do the work that would otherwise be required for a larger, more expensive system.[19]  In addition, by being able to select a server to provide the selected web service without any input from the requesting application subsequent to the selection of the web service, the claimed invention allows a business to prevent users from knowing about server failures.

40. Further, in my opinion, the elements of claims 9 and 22 are combined so as to claim an inventive concept. For example, the '976 Patent claims an inventive concept that combines "selecting a web service," "selecting a server among one or more servers capable of running the selected web service," "determining a real address for the selected web service running on the selected server," and "connecting to the selected web service running on the selected server using the determined real address" in a solution to the "awareness" problem that combines these elements with those of "becoming aware of the status of a primary server of the one or more servers capable of running the selected web service," "selecting the primary server when the primary server has a status of functional," and "selecting a secondary server of the one or more servers capable of running the selected web service when the primary server has a status of non-functional." Netflix's citation to the Background section misunderstands the claimed invention. Further, I do not find Netflix's citation to the Background section regarding server failover at 2:54-56 ("A failover may be a redundant or standby server that can automatically take over for the primary server in the event the primary server fails.") as disclosing acknowledged prior art, especially when combined with the elements of claim 1, given that the passage continues by

---

[19] '976 Patent at 2:4-14.

disclosing benefits for elements of claims 9 and 22 (which unlike the prior art are combined with the elements of claim 1 in the '976 Patent):

> A failover may be a redundant or standby server that can automatically take over for the primary server in the event the primary server fails. Failover servers may be referred to as "hot standby" or "warm standby" servers. The use of a failover allows for the web service to continue handling requests even in the event of a server malfunction, for example, the failover server (secondary server) may take over for the primary server when excess load causes the primary server to fail. However, the usefulness of the failover server is not limited to handling problems associated with excess load. Failovers may be used to ensure the continued offering of web services in any number of circumstances that may render the primary server non-functional.[20]

41. Moreover, contrary to Netflix's apparent argument, the '976 Patent does not disclose the use of generic computers or conventional technologies. Indeed, the '976 Patent does not contain the words "generic," "routine," or "conventional" at all. For example, rather than disclose generic computers, the '976 Patent claims "servers capable of running the selected web service," that is, specific servers capable of providing a specific web service.

42. Further, I disagree with Netflix's apparent argument that a person of ordinary skill would be unable to practice claims 9 and 22 in light of the specification, because of a supposed lack of disclosure of algorithms for "how" to implement the claimed invention. For example, the '976 Patent provides flow charts, e.g., in Figs. 3, 4, 5, and 6, for algorithms for performing its claimed methods, and it further describes additional details for these algorithms in prose at 4:46-6:10, 6:11-37, 6:38-7:50, and 7:51-8:25, respectively. In my opinion, these disclosures are more than sufficient to inform a person of ordinary skill as to how to implement the claimed methods.

**My Opinions Related to US Patent No. 8,572,138 (claims 1, 11, 14)**

43. The '138 Patent claims are directed to a specific technological improvement related to a distributed computing system that conforms to a multi-level, hierarchical organizational model, and the '138 Patent makes clear the problem that the inventors are attempting to solve. For instance, in the Background of the '138 Patent, it is explained that "distributed computing systems are constructed from a collection of computing notes that combine to provide a set of

---

[20] '976 Patent at 2:54-67.

processing services to implement the distributed computing applications," but there is a challenge:

> One challenge with distributed computing systems is the organization, deployment and administration of such a system within an enterprise environment. For example, it is often difficult to manage the allocation and deployment of enterprise computing functions within the distributed computing system. An enterprise, for example, often includes several business groups, and each group may have competing and variable computing requirements.[21]

44. The '138 Patent discloses solutions to this issue facing computer systems, one of which is the use of emulating a computer platform, i.e., utilizing a virtual machine. For example, the '138 Patent teaches:

> When deployed on physical node 200, virtual machine manager 402 hosts virtual machines 404A through 404N (collectively, virtual machines 404). The term virtual machine is used herein to refer to software that creates an environment that emulates a computer platform. For example, virtual machines 40 provide environments on which guest operating systems (OS) execute as through the operating systems were operating directly on a physical computing platform. In this manner, multiple operating systems and software applications 406A through 406N (collectively, operating systems and applications 406) may execute on virtual machines 404A through 404N, respectively, and the virtual machines 404 may execute on a single physical node 400 or multiple physical nodes.[22]

45. The '138 Patent goes on to explain that this use of a virtual machine manager and virtual machines provides "a level of independence from the particular hardware environment provided by physical node 400."[23] Addressing the challenge discussed above, the '138 Patent continues to explain that:

> After generation of image instances for virtual machine manager 402 and virtual disk image files 408, control node 12 may deploy the image instance of virtual machine manager 402 to one or more nodes in free pool 13. Once control node 12 deploys the image instance of virtual machine manager 402 to a node, the node appears to be one or more new, unallocated nodes. For instance, if the image instance of virtual machine manager 402 is configured to support five virtual machines, control node 12 represents the newly deployed image instance as though five new, unallocated nodes have been added to free pool 13. Subsequently, control node 12 may deploy an image instance of virtual disk image files 408 to one of the new unallocated nodes.[24]

---

[21] '138 Patent at 1:15-34.

[22] '138 Patent at 32:65-33:11.

[23] '138 Patent at 33:21-24.

[24] '138 Patent at 34:1-13.

46. The solutions discussed above, which are only a few examples which I pulled from the patent, are identified to specifically address the problems laid out in the '138 Patent.

47. Like the patents discussed above, the solutions taught by the '138 Patent are specifically included in the claims, including claims 1, 11, and 14, which I understand are the claims asserted by Plaintiffs in this litigation. Note that claims 11 and 14 depend upon claim 9, which depends upon claim 1. For this reason, I analyze claim 1 below, which clearly recites the solution described by the '138 Patent. [Emphases added.]

<u>Claim 1</u>: A distributed computing system comprising:

a software image repository comprising non-transitory, computer-readable media operable to store:

(i) a plurality of image instances of a virtual machine manager that is executable on a plurality of application nodes, wherein when executed on the applications nodes, **the image instances of the virtual machine manager provide a plurality of virtual machines, each of the plurality of virtual machine operable to provide an environment that emulates a computer platform**, and

(ii) a plurality of image instances of a plurality of software applications that are **executable on the plurality of virtual machines**; and

a control node that comprises an automation infrastructure to **provide autonomic deployment of the plurality of image instances of the virtual machine manager** on the application nodes by causing the plurality of image instances of the virtual machine manager to be copied from the software image repository to the application nodes and to **provide autonomic deployment of the plurality of image instances of the software applications on the virtual machines** by causing the plurality of image instances of the software applications to be copied from the software image repository to the application nodes.

48. Claim 1, along with clams 11 and 14, recites specific steps and functions to implement the technological advancement taught in the patent specification and as I discussed above in this section. For example, claim 1 recites the specific improvement in distributing software images, which are computer programs, through the use of virtual machines to application nodes. This is a specific improvement in computer functionality, as I explain below, since it provides a layered, hierarchical deployment architecture.

49. Claims 11 and 14 derive from claim 9, which recites:

9. The distributed computing system of claim 1, wherein the control node further comprises one or more rule engines that provide autonomic deployment of the software applications to the virtual machines in accordance with a set of one or more rules.

50. Thus, claim 9 adds the inventive concept of the limitations of claim 1 combined with using a rule engine that provides autonomic deployment of software applications to the virtual machines (of claim 1) in accordance with a set of one or more rules.

51. Claims 11 and 14 are as follows:

> 11. The distributed computing system of claim 9, wherein the automation infrastructure automatically updates the one or more rules engines to autonomically control the deployment of the Software applications to the application nodes in accordance with a current state of an application matrix.

> 14. The distributed computing system of claim 9, wherein the automation infrastructure automatically updates the one or more rules engines to monitor the execution of the software applications when deployed to the application nodes in accordance with a current state of the application matrix.

52. Thus, claims 11 and 14 combine the previous elements with the inventive concept of the application matrix.

53. I have reviewed the Netflix Motion as it relates to the '138 Patent. Netflix argues that claim 1 is directed "automatically distributing software from a repository to computers." But, like the patents above, Netflix apparently ignores or misunderstands the purpose of the invention. The '138 Patent is not directed to merely distributing software. For example, the '138 Patent states that the field of its invention is "computing environments and, more specifically, to distributed computing systems."[25]

54. As Netflix notes, distributing software has been done. But because Netflix flattens the entire invention to a handful of words, completely removing the inventive purpose and ignoring the claim language, Netflix then argues that this is merely software distribution. This is wrong. For example, although Netflix acknowledges that the parties agree that an "image instance" is "a snapshot, or copy, of installed and configured software,"[26] Netflix apparently ignores the implications of this construction. For example, since an "image instance" is "a snapshot, or copy, of **installed** and **configured** software," it is not merely generic copies of software that are being stored in a repository that are **then** distributed to be installed on various computers. Instead, the

---

[25] '138 Patent at 1:11-12.

[26] Citing to Dkt. No. 112 at 2.

image instances are **already** installed and configured snapshots or copies for (1) "a virtual machine manager that is executable on a plurality of application nodes, wherein when executed on the applications nodes, the image instances of the virtual machine manager provide a plurality of virtual machines, each of the plurality of virtual machine operable to provide an environment that emulates a computer platform," and (2) "a plurality of software applications that are executable on the plurality of virtual machines." I disagree with Netflix characterization that "[d]espite the long and seemingly complicated claim language, when stripped of its technical jargon, claim 1 has two components: (1) a software repository that stores master copies of three different types of prior-art software, and (2) a controller that automatically copies software from the repository to computers."

55. The so-called "technical jargon" here comprises claim limitations that Netflix glosses over in its reductive and incomplete analysis. For example, claim 1 recites a layered software architecture comprising image instances for a virtual machine manager and image instances for applications, such that there is a "control node" that provides autonomic deployment of **both** the instances for a virtual machine manager **and** applications. Moreover, rather than being generic software, each of the plurality of virtual machines is operable to provide an environment that emulates a computer platform. Further, Netflix's reductive argument ignores the "automation infrastructure" and the autonomic functionality of the control node of claim 1, as well as the layered deployment of image instances for both a virtual machine manager and also for applications. Thus, I disagree with Netflix's argument that Broadcom is wrong in identifying a "hierarchical organizational model" and an "infrastructure management facility" as inventive concepts present in the claims, as I find these inventive concepts, respectively, in the layered deployment of image instances for a virtual machine manager and applications, and in the combination of the "control node," "automation infrastructure," and "software image repository."[27]

---

[27] *See, e.g.,* '138 Patent at claims 1, 11, and 14.

56. As explained above, the inventions claimed in the '138 Patent are directed to a specific solution to a particular problem in computer software. This particular solution, especially in the combination described in the patent specification and claimed, was a new solution that solved a significant problem, as I explain above.

57. Netflix makes arguments that certain components are known components but, again, this misses the point, while also using a slight-of-hand of asking the Court to ignore "technical jargon" to draw attention away from novel limitations in claims 1, 11, and 14. Of course, software applications are known generally, but it is specifically how applications and virtual machines are utilized that is inventive along with novel limitations not found in the prior art. Netflix completely disregards the problem discussed and the claimed solutions to said problem.

58. Like the other patents I discussed above, it is apparent that the '138 Patent's advancement is wholly addressing problems in the realm of computer technology. For example, in my opinion, image instances, virtual machines, applications, rule engines, and application matrices have no embodiments outside of computing.

59. Further, in my opinion, Netflix incorrectly conflates the "rules engine" limitation of claims 11 and 14 with generic rule engines from other unrelated cases. Further, Netflix ignores the "application matrix" limitations in their arguments. When combined with the other elements, the "rule engine" and "application matrix" limitations of claims 11 and 14 provide an additional specific technological improvement or inventive concept, as they can provide "a system that specifies data for controlling the deployment of a set of applications within a distributed computing system, and perform operations to provide autonomic control over the deployment of the applications within the distributed computing system in accordance with parameters of the application matrix."[28] Further, in my opinion, these limitations disclose improvements to the functioning of computers themselves, e.g., because they support the autonomic control over the deployment of the applications, thereby allowing for parameterized deployments rather than generic one-size-fits-all deployments.

---

[28] '138 Patent at 2:8-14.

60. Thus, in my opinion, the '138 Patent claims are not merely running some abstract idea on a generic computer. Instead, the patent claims are *improving* the functionality of computer technology.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 4th day of January, 2023, in the State of Hawaii.


_____

Michael T. Goodrich Ph.D.

# Appendix A

# CURRICULUM VITAE
## Michael T. Goodrich

Dept. of Computer Science

Bren School of Info. & Computer Sciences

University of California, Irvine

Irvine, CA 92697-3435

E-mail: goodrich (at) acm.org

http://www.ics.uci.edu/~goodrich/

Office Phone: (949)824-9366

**CITIZENSHIP:** U.S.A.

## EDUCATION

| | | |
|---|---|---|
| Ph.D. | 1987 | *Efficient Parallel Techniques for Computational Geometry* Computer Science, Purdue Univ. (M.J. Atallah, advisor) |
| M.S. | 1985 | Computer Science, Purdue Univ. |
| B.A. | 1983 | Mathematics and Computer Science, Calvin Univ. |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| July '19 to present | Distinguished Professor, Dept. of Computer Science Univ. of California, Irvine |
| April '07 to June '19 | Chancellor's Professor, Dept. of Computer Science Univ. of California, Irvine |
| July '12 to June '13 | Chair, Dept. of Computer Science Univ. of California, Irvine |
| October '06 to June '12 | Assoc. Dean for Faculty Dev., Bren School of Info. and Comp. Sci. Univ. of California, Irvine |
| July '01 to March '07 | Professor, Dept. of Computer Science Univ. of California, Irvine |
| Fall '00 | Visiting Professor of Computer Science Brown Univ. |
| July '96 to June '02 | Professor of Computer Science (on leave, from July '01) Johns Hopkins Univ. |
| July '92 to June '96 | Associate Professor of Computer Science Johns Hopkins Univ. |
| Spring '94 | Visiting Associate Professor of Computer Science Univ. of Illinois, Urbana-Champaign |
| July '87 to June '92 | Assistant Professor of Computer Science Johns Hopkins Univ. |

## RESEARCH INTERESTS

Algorithm and data structure design
Information assurance, privacy, and security
Principles of database, machine learning, and typesetting systems
Parallel and distributed computing
Information visualization, computer graphics, and computational geometry

## PRIZES, HONORS, AND AWARDS

- *Compere Loveless Fellowship in Computer Sciences*, Purdue Univ., 1985
- *Research Initiation Award*, National Science Foundation, 1988
- *Oraculum Award for Excellence in Teaching*, Johns Hopkins 1993, 1994, 1995
- *ACM Recognition of Service Award*, 1996
- *Robert B. Pond, Sr. Award for Excellence in Undergraduate Teaching*, Johns Hopkins, 1998
- *Elected Senior Member*, the Institute of Electrical and Electronics Engineers (IEEE), 1999

- *Spirit of Technology Transition Award*, DARPA Dynamic Coalitions Program, 2002
- *Brown Univ. Award for Technological Innovation* (with R. Tamassia, N. Triandopoulos, D. Yao, and D. Ellis), 2006
- *ACM Distinguished Scientist*, 2006
- *2006 IEEE Computer Society Technical Achievement Award*, "for outstanding contributions to the design of parallel and distributed algorithms for fundamental combinatorial and geometric problems"
- *Fulbright Scholar*, 2007, for senior specialist service to University of Aarhus, Denmark
- *Fellow of the San Diego Supercomputer Center*, 2007
- *Fellow of the American Association for the Advancement of Science (AAAS)*, "for distinguished contributions to parallel and distributed algorithms for combinatorial and geometric problems, and excellence in teaching, academic and professional service, and textbook writing," 2007
- *Named as Chancellor's Professor*, for "demonstrated unusual academic merit and whose continued promise for scholarly achievement is unusually high," Univ. of California, Irvine, 2007
- *Fellow of the Institute of Electrical and Electronics Engineers (IEEE)*, "for contributions to parallel and distributed algorithms for combinatorial and geometric problems," 2009
- *Fellow of the ACM*, "for contributions to data structures and algorithms for combinatorial and geometric problems," 2009
- *ICS Dean's Award for Research*, "for contributions in the area of parallel and distributed algorithms," 2014
- *Chancellor's Award for Excellence in Fostering Undergraduate Research*, Univ. of California, Irvine, 2016
- *Faculty Mentor of the Month*, Undergraduate Research Opportunities Program (UROP), Univ. of California, Irvine, April 2016
- *Elected as a foreign member*, Royal Danish Academy of Sciences and Letters, April 2018
- *Named as Distinguished Professor*, for achieving "the highest levels of scholarship" over the course of a career and having "earned national and international level distinctions and honors of the highest level," Univ. of California, Irvine, 2019

## PUBLICATIONS

**Google Scholar Citation Statistics:**

- Total citations: over 16,500
- H-index (top H publications with at least H citations): 71

**Patents and Patent Applications:**

P-1. G. Ateniese, B. de Medeiros, and M.T. Goodrich, "Intermediated Delivery Scheme for Asymmetric Fair Exchange of Electronic Items," U.S. Patent Application US 2004/0073790 A1, April 15, 2004.

P-2. M.T. Goodrich and R. Tamassia, "Efficient Authenticated Dictionaries with Skip Lists and Commutative Hashing," U.S. Patent 7,257,711, August 14, 2007.

P-3. J.W. Green, J.L. Schultz, Y. Amir, and M.T. Goodrich, "High Refresh-Rate Retrieval of Freshly Published Content using Distributed Crawling," U.S. Patent 7,299,219, November 20, 2007.

P-4. R. Tamassia, M.T. Goodrich, N. Triandopoulos, and C. Papamanthou, "Authentication for Operations over an Outsourced File System Stored by an Untrusted Unit," International Patent Application PCT/US2007/024642, WO 2008/147400, filed November 20, 2007, published December 4, 2008.

P-5. R. Tamstorf, M.T. Goodrich, D. Eppstein, "Attribute Transfer Between Computer Models Including Identifying Isomorphic Regions in Polygonal Meshes," U.S. Patent 8,681,145, March 25, 2014. (also Application US 2010/0238166 A1, September 23, 2010).

P-6. N. Triandopoulos, M.T. Goodrich, D. Nguyen, O. Ohrimenko, C. Papamanthou, R. Tamassia, C.V. Lopes, "Techniques for Verifying Search Results Over a Distributed Collection," U.S. Patent, 9,152,716, October 6, 2015.

**Books and Monographs:**

B-1. M.T. Goodrich and R. Tamassia, *Data Structures and Algorithms in Java*, John Wiley and Sons, Inc., 1998.

B-2. M.T. Goodrich and C.C. McGeoch, eds., *Algorithm Engineering and Experimentation*, Lecture Notes in Computer Science (LNCS), Vol. 1619, Springer-Verlag, 1999.

B-3. M.T. Goodrich and R. Tamassia, *Data Structures and Algorithms in Java, Second Edition*, John Wiley and Sons, Inc., 2001.

B-4. M.T. Goodrich and R. Tamassia, *Algorithm Design: Foundations, Analysis, and Internet Examples*, John Wiley and Sons, Inc., 2002.

B-5. M.T. Goodrich and S.G. Kobourov, eds., *10th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science, Vol. 2528, Springer-Verlag, 2002.

B-6. M.T. Goodrich, R. Tamassia, and D. Mount, *Data Structures and Algorithms in C++*, John Wiley and Sons, Inc., 2004.

B-7. M.T. Goodrich and R. Tamassia, *Data Structures and Algorithms in Java, Third Edition*, John Wiley and Sons, Inc., 2004.

B-8. M.T. Goodrich and R. Tamassia, *Data Structures and Algorithms in Java, Fourth Edition*, John Wiley and Sons, Inc., 2006.

B-9. M.T. Goodrich and R. Tamassia, *Data Structures and Algorithms in Java, Fifth Edition*, John Wiley and Sons, Inc., 2011.

B-10. M.T. Goodrich and R. Tamassia, *Introduction to Computer Security*, Addison-Wesley, Inc., 2011.

B-11. M.T. Goodrich, R. Tamassia, and D. Mount, *Data Structures and Algorithms in C++, Second Edition*, John Wiley and Sons, Inc., 2011.

B-12. M.T. Goodrich, R. Tamassia, and M. Goldwasser, *Data Structures and Algorithms in Python*, John Wiley and Sons, Inc., 2013.

B-13. M.T. Goodrich, R. Tamassia, and M. Goldwasser, *Data Structures and Algorithms in Java, Sixth Edition*, John Wiley and Sons, Inc., 2014.

B-14. M.T. Goodrich and R. Tamassia, *Algorithm Design and Applications*, Wiley, 2015.

B-15. M.T. Goodrich and R. Tamassia, *Algorithm Design and Applications*, interactive e-book, www.zybooks.com/catalog/goodrich-algorithm-design-and-applications/, zyBooks (a division of Wiley), 2022.

**Book Chapters:**

Ch-1. M.J. Atallah and M.T. Goodrich, "Deterministic Parallel Computational Geometry," in *Synthesis of Parallel Algorithms*, J.H. Reif, ed., Morgan Kaufmann, 497–536, 1993.

Ch-2. M.T. Goodrich, "The Grand Challenges of Geometric Computing," in *Developing a Computer Science Agenda for High-Performance Computing*, U. Vishkin, ed., ACM Press, 64–68, 1994.

Ch-3. M.T. Goodrich, "Parallel Algorithms in Geometry," *CRC Handbook of Discrete and Computational Geometry*, J.E. Goodman and J. O'Rourke, eds., CRC Press, Inc., 669–682, 1997.

Ch-4. M.T. Goodrich and K. Ramaiyer, "Geometric Data Structures," *Handbook of Computational Geometry*, J.-R. Sack and J. Urrutia, eds., Elsevier Science Publishing, 463–489, 2000.

Ch-5. M.T. Goodrich and R. Tamassia, "Simplified Analyses of Randomized Algorithms for Searching, Sorting, and Selection," *Handbook of Randomized Computing*, S. Rajasekaran, P.M. Pardalos, J.H. Reif, and J.D.P. Rolim, eds., Kluwer Academic Publishers, Vol. 1, 23–34, 2001.

Ch-6. M.T. Goodrich, "Parallel Algorithms in Geometry," *Handbook of Discrete and Computational Geometry, Second Edition*, J.E. Goodman and J. O'Rourke, eds., Chapman & Hall/CRC Press, Inc., 953–967, 2004. (Revised version of Ch-3.)

Ch-7. C. Duncan and M.T. Goodrich, "Approximate Geometric Query Structures," *Handbook of Data Structures and Applications*, Chapman & Hall/CRC Press, Inc., 26-1–26-17, 2005.

Ch-8. M.T. Goodrich, R. Tamassia, and L. Vismara, "Data Structures in JDSL," *Handbook of Data Structures and Applications*, Chapman & Hall/CRC Press, Inc., 43-1–43-22, 2005.

Ch-9. Y. Cho, L. Bao and M.T. Goodrich, "Secure Location-Based Access Control in WLAN Systems," *From Problem Toward Solution: Wireless and Sensor Networks Security*, Zhen Jiang and Yi Pan, eds., Nova Science Publishers, Inc., Chapter 17, 2007.

Ch-10. M.T. Goodrich and M.J. Nelson, "Distributed Peer-to-Peer Data Structures," *Handbook of Parallel Computing: Models, Algorithms and Applications*, R. Rajasekaran and J. Reif, eds., CRC Press, 17-1–17-17, 2008.

Ch-11. C.A. Duncan and M.T. Goodrich, "Planar Orthogonal and Polyline Drawing Algorithms," *Handbook of Graph Drawing and Visualization*, CRC Press, Inc., 223–246, 2013.

Ch-12. M.T. Goodrich, R. Tamassia, and L. Vismara, "Data Structures in JDSL," *Handbook of Data Structures and Applications*, 2nd edition, Chapman and Hall/CRC, Taylor & Francis, Inc., 43-1–43-22, 2018.

**Journal Papers:**

J-1. M.J. Atallah and M.T. Goodrich, "Efficient Parallel Solutions to Some Geometric Problems," *Journal of Parallel and Distributed Computing*, **3**(4), 1986, 492–507.

J-2. M.T. Goodrich, "Finding the Convex Hull of a Sorted Point Set in Parallel," *Information Processing Letters*, **26**, 1987, 173–179.

J-3. H. ElGindy and M.T. Goodrich, "Parallel Algorithms for Shortest Path Problems in Polygons," *The Visual Computer*, **3**(6), 1988, 371–378.

J-4. M.J. Atallah and M.T. Goodrich, "Parallel Algorithms For Some Functions of Two Convex Polygons," *Algorithmica*, **3**, 1988, 535–548.

J-5. M.J. Atallah, R. Cole, and M.T. Goodrich, "Cascading Divide-and-Conquer: A Technique for Designing Parallel Algorithms," *SIAM Journal on Computing*, **18**(3), 1989, 499–532.

J-6. M.T. Goodrich, "Triangulating a Polygon in Parallel," *Journal of Algorithms*, **10**, 1989, 327–351.

J-7. M.T. Goodrich and M.J. Atallah, "On Performing Robust Order Statistics in Tree-Structured Dictionary Machines," *Journal of Parallel and Distributed Computing*, **9**(1), 1990, 69–76.

J-8. M.T. Goodrich and J.S. Snoeyink, "Stabbing Parallel Segments with a Convex Polygon," *Computer Vision, Graphics and Image Processing*, **49**, 1990, 152–170.

J-9. J. Johnstone and M.T. Goodrich, "A Localized Method for Intersecting Plane Algebraic Curve Segments," *The Visual Computer*, **7**(2–3), 1991, 60–71.

J-10. M.T. Goodrich, "Intersecting Line Segments in Parallel with an Output-Sensitive Number of Processors," *SIAM Journal on Computing*, **20**(4), 1991, 737–755.

J-11. R. Cole and M.T. Goodrich, "Optimal Parallel Algorithms for Point-Set and Polygon Problems," *Algorithmica*, **7**, 1992, 3–23.

J-12. M.T. Goodrich, "A Polygonal Approach to Hidden-Line and Hidden-Surface Elimination," *Computer Vision, Graphics, and Image Processing: Graphical Models and Image Processing*, **54**(1), 1992, 1–12.

J-13. M.T. Goodrich, S. Shauck, and S. Guha, "Parallel Methods for Visibility and Shortest Path Problems in Simple Polygons," *Algorithmica*, **8**, 1992, 461–486, with addendum in *Algorithmica*, **9**, 1993, 515–516.

J-14. M.T. Goodrich, C. Ó'Dúnlaing, and C. Yap "Constructing the Voronoi Diagram of a Set of Line Segments in Parallel," *Algorithmica*, **9**, 1993, 128–141.

J-15. M.T. Goodrich, "Constructing the Convex Hull of a Partially Sorted Set of Points," *Computational Geometry: Theory and Applications*, **2**, 1993, 267–278.

J-16. M.T. Goodrich, "Constructing Arrangements Optimally in Parallel," *Discrete and Computational Geometry*, **9**, 1993, 371–385.

J-17. M.T. Goodrich, M.J. Atallah, and M. Overmars, "Output-Sensitive Methods for Rectilinear Hidden Surface Removal," *Information and Computation*, **107**(1), 1993, 1–24.

J-18. M.J. Atallah, P. Callahan, and M.T. Goodrich, "P-Complete Geometric Problems," *Int. Journal of Computational Geometry & Applications*, **3**(4), 1993, 443–462.

J-19. M.J. Atallah, M.T. Goodrich, and S.R. Kosaraju, "Parallel Algorithms for Evaluating Sequences of Set-Manipulation Operations," *Journal of the ACM*, **41**(6), 1994, 1049–1088.

J-20. M.T. Goodrich, "Efficient Piecewise-Linear Function Approximation Using the Uniform Metric," *Discrete and Computational Geometry*, **14**, 1995, 445–462.

J-21. H. Brönnimann and M.T. Goodrich, "Almost Optimal Set Covers in Finite VC-Dimension," *Discrete and Computational Geometry*, **14**, 1995, 463–479.

J-22. M.T. Goodrich, "Planar Separators and Parallel Polygon Triangulation," *J. Computer and System Sciences*, **51**(3), 1995, 374–389.

J-23. M.T. Goodrich, M. Ghouse, and J. Bright, "Sweep Methods for Parallel Computational Geometry," *Algorithmica*, **15**(2), 1996, 126–153.

J-24. M.T. Goodrich and S.R. Kosaraju, "Sorting on a Parallel Pointer Machine with Applications to Set Expression Evaluation," *Journal of the ACM*, **43**(2), 1996, 331–361.

J-25. A. Garg, M.T. Goodrich, and R. Tamassia, "Planar Upward Tree Drawings with Optimal Area," *International Journal of Computational Geometry & Applications*, **6**(3), 1996, 333–356.

J-26. M.H. Nodine, M.T. Goodrich, and J.S. Vitter, "Blocking for External Graph Searching," *Algorithmica*, **16**(2), 1996, 181–214.

J-27. R. Cole, M.T. Goodrich, C. Ó Dúnlaing, "A Nearly Optimal Deterministic Parallel Voronoi Diagram Algorithm," *Algorithmica*, **16**, 1996, 569–617.

J-28. G. Das and M.T. Goodrich, "On the Complexity of Optimization Problems for 3-Dimensional Convex Polyhedra and Decision Trees," *Computational Geometry: Theory and Applications*, **8**, 1997, 123–137.

J-29. M.T. Goodrich and R. Tamassia, "Dynamic Ray Shooting and Shortest Paths in Planar Subdivisions via Balanced Geodesic Triangulations," *J. Algorithms*, **23**, 1997, 51–73.

J-30. M. Ghouse and M.T. Goodrich, "Fast Randomized Parallel Methods for Planar Convex Hull Construction," *Computational Geometry: Theory and Applications*, **7**, 1997, 219–235.

J-31. L.P. Chew, M.T. Goodrich, D.P. Huttenlocher, K. Kedem, J.M. Kleinberg, and D. Kravets, "Geometric Pattern Matching under Euclidean Motion," *Computational Geometry: Theory and Applications*, **7**, 1997, 113-124.

J-32. M.T. Goodrich and E.A. Ramos, "Bounded-Independence Derandomization of Geometric Partitioning with Applications to Parallel Fixed-Dimensional Linear Programming," *Discrete & Computational Geometry*, **18**(4), 1997, 397–420.

J-33. M.T. Goodrich, "An Improved Ray Shooting Method for Constructive Solid Geometry Models via Tree Contraction," *International Journal of Computational Geometry & Applications*, **8**(1), 1998, 1–23.

J-34. G. Barequet, A.J. Briggs, M.T. Dickerson, and M.T. Goodrich, "Offset-Polygon Annulus Placement Problems," *Computational Geometry: Theory and Applications*, **11**(3–4), 1998–99, 125–141.

J-35. M.T. Goodrich and R. Tamassia, "Dynamic Trees and Dynamic Point Location," *SIAM J. Comput.*, **28**(2), 1999, 612–636.

J-36. G. Barequet, S.S. Bridgeman, C.A. Duncan, M.T. Goodrich, and R. Tamassia, "GeomNet: Geometric Computing Over the Internet," *IEEE Internet Computing*, **3**(2), 1999, 21–29.

J-37. M.T. Goodrich, J.S.B. Mitchell, and M.W. Orletsky, "Approximate Geometric Pattern Matching Under Rigid Motion," *IEEE Trans. on Pattern Analysis and Machine Intelligence*, **21**(4), 1999, 371–379.

J-38. M.T. Goodrich, "Communication-Efficient Parallel Sorting," *SIAM Journal on Computing*, **29**(2), 1999, 416–432.

J-39. C.A. Duncan, M.T. Goodrich, S.G. Kobourov, "Balanced Aspect Ratio Trees and Their Use for Drawing Very Large Graphs," *Journal of Graph Algorithms and Applications*, **4**(3), 2000, 19–46. Also available at www.cs.brown.edu/publications/jgaa/.

J-40. M.T. Goodrich and C.G. Wagner, "A Framework for Drawing Planar Graphs with Curves and Polylines," *Journal of Algorithms*, **37**, 2000, 399–421.

J-41. C.A. Duncan, M.T. Goodrich, S.G. Kobourov, "Balanced Aspect Ratio Trees: Combining the Benefits of $k$-D Trees and Octrees," *J. Algorithms*, **38**, 2001, 303–333.

J-42. G. Barequet, M. Dickerson, and M.T. Goodrich, "Voronoi Diagrams for Polygon-Offset Distance Functions," *Discrete and Computational Geometry*, **25**(2), 2001, 271–291.

J-43. C.C. Cheng, C.A. Duncan, M.T. Goodrich, and S.G. Kobourov, "Drawing Planar Graphs with Circular Arcs," *Discrete and Computational Geometry*, **25**(3), 2001, 405–418.

J-44. N.M. Amato, M.T. Goodrich, and E.A. Ramos, "A Randomized Algorithm for Triangulating a Simple Polygon in Linear Time," *Discrete and Computational Geometry*, **26**(2), 2001, 245–265.

J-45. R. Tamassia, M.T. Goodrich, L. Vismara, M. Handy, G. Shubina, R. Cohen, B. Hudson, R.S. Baker, N. Gelfand, and U. Brandes, "JDSL: The Data Structures Library in Java," *Dr. Dobbs Journal*, **323**, 2001, 21–31.

J-46. G. Barequet, D.Z. Chen, O. Daescu, M.T. Goodrich, and J.S. Snoeyink, "Efficiently Approximating Polygonal Paths in Three and Higher Dimensions," *Algorithmica*, **33**(2), 2002, 150–167.

J-47. T. Chan, M.T. Goodrich, S.R. Kosaraju, and R. Tamassia, "Optimizing Area and Aspect

Ratio in Straight-Line Orthogonal Tree Drawings," *Computational Geometry: Theory and Applications*, **23**(2), 2002, 153–162.

J-48.  C.A. Duncan, M.T. Goodrich, and S.G. Kobourov, "Planarity-Preserving Clustering and Embedding for Large Planar Graphs," *Computational Geometry: Theory and Applications*, **24**(2), 2003, 95–114.

J-49.  A.L. Buchsbaum and M.T. Goodrich, "Three-Dimensional Layers of Maxima," *Algorithmica*, **39**, 2004, 275–286.

J-50.  G. Barequet, M.T. Goodrich, and C. Riley, "Drawing Graphs with Large Vertices and Thick Edges," *J. of Graph Algorithms and Applications* (JGAA), **8**(1), 2004, 3–20.

J-51.  G. Barequet, M.T. Goodrich, A. Levi-Steiner, and D. Steiner, "Contour Interpolation by Straight Skeletons," *Graphical Models* (GM), **66**(4), 2004, 245–260.

J-52.  P. Gajer, M.T. Goodrich, and S.G. Kobourov, "A Multi-Dimensional Approach to Force-Directed Layouts of Large Graphs," *Computational Geometry: Theory and Applications*, **29**(1), 3–18, 2004.

J-53.  G. Barequet, P. Bose, M.T. Dickerson, and M.T. Goodrich, "Optimizing a Constrained Convex Polygonal Annulus," *J. of Discrete Algorithms* (JDA), **3**(1), 1–26, 2005.

J-54.  A. Bagchi, A.L. Buchsbaum, and M.T. Goodrich, "Biased Skip Lists," *Algorithmica*, **42**(1), 31–48, 2005.

J-55.  M. Dickerson, D. Eppstein, M.T. Goodrich, J.Y. Meng, "Confluent Drawings: Visualizing Non-planar Diagrams in a Planar Way," *J. of Graph Algorithms and Applications* (JGAA), **9**(1), 31–52, 2005.

J-56.  A. Bagchi, A. Chaudhary, M.T. Goodrich, C. Li, and M. Shmueli-Scheuer, "Achieving Communication Efficiency through Push-Pull Partitioning of Semantic Spaces to Disseminate Dynamic Information," *IEEE Trans. on Knowledge and Data Engineering* (TKDE), **18**(10), 1352–1367, 2006.

J-57.  D. Eppstein, M.T. Goodrich, and J.Y. Meng, "Confluent Layered Drawings," *Algorithmica*, **47**(4), 439–452, 2007.

J-58.  A. Bagchi, A. Chaudhary, D. Eppstein, and M.T. Goodrich, "Deterministic Sampling and Range Counting in Geometric Data Streams," *ACM Transactions on Algorithms*, **3**(2), Article 16, 2007, 18 pages.

J-59.  D. Eppstein, M.T. Goodrich, and D. Hirschberg, "Improved Combinatorial Group Testing Algorithms for Real-World Problem Sizes," *SIAM Journal on Computing*, **36**(5), 1360–1375, 2007.

J-60.  D. Eppstein, M.T. Goodrich, and J.Z. Sun, "Skip Quadtrees: Dynamic Data Structures for Multidimensional Point Sets," *Int. Journal on Computational Geometry and Applications*, **18**(1/2), 131–160, 2008.

J-61.  M.T. Goodrich, "Probabilistic Packet Marking for Large-Scale IP Traceback," *IEEE/ACM Transactions on Networking*, **16**(1), 15–24, 2008.

J-62.  M.T. Goodrich and D.S. Hirschberg, "Improved Adaptive Group Testing Algorithms with Applications to Multiple Access Channels and Dead Sensor Diagnosis," *Journal of Combinatorial Optimization*, **15**(1), 95–121, 2008.

J-63.  M.T. Goodrich, R. Tamassia, and D. Yao, "Notarized Federated ID Management and Authentication," *Journal of Computer Security*, **16**(4), 399–418, 2008.

J-64.  M.T. Goodrich, "Pipelined Algorithms to Detect Cheating in Long-Term Grid Computations," *Theoretical Computer Science*, **408**, 199–207, 2008.

J-65.  D. Eppstein, M.T. Goodrich, E. Kim, and R. Tamstorf, "Motorcycle Graphs: Canonical

Quad Mesh Partitioning," *Computer Graphics Forum*, special issue on papers from 6th European Symp. on Geometry Processing (SGP), **27**(6), 1477–1486, 2008.

J-66. M.T. Goodrich, M. Sirivianos, J. Solis, C. Soriente, G. Tsudik, E. Uzun, "Using Audio in Secure Device Pairing," *Int. J. Security and Networks*, **4**(1/2), 57–68, 2009.

J-67. M.T. Goodrich, "On the Algorithmic Complexity of the Mastermind Game with Black-Peg Results," *Information Processing Letters*, **109**, 675–678, 2009.

J-68. D. Eppstein, M.T. Goodrich, E. Kim, and R. Tamstorf, "Approximate Topological Matching of Quad Meshes," *The Visual Computer*, **25**(8), 771–783, 2009.

J-69. D. Eppstein and M.T. Goodrich, "Succinct Greedy Geometric Routing Using Hyperbolic Geometry," *IEEE Transactions on Computers*, **60**(11), 1571–1580, 2011. Posted online Dec. 2010, IEEE Computer Society Digital Library.

J-70. D. Eppstein, M.T. Goodrich, and D. Strash, "Linear-Time Algorithms for Geometric Graphs with Sublinearly Many Edge Crossings," *SIAM Journal on Computing*, **39**(8), 3814–3829. 2010.

J-71. M.T. Goodrich, R. Tamassia, and N. Triandopoulos, "Efficient Authenticated Data Structures for Graph Connectivity and Geometric Search Problems," *Algorithmica*, **60**(3), 505–552, 2011.

J-72. D. Eppstein and M.T. Goodrich, "Straggler Identification in Round-Trip Data Streams via Newton's Identities and Invertible Bloom Filters," *IEEE Transactions on Knowledge and Data Engineering* (TKDE), **23**(2), 297–306, 2011.

J-73. C.A. Duncan, M.T. Goodrich, S.G. Kobourov, "Planar Drawings of Higher-Genus Graphs," *Journal of Graph Algorithms and Applications*, **15**(1), 7–32, 2011.

J-74. M.T. Dickerson, M.T. Goodrich, T.D. Dickerson, and Y.D. Zhuo "Round-Trip Voronoi Diagrams and Doubling Density in Geographic Networks," *Transactions on Computational Science*, M.L. Gavrilova et al. (Eds.), Vol. 14, LNCS 6970, 211–238, 2011.

J-75. M.T. Goodrich, "Randomized Shellsort: A Simple Data-Oblivious Sorting Algorithm," *Journal of the ACM*, **58**(6), Article No. 27, 2011.

J-76. C.A. Duncan, D. Eppstein, M.T. Goodrich, S. Kobourov, and M. Nöllenburg, "Lombardi Drawings of Graphs," *Journal of Graph Algorithms and Applications (JGAA)*, **16**(1), 85–108, 2012.

J-77. E. Wolf-Chambers, D. Eppstein, M.T. Goodrich, and M. Löffler, "Drawing Graphs in the Plane with a Prescribed Outer Face and Polynomial Area," *Journal of Graph Algorithms and Applications (JGAA)*, **16**(2), 243–259, 2012.

J-78. M.T. Goodrich, D. Nguyen, O. Ohrimenko, C. Papamanthou, R. Tamassia, N. Triandopoulos, and C.V. Lopes, "Efficient Verification of Web-Content Searching Through Authenticated Web Crawlers," *Proc. VLDB*, **5**(10):920-931, 2012.

J-79. D. Eppstein, M.T. Goodrich, D. Strash, and L. Trott, "Extended Dynamic Subgraph Statistics Using h-Index Parameterized Data Structures," *Theoretical Computer Science*, **447**, 44–52, 2012.

J-80. M.T. Goodrich, "Learning Character Strings via Mastermind Queries, With a Case Study Involving mtDNA," *IEEE Transactions on Information Theory*, **58**(11), 6726–6736, 2012.

J-81. A.U. Asuncion and M.T. Goodrich, "Nonadaptive Mastermind Algorithms for String and Vector Databases, with Case Studies," *IEEE Transactions on Knowledge and Data Engineering* (TKDE), **25**(1), 131–144, 2013.

J-82. C.A. Duncan, D. Eppstein, M.T. Goodrich, S. Kobourov, and M. Nöllenburg, "Drawing Trees with Perfect Angular Resolution and Polynomial Area," *Discrete & Computational*

*Geometry*, **49**(2), 157–182, 2013.

J-83. E. Angelino, M.T. Goodrich, M. Mitzenmacher and J. Thaler, "External Memory Multimaps," *Algorithmica*, **67**(1), 23–48, 2013.

J-84. D. Eppstein, M.T. Goodrich, M. Löffler, D. Strash and L. Trott, "Category-Based Routing in Social Networks: Membership Dimension and the Small-World Phenomenon," *Theoretical Computer Science*, **514**, 96–104, 2013.

J-85. M.T. Goodrich, "Spin-the-bottle Sort and Annealing Sort: Oblivious Sorting via Round-robin Random Comparisons," *Algorithmica*, **68**(4), 835–858, 2014.

J-86. Michael J. Bannister, William E. Devanny, David Eppstein, and M.T. Goodrich, "The Galois Complexity of Graph Drawing: Why Numerical Solutions are Ubiquitous for Force-Directed, Spectral, and Circle Packing Drawings," *Journal of Graph Algorithms and Applications*, **19**(2), 619–656, 2015.

J-87. C. Duncan, D. Eppstein, M.T. Goodrich, S.G. Kobourov and M. Löffler, "Planar and Poly-Arc Lombardi Drawings," *Journal of Computational Geometry* (JoCG), **9**(1), 328–355, 2018.

J-88. G. Barequet, D. Eppstein, M.T. Goodrich, and N. Mamano, "Stable-Matching Voronoi Diagrams: Combinatorial Complexity and Algorithms," *Journal of Computational Geometry* (JoCG), **11**(1), 26–59, 2020.

J-89. W.E. Devanny, M.T. Goodrich, S. Irani, "A Competitive Analysis for the Start-Gap Algorithm for Online Memory Wear Leveling," *Information Processing Letters*, **116**, 106042, 2021.

J-90. G. Barequet, M. De, and M.T. Goodrich, "Convex-Straight-Skeleton Voronoi Diagrams for Segments and Convex Polygons," *Algorithmica*, **83**(7), 2245–2272, 2021.

J-91. G. Da Lozzo, D. Eppstein, M.T. Goodrich, and S. Gupta, "C-Planarity Testing of Embedded Clustered Graphs with Bounded Dual Carving-Width," *Algorithmica*, **83**(8), 2471–2502, 2021.

J-92. M. Shinder, M.T. Goodrich, O. Gila, M. Dillencourt, "Beyond Big O: Teaching Experimental Algorithmics," *Journal of Computing Sciences in Colleges*, **37**(10), 23–36, 2022.

**Papers in Peer-Reviewed Proceedings:**

C-1. M.J. Atallah and M.T. Goodrich, "Efficient Parallel Solutions to Geometric Problems," *1985 IEEE Int. Conf. on Parallel Processing (ICPP)*, 411–417. (Preliminary version of J-1.)

C-2. F. Berman, M.T. Goodrich, C. Koelbel, W. Robison, and K. Showell, "Prep-P: A Mapping Preprocessor for CHiP Computers," *1985 IEEE Int. Conf. on Parallel Processing*, 731–733.

C-3. M.J. Atallah and M.T. Goodrich, "Parallel Algorithms For Some Functions of Two Convex Polygons," *24th Allerton Conf. on Communication, Control and Computing*, 1986, 758–767. (Preliminary version of J-4.)

C-4. M.J. Atallah and M.T. Goodrich, "Efficient Plane Sweeping in Parallel," *2nd ACM Symp. on Computational Geometry* (SoCG), 1986, 216–225.

C-5. M.T. Goodrich, "A Polygonal Approach to Hidden-Line Elimination," *25th Allerton Conf. on Communication, Control, and Computing*, 1987, 849–858. (Preliminary version of J-12.)

C-6. M.J. Atallah, R. Cole, and M.T. Goodrich, "Cascading Divide-and-Conquer: A Technique for Designing Parallel Algorithms," *28th IEEE Symp. on Foundations of Computer Science* (FOCS), 1987, 151-160. (Preliminary version of J-5.)

C-7. M.J. Atallah, M.T. Goodrich, and S.R. Kosaraju, "Parallel Algorithms for Evaluating Sequences of Set-Manipulation Operations," *3rd Aegean Workshop on Computing* (AWOC), *Lecture Notes in Computer Science* (LNCS): 319, Springer-Verlag, 1988, 1–10. (Preliminary version of J-19.)

C-8. R. Cole and M.T. Goodrich, "Optimal Parallel Algorithms for Polygon and Point-Set Problems," *4th ACM Symp. on Computational Geometry* (SoCG), 1988, 201–210. (Preliminary version of J-11.)

C-9. M.T. Goodrich, "Intersecting Line Segments in Parallel with an Output-Sensitive Number of Processors," *1989 ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 127–137. (Preliminary version of J-10.)

C-10. M.T. Goodrich and S.R. Kosaraju, "Sorting on a Parallel Pointer Machine with Applications to Set Expression Evaluation," *30th IEEE Symp. on Foundations of Computer Science* (FOCS), 1989, 190–195. (Preliminary version of J-24.)

C-11. M.T. Goodrich, C. Ó'Dúnlaing, and C. Yap "Constructing the Voronoi Diagram of a Set of Line Segments in Parallel," *Lecture Notes in Computer Science 382, Algorithms and Data Structures* (WADS), Springer-Verlag, 1989, 12–23. (Preliminary version of J-14.)

C-12. M.T. Goodrich and J.S. Snoeyink, "Stabbing Parallel Segments with a Convex Polygon," *Lecture Notes in Computer Science 382, Algorithms and Data Structures* (WADS), Springer-Verlag, 1989, 231–242. (Preliminary version of J-8.)

C-13. J. Johnstone and M.T. Goodrich, "A Localized Method for Intersecting Plane Algebraic Curve Segments," *New Advances in Computer Graphics: Proc. of Computer Graphics International '89*, R.A. Earnshaw, B. Wyvel, eds., Springer-Verlag, 1989, 165–181. (Preliminary version of J-9.)

C-14. M.J. Atallah, P. Callahan, and M.T. Goodrich, "P-Complete Geometric Problems," *2nd ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 1990, 317–326. (Preliminary version of J-18.)

C-15. R. Cole, M.T. Goodrich, C. Ó Dúnlaing, "Merging Free Trees in Parallel for Efficient Voronoi Diagram Construction", *17th Int. Conf. on Automata, Languages, and Programming* (ICALP), 1990, 432–445. (Preliminary version of J-27.)

C-16. M.T. Goodrich, M.J. Atallah, and M. Overmars, "An Input-Size/Output-Size Trade-Off in the Time-Complexity of Rectilinear Hidden-Surface Removal", *17th Int. Conf. on Automata, Languages, and Programming* (ICALP), 1990, 689–702. (Preliminary version of J-17.)

C-17. M.T. Goodrich, M. Ghouse, and J. Bright, "Generalized Sweep Methods for Parallel Computational Geometry," *2nd ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 1990, 280–289. (Preliminary version of J-23.)

C-18. M.T. Goodrich, "Applying Parallel Processing Techniques to Classification Problems in Constructive Solid Geometry," *1st ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1990, 118–128. (Preliminary version of J-33.)

C-19. M.T. Goodrich, S. Shauck, and S. Guha, "Parallel Methods for Visibility and Shortest Path Problems in Simple Polygons," *6th ACM Symp. on Computational Geometry* (SoCG), 1990, 73–82. (Preliminary version of J-13.)

C-20. M. Ghouse and M.T. Goodrich, "In-Place Techniques for Parallel Convex Hull Algorithms," *3rd ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 1991, 192–203. (Preliminary version of J-30.)

C-21. M.T. Goodrich, "Constructing Arrangements Optimally in Parallel," *3rd ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 1991, 169–179. (Preliminary version of J-16.)

C-22. M.T. Goodrich and R. Tamassia, "Dynamic Trees and Dynamic Point Location," *23rd ACM Symp. on Theory of Computing* (STOC), 1991, 523–533. (Preliminary version of J-35.)

C-23. M.T. Goodrich, "Using Approximation Algorithms to Design Parallel Algorithms that May Ignore Processor Allocation," *32nd IEEE Symp. on Foundations of Computer Science*

(FOCS), 1991, 711–722.

C-24.  M.T. Goodrich, "Planar Separators and Parallel Polygon Triangulation," *24th ACM Symp. on Theory of Computing* (STOC), 1992, 507–516. (Preliminary version of J-22.)

C-25.  M.T. Goodrich, Y. Matias, U. Vishkin, "Approximate Parallel Prefix Computation and Its Applications," *7th IEEE Int. Parallel Processing Symp* (IPPS), 1993, 318–325.

C-26.  M. Ghouse and M.T. Goodrich, "Experimental Evidence for the Power of Random Sampling in Practical Parallel Algorithms," *7th IEEE Int. Parallel Processing Symp* (IPPS), 1993, 549–556.

C-27.  L.P. Chew, M.T. Goodrich, D.P. Huttenlocher, K. Kedem, J.M. Kleinberg, and D. Kravets, "Geometric Pattern Matching under Euclidean Motion," *5th Canadian Conf. on Computational Geometry* (CCCG), 1993, 151–156. (Preliminary version of J-31.)

C-28.  M.T. Goodrich, "Geometric Partitioning Made Easier, Even in Parallel," *9th ACM Symp. on Computational Geometry* (SoCG), 1993, 73–82.

C-29.  M.T. Goodrich and R. Tamassia, "Dynamic Ray Shooting and Shortest Paths via Balanced Geodesic Triangulations," *9th ACM Symp. on Computational Geometry* (SoCG), 1993, 318–327. (Preliminary version of J-29.)

C-30.  A. Garg, M.T. Goodrich, and R. Tamassia, "Area-Efficient Upward Tree Drawings," *9th ACM Symp. on Computational Geometry* (SoCG), 1993, 359–368. (Preliminary version of J-25.)

C-31.  M.H. Nodine, M.T. Goodrich, and J.S. Vitter, "Blocking for External Graph Searching," *12th ACM Symp. on Principles of Database Systems* (PODS), 1993, 222–232. (Preliminary version of J-26.)

C-32.  E.M. Arkin, M.T. Goodrich, J.S.B. Mitchell, D. Mount, and S.S. Skiena, "Point Probe Decision Trees for Geometric Concept Classes," *Lecture Notes in Computer Science 709: Algorithms and Data Structures* (WADS), Springer-Verlag, 1993, 95–106.

C-33.  M.T. Goodrich, J.J. Tsay, D.E. Vengroff, and J.S. Vitter, "External-Memory Computational Geometry," *34th IEEE Symp. on Foundations of Computer Science* (FOCS), 1993, 714–723.

C-34.  M.T. Goodrich, Y. Matias, and U. Vishkin, "Optimal Parallel Approximation Algorithms for Prefix Sums and Integer Sorting," *5th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1994, 241–250.

C-35.  H. Brönnimann and M.T. Goodrich, "Almost Optimal Set Covers in Finite VC-Dimension," *10th ACM Symp. on Computational Geometry* (SoCG), 1994, 293–302. (Preliminary version of J-21.)

C-36.  M.T. Goodrich, "Efficient Piecewise-Linear Function Approximation Using the Uniform Metric," *10th ACM Symp. on Computational Geometry* (SoCG), 1994, 322–331. (Preliminary version of J-20.)

C-37.  M.J. Atallah, M.T. Goodrich, and K. Ramaiyer, "Biased Finger Trees and Three-Dimensional Layers of Maxima," *10th ACM Symp. on Computational Geometry* (SoCG), 1994, 150–159.

C-38.  M.T. Goodrich, J.S.B. Mitchell, and M.W. Orletsky, "Practical Methods for Approximate Geometric Pattern Matching under Rigid Motions," *10th ACM Symp. on Computational Geometry* (SoCG), 1994, 103–112. (Preliminary version of J-37.)

C-39.  N.M. Amato, M.T. Goodrich, E.A. Ramos, "Parallel Algorithms for Higher-Dimensional Convex Hulls," *35th IEEE Symp. on Foundations of Computer Science* (FOCS), 1994, 683–694.

C-40.  P.J. Tanenbaum, M.T. Goodrich, and E.R. Scheinerman, "Characterization and Recognition of Point-Halfspace and Related Orders," *2nd Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 894, Springer-Verlag, 1994, 234–245.

C-41. Y.J. Chiang, M.T. Goodrich, E.F. Grove, R. Tamassia, D.E. Vengroff, and J.S. Vitter, "External-Memory Graph Algorithms," *6th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1995, 139–149.

C-42. N.M. Amato, M.T. Goodrich, and E.A. Ramos, "Computing Faces in Segment and Simplex Arrangements," *27th ACM Symp. on Theory of Computing* (STOC), 1995, 672–682.

C-43. P. Callahan, M.T. Goodrich, and K. Ramaiyer, "Topology B-Trees and Their Applications," *1995 Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 955, Springer-Verlag, 381–392.

C-44. G. Das and M.T. Goodrich, "On the Complexity of Approximating and Illuminating Three-Dimensional Convex Polyhedra," *1995 Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 955, Springer-Verlag, 74–85. (Preliminary version of J-28.)

C-45. M.T. Goodrich, "Fixed-Dimensional Parallel Linear Programming via Relative $\epsilon$-Approximations," *7th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1996, 132–141. (Preliminary version of J-32.)

C-46. M. Chrobak, M.T. Goodrich, and R. Tamassia, "Convex Drawings of Graphs in Two and Three Dimensions," *12th ACM Symp. on Computational Geometry* (SoCG), 1996, 319–328.

C-47. M.T. Goodrich, "Communication-Efficient Parallel Sorting," *28th ACM Symp. on Theory of Computing* (STOC), 1996, 247–256. (Preliminary version of J-38.)

C-48. T. Chan, M.T. Goodrich, S.R. Kosaraju, and R. Tamassia, "Optimizing Area and Aspect Ratio in Straight-Line Orthogonal Tree Drawings," *4th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1190, Springer-Verlag, 1996, 63–75. (Preliminary version of J-47.)

C-49. M.T. Goodrich, "Randomized Fully-Scalable BSP Techniques for Multi-Searching and Convex Hull Construction," *8th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1997, 767–776.

C-50. C.A. Duncan, M.T. Goodrich, and E.A. Ramos, "Efficient Approximation and Optimization Algorithms for Computational Metrology," *8th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1997, 121–130.

C-51. M.T. Goodrich, M. Orletsky, and K. Ramaiyer, "Methods for Achieving Fast Query Times in Point Location Data Structures," *8th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1997, 757–766.

C-52. M.T. Goodrich, L.J. Guibas, J. Hershberger, P.J. Tanenbaum, "Snap Rounding Line Segments Efficiently in Two and Three Dimensions," *13th ACM Symp. on Computational Geometry* (SoCG), 1997, 284–293.

C-53. G. Barequet, S.S. Bridgeman, C.A. Duncan, M.T. Goodrich, and R. Tamassia, "Classical Computational Geometry in GeomNet," *13th ACM Symp. on Computational Geometry* (SoCG), 1997, 412–414.

C-54. G. Barequet, A. Briggs, M. Dickerson, C. Dima, and M.T. Goodrich, "Animating the Polygon-Offset Distance Function," *13th ACM Symp. on Computational Geometry* (SoCG), 1997, 479–480, and the *Video Review for the 13th ACM Symp. on Computational Geometry* (SoCG).

C-55. G. Barequet, A. Briggs, M. Dickerson, and M.T. Goodrich, "Offset-Polygon Annulus Placement Problems," *1997 Workshop on Algorithms and Data Structures* (WADS), 1997, 378–391. (Preliminary version of J-34.)

C-56. G. Barequet, M. Dickerson, and M.T. Goodrich, "Voronoi Diagrams for Polygon-Offset

Distance Functions," *1997 Workshop on Algorithms and Data Structures* (WADS), 1997, 200–209. (Preliminary version of J-42.)

C-57. N. Gelfand, M.T. Goodrich, and R. Tamassia, "Teaching Data Structure Design Patterns," *29th ACM SIGCSE Technical Symp. on Computer Science Education*, 1998, 331–335.

C-58. M.T. Goodrich and R. Tamassia, "Teaching the Analysis of Algorithms with Visual Proofs," *29th ACM SIGCSE Technical Symp. on Computer Science Education*, 1998, 207–211.

C-59. G. Barequet, D.Z. Chen, O. Daescu, M.T. Goodrich, and J.S. Snoeyink, "Efficiently Approximating Polygonal Paths in Three and Higher Dimensions," *1998 ACM Symp. on Computational Geometry* (SoCG), 1998, 317–326. (Preliminary version of J-46.)

C-60. M.T. Goodrich and C.G. Wagner, "A Framework for Drawing Planar Graphs with Curves and Polylines," *6th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1547, Springer-Verlag, 1998, 153–166. (Preliminary version of J-40.)

C-61. C.A. Duncan, M.T. Goodrich, S.G. Kobourov, "Balanced Aspect Ratio Trees and Their Use for Drawing Very Large Graphs," *6th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1547, Springer-Verlag, 1998, 111–124. (Preliminary version of J-39.)

C-62. M.T. Goodrich, M. Handy, B. Hudson, and R. Tamassia, "Abstracting Positional Information in Data Structures: Locators and Positions in JDSL," *Object-Oriented Programming, Systems, Languages & Applications (OOPSLA) '98 Technical Notes*, 1998.

C-63. M.T. Goodrich and J.G. Kloss II, "Tiered Vector: An Efficient Dynamic Array for JDSL," *Object-Oriented Programming, Systems, Languages & Applications (OOPSLA) '98 Technical Notes*, 1998.

C-64. M.T. Goodrich, M. Handy, B. Hudson, and R. Tamassia, "Accessing the Internal Organization of Data Structures in the JDSL Library," *Int. Workshop on Algorithm Engineering and Experimentation* (ALENEX), Springer-Verlag, Lecture Notes in Computer Science, Vol. 1619, 1999, 124–139.

C-65. C.A. Duncan, M.T. Goodrich, S.G. Kobourov, "Balanced Aspect Ratio Trees: Combining the Benefits of $k$-D Trees and Octrees," *10th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 1999, 300–309. (Preliminary version of J-41.)

C-66. R.S. Baker, M. Boilen, M.T. Goodrich, R. Tamassia, and B.A. Stibel, "Testers and Visualizers for Teaching Data Structures," *30th ACM SIGCSE Technical Symp. on Computer Science Education*, 1999, 261–265.

C-67. M.T. Goodrich and R. Tamassia, "Using Randomization in the Teaching of Data Structures and Algorithms," *30th ACM SIGCSE Technical Symp. on Computer Science Education*, 1999, 53–57. (Preliminary version of Ch-5.)

C-68. G. Barequet, C. Duncan, M.T. Goodrich, S. Kumar, M. Pop, "Efficient Perspective-Accurate Silhouette Computation," *15th ACM Symp. on Computational Geometry* (SoCG), 1999, 417–418, and the *Video Review for the 15th ACM Symp. on Computational Geometry* (SoCG).

C-69. C.C. Cheng, C.A. Duncan, M.T. Goodrich, and S.G. Kobourov, "Drawing Planar Graphs with Circular Arcs," *7th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1731, Springer-Verlag, 1999, 117–126. (Preliminary version of J-43.)

C-70. C.A. Duncan, M.T. Goodrich, and S.G. Kobourov, "Planarity-Preserving Clustering and Embedding for Large Planar Graphs," *7th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1731, Springer-Verlag, 1999, 186–196. (Preliminary version of J-48.)

C-71. M.T. Goodrich and J.G. Kloss II, "Tiered Vectors: Efficient Dynamic Arrays for Rank-Based Sequences," *1999 Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 1663, Springer-Verlag, 1999, 205–216.

C-72. M.T. Goodrich, "Competitive Tree-Structured Dictionaries," *11th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2000, 494–495.

C-73. N.M. Amato, M.T. Goodrich, and E.A. Ramos, "Computing the Arrangement of Curve Segments: Divide-and-Conquer Algorithms via Sampling," *11th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2000, 705–706.

C-74. S. Bridgeman, M.T. Goodrich, S.G. Kobourov, and R. Tamassia, "PILOT: An Interactive Tool for Learning and Grading," *31st ACM SIGCSE Technical Symp. on Computer Science Education*, 2000, 139–143.

C-75. S. Bridgeman, M.T. Goodrich, S.G. Kobourov, and R. Tamassia, "SAIL: A System for Generating, Archiving, and Retrieving Specialized Assignments in LaTeX," *31st ACM SIGCSE Technical Symp. on Computer Science Education*, 2000, 300–304.

C-76. N.M. Amato, M.T. Goodrich, and E.A. Ramos, "Linear-Time Triangulation of a Simple Polygon Made Easier Via Randomization," *16th ACM Symp. on Computational Geometry* (SoCG), 2000, 201-212. (Preliminary version of J-44.)

C-77. A.L. Buchsbaum, M.T. Goodrich, and J.R. Westbrook, "Range Searching Over Tree Cross Products," *8th European Symp. on Algorithms* (ESA), Lecture Notes in Computer Science 1879, Springer-Verlag, 2000, 120–131.

C-78. C.A. Duncan, M.T. Dickerson, and M.T. Goodrich, "$k$-D Trees are Better When Cut on the Longest Side," *8th European Symp. on Algorithms* (ESA), Lecture Notes in Computer Science 1879, Springer-Verlag, 2000, 179–190.

C-79. P. Gajer, M.T. Goodrich, and S.G. Kobourov, "A Fast Multi-Dimensional Algorithm for Drawing Large Graphs," *8th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 1984, Springer-Verlag, 2001, 211–221. (Preliminary version of J-52.)

C-80. G. Ateniese, B. de Medeiros, and M.T. Goodrich, "TRICERT: A Distributed Certified E-mail Scheme," *Network and Distributed Systems Security Symp.* (NDSS), 2001, 47–56.

C-81. M.T. Goodrich and R. Tamassia, "Teaching Internet Algorithmics," *32nd ACM SIGCSE Technical Symp. on Computer Science Education*, 2001, 129–133.

C-82. M. Pop, G. Barequet, C.A. Duncan, M.T. Goodrich, W. Hwang, and S. Kumar, "Efficient Perspective-Accurate Silhouette Computation and Applications," *17th ACM Symp. on Computational Geometry* (SoCG), 2001, 60–68.

C-83. M.T. Goodrich and R. Tamassia, "Implementation of an Authenticated Dictionary with Skip Lists and Commutative Hashing," *DARPA Information Survivability Conf. & Exposition II* (DISCEX), IEEE Press, 2001, 68–82.

C-84. A. Bagchi, A. Chaudhary, R. Garg, M.T. Goodrich, and V. Kumar, "Seller-Focused Algorithms for Online Auctioning," *2001 Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 2125, Springer-Verlag, 2001, 135–147.

C-85. A. Anagnostopoulos, M.T. Goodrich, R. Tamassia, "Persistent Authenticated Dictionaries and Their Applications," *Information Security Conf.* (ISC), Lecture Notes in Computer Science 2200, Springer-Verlag, 2001, 379–393.

C-86. M.T. Goodrich, R. Tamassia, and J. Hasic, "An Efficient Dynamic and Distributed Cryptographic Accumulator," *5th Information Security Conf.* (ISC), Lecture Notes in Computer Science 2433, Springer-Verlag, 2002, 372–388.

C-87. A.L. Buchsbaum and M.T. Goodrich, "Three-Dimensional Layers of Maxima," *10th European Symp. on Algorithms* (ESA), Lecture Notes in Computer Science 2461, Springer-Verlag, 2002, 257–267. (Preliminary version of J-49.)

C-88. A. Bagchi, A.L. Buchsbaum, and M.T. Goodrich, "Biased Skip Lists," *13th Int. Symp. on*

14

*Algorithms and Computation* (ISAAC), Lecture Notes in Computer Science 2518, Springer-Verlag, 2002, 1–13. (Preliminary version of J-54.)

C-89. M.T. Goodrich, "Efficient Packet Marking for Large-Scale IP Traceback," *9th ACM Conf. on Computer and Communications Security* (CCS), 2002, 117–126. (Preliminary version of J-61.)

C-90. M.T. Goodrich, R. Tamassia, N. Triandopoulos, and R. Cohen, "Authenticated Data Structures for Graph and Geometric Searching," *RSA Conf.—Cryptographers' Track* (CT-RSA), Lecture Notes in Computer Science 2612, Springer-Verlag, 2003, 295–313. (Preliminary version of J-71.)

C-91. M.T. Goodrich, M. Shin, R. Tamassia, and W.H. Winsborough, "Authenticated Dictionaries for Fresh Attribute Credentials," *1st Int. Conf. on Trust Management* (iTrust), Lecture Notes in Computer Science 2692, Springer-Verlag, 2003, 332–347.

C-92. G. Barequet, M.T. Goodrich, A. Levi-Steiner, and D. Steiner, "Straight-Skeleton Based Contour Interpolation," *14th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2003, 119–127. (Preliminary version of J-51.)

C-93. G. Barequet, M.T. Goodrich, and C. Riley, "Drawing Graphs with Large Vertices and Thick Edges," *2003 Workshop and Data Structures and Algorithms* (WADS), Lecture Notes in Computer Science 2748, Springer-Verlag, 2003, 281–293. (Preliminary version of J-50.)

C-94. A. Bagchi, A. Chaudhary, M.T. Goodrich, and S. Xu, "Constructing Disjoint Paths for Secure Communication," *17th Int. Symp. on Distributed Computing* (DISC), Lecture Notes in Computer Science 2848, Springer-Verlag, 2003, 181–195.

C-95. M. Dickerson, D. Eppstein, M.T. Goodrich, J.Y. Meng, "Confluent Drawings: Visualizing Non-planar Diagrams in a Planar Way," *11th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 2912, Springer-Verlag, 2003, 1–12. (Preliminary version of J-55.)

C-96. F. Brandenberg, D. Eppstein, M.T. Goodrich, S. Kobourov, G. Liotta, P. Mutzel, "Selected Open Problems in Graph Drawing," *11th Int. Symp. on Graph Drawing* (GD), Lecture Notes in Computer Science 2912, Springer-Verlag, 2003, 515–539.

C-97. A. Bagchi, A. Chaudhary, D. Eppstein, and M.T. Goodrich, "Deterministic Sampling and Range Counting in Geometric Data Streams," *20th ACM Symp. on Computational Geometry* (SoCG), 144–151, 2004. (Preliminary version of J-58.)

C-98. M.T. Goodrich, J.Z. Sun, and R. Tamassia, "Efficient Tree-Based Revocation in Groups of Low-State Devices," *Advances in Cryptology* (CRYPTO), Springer, Lecture Notes in Computer Science 3152, 511–527, 2004.

C-99. D. Eppstein, M.T. Goodrich, and J.Y. Meng, "Confluent Layered Drawings," *12th Int. Symp. on Graph Drawing* (GD), Springer, Lecture Notes in Computer Science 3383, 184–194, 2004. (Preliminary version of J-57.)

C-100. M.J. Atallah, K.B. Frikken, M.T. Goodrich, and R. Tamassia, "Secure Biometric Authentication for Weak Computational Devices," *9th Int. Conf. on Financial Cryptography and Data Security*, Springer, Lecture Notes in Computer Science 3570, 357–371, 2005.

C-101. M.T. Goodrich, "Leap-Frog Packet Linking and Diverse Key Distributions for Improved Integrity in Network Broadcasts," *IEEE Symp. on Security and Privacy* (S&P), 196–207, 2005.

C-102. D. Eppstein, M.T. Goodrich, and J.Z. Sun, "The Skip Quadtree: A Simple Dynamic Data Structure for Multidimensional Data," *21st ACM Symp. on Computational Geometry* (SoCG), 296–305, 2005. (Preliminary version of J-60.)

C-103. M.J. Atallah, M.T. Goodrich, and R. Tamassia, "Indexing Information for Data Forensics," *3rd Applied Cryptography and Network Security Conf.* (ACNS), Lecture Notes in Computer

Science 3531, Springer, 206–221, 2005.

C-104. W. Du and M.T. Goodrich, "Searching for High-Value Rare Events with Uncheatable Grid Computing," *3rd Applied Cryptography and Network Security Conf.* (ACNS), Lecture Notes in Computer Science 3531, Springer, 122–137, 2005.

C-105. L. Arge, D. Eppstein, and M.T. Goodrich, "Skip-Webs: Efficient Distributed Data Structures for Multi-Dimensional Data Sets," *24th ACM Symp. on Principles of Distributed Computing* (PODC), 2005.

C-106. D. Eppstein, M.T. Goodrich, and D. Hirschberg, "Improved Combinatorial Group Testing for Real-World Problem Sizes," *Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 3608, Springer, 86–98, 2005. (Preliminary version of J-59.)

C-107. A. Chaudhary and M.T. Goodrich, "Balanced Aspect Ratio Trees Revisited," *Workshop on Algorithms and Data Structures* (WADS), Lecture Notes in Computer Science 3608, Springer, 73–85, 2005.

C-108. M.T. Goodrich, R. Tamassia, and D. Yao, "Accredited DomainKeys: A Service Architecture for Improved Email Validation," *2nd Conf. on Email and Anti-Spam* (CEAS), 1–8, 2005.

C-109. M.T. Goodrich, G.S. Lueker, and J.Z. Sun, "C-Planarity of Extrovert Clustered Graphs," *13th Int. Symp. Graph Drawing* (GD), 211–222, 2005.

C-110. D. Eppstein, M.T. Goodrich, J.Y. Meng, "Delta-Confluent Drawings," *13th Int. Symp. Graph Drawing* (GD), 165–176, 2005.

C-111. M.T. Goodrich, M.J. Nelson, and J.Z. Sun, "The Rainbow Skip Graph: A Fault-Tolerant Constant-Degree Distributed Data Structure," *17th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 384–393, 2006.

C-112. M.T. Goodrich, M. Sirivianos, J. Solis, G. Tsudik, E. Uzun, "Loud And Clear: Human-Verifiable Authentication Based on Audio," *26th IEEE Int. Conf. on Distributed Computing Systems* (ICDCS), 1–8, 2006. (Preliminary version of J-66.)

C-113. M.T. Goodrich, R. Tamassia, and D. Yao, "Notarized Federated Identity Management for Web Services," *20th IFIP WG Working Conf. on Data and Application Security* (DBSec), Springer, Lecture Notes in Computer Science, Vol. 4127, 133–147, 2006. (Preliminary version of J-63.)

C-114. M.T. Goodrich and D.S. Hirschberg, "Efficient Parallel Algorithms for Dead Sensor Diagnosis and Multiple Access Channels," *18th ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 118–127, 2006. (Preliminary version of J-62.)

C-115. Y. Cho, L. Bao, and M.T. Goodrich, "LAAC: A Location-Aware Access Control Protocol," *2006 3rd Annual Int. Conf. on Mobile and Ubiquitous Systems - Workshop on Ubiquitous Access Control* (IWUAC), 1–7, 2006.

C-116. M.B. Dillencourt, D. Eppstein, and M.T. Goodrich, "Choosing Colors for Geometric Graphs via Color Space Embeddings," *14th Int. Symp. Graph Drawing* (GD), Lecture Notes in Computer Science, Vol. 4372, Springer, 294–305, 2006.

C-117. D. Eppstein, M.T. Goodrich, and N. Sitchinava, "Guard Placement for Wireless Localization," *23rd ACM Symp. on Computational Geometry* (SoCG), 27–36, 2007.

C-118. M.T. Goodrich, C. Papamanthou, and R. Tamassia, "On the Cost of Persistence and Authentication in Skip Lists," *6th Workshop on Experimental Algorithms* (WEA), LNCS 4525, 94–107, 2007.

C-119. M.J. Atallah, M. Blanton, M.T. Goodrich, and S. Polu, "Discrepancy-Sensitive Dynamic Fractional Cascading, Dominated Maxima Searching, and 2-d Nearest Neighbors in Any Minkowski Metric," *Workshop on Algorithms and Data Structures* (WADS), LNCS,

Vol. 4619, Springer, 114–126, 2007.

C-120. D. Eppstein and M.T. Goodrich, "Space-Efficient Straggler Identification in Round-Trip Data Streams via Newton's Identities and Invertible Bloom Filters," *Workshop on Algorithms and Data Structures* (WADS), LNCS, Vol. 4619, Springer, 2007, 638–649. (Preliminary version of J-72.)

C-121. M.T. Goodrich and J.Z. Sun, "Checking Value-Sensitive Data Structures in Sublinear Space," *18th Int. Symp. on Algorithms and Computation* (ISAAC), LNCS, vol. 4835, Springer, 2007, 353–364.

C-122. M.T. Goodrich, R. Tamassia, and N. Triandopoulos, "Super-Efficient Verification of Dynamic Outsourced Databases," *RSA Conf.—Cryptographers' Track* (CT-RSA), LNCS, vol. 4964, Springer, 2008, 407–424.

C-123. D. Eppstein, M.T. Goodrich, E. Kim, and R. Tamstorf, "Approximate Topological Matching of Quadrilateral Meshes," *IEEE Int. Conf. on Shape Modeling and Applications* (SMI), 2008, 83–92. (Preliminary version of J-68.)

C-124. G. Barequet, D. Eppstein, M.T. Goodrich, and A. Waxman, "Straight Skeletons of Three-Dimensional Polyhedra," *16th European Symp. on Algorithms* (ESA), LNCS, vol. 5193, 2008, 148–160.

C-125. M.T. Goodrich, C. Papamanthou, R. Tamassia, and N. Triandopoulos, "Athos: Efficient Authentication of Outsourced File Systems," *11th Information Security Conf.* (ISC), LNCS, vol. 5222, 2008, 80–96.

C-126. L. Arge, M.T. Goodrich, M. Nelson, and N. Sitchinava, "Fundamental Parallel Algorithms for Private-Cache Chip Multiprocessors," *20th ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 2008, 197–206.

C-127. D. Eppstein and M.T. Goodrich, "Succinct Greedy Graph Drawing in the Hyperbolic Plane," *16th Int. Symp. on Graph Drawing* (GD), LNCS, vol. 5417, Springer, 2008, 14–25. (Preliminary version of J-69.)

C-128. D. Eppstein and M.T. Goodrich, "Studying (Non-Planar) Road Networks Through an Algorithmic Lens," *16th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems* (GIS), 2008, 125–134. **Best Paper Award**.

C-129. M. Dickerson and M.T. Goodrich, "Two-Site Voronoi Diagrams in Geographic Networks," *16th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems* (GIS), 2008, 439–442.

C-130. D. Eppstein, M.T. Goodrich, and D. Strash, "Linear-Time Algorithms for Geometric Graphs with Sublinearly Many Crossings," *20th ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2009, 150–159. (Preliminary version of J-70.)

C-131. M.T. Goodrich, "The Mastermind Attack on Genomic Data," *30th IEEE Symp. on Security and Privacy* (S&P), 2009, 204–218. (Preliminary version of J-80.)

C-132. W. Du, D. Eppstein, M.T. Goodrich, and G.S. Lueker, "On the Approximability of Geometric and Geographic Generalization and the Min-Max Bin Covering Problem," *Algorithms and Data Structures Symp.* (WADS), LNCS, vol. 5664, Springer, 2009, 242–253.

C-133. M.T. Goodrich, R. Tamassia, and N. Triandopoulos, J.Z. Sun, "Reliable Resource Searching in P2P Networks," *5th Int. ICST Conf. on Security and Privacy in Communication Networks* (SecureComm), Lecture Notes of ICST, vol. 19, Springer, 2009, 437–447.

C-134. C.A. Duncan, M.T. Goodrich, S.G. Kobourov, "Planar Drawings of Higher-Genus Graphs," *17th Int. Symp. on Graph Drawing* (GD), LNCS, Springer, vol. 5849, 2009, 45–56. (Preliminary version of J-73.)

C-135. D. Eppstein, M.T. Goodrich, L. Trott, "Going Off-road: Transversal Complexity in Road Networks," *17th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems* (GIS), 2009, 23–32.

C-136. M.T. Goodrich and Darren Strash, "Succinct Greedy Geometric Routing in the Euclidean Plane," *20th Int. Symp. on Algorithms and Computation* (ISAAC), LNCS, vol. 5878, Springer, 2009, 781–791.

C-137. M.T. Goodrich, "Randomized Shellsort: A Simple Oblivious Sorting Algorithm," *21st ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2010, 1262–1277. (Preliminary version of J-75.)

C-138. L. Arge, M.T. Goodrich, and N. Sitchinava, "Parallel External Memory Graph Algorithms," *24th IEEE Int. Parallel & Distributed Processing Symp.* (IPDPS), 2010, 1–11.

C-139. G. Wang, T. Luo, M.T. Goodrich, W. Du, and Z. Zhu, "Bureaucratic Protocols for Secure Two-Party Sorting, Selection, and Permuting," *5th ACM Symp. on Information, Computer and Communications Security*, 2010, 226–237.

C-140. M.T. Dickerson, M.T. Goodrich, and T.D. Dickerson, "Round-Trip Voronoi Diagrams and Doubling Density in Geographic Networks," *7th Int. Symp. on Voronoi Diagrams in Science and Engineering* (ISVD), IEEE Press, 132–141, 2010. (Preliminary version of J-74.)

C-141. M.T. Dickerson, D. Eppstein, and M.T. Goodrich, "Cloning Voronoi Diagrams via Retroactive Data Structures," *18th European Symp. on Algorithms* (ESA), LNCS, vol. 6346, 2010, 362–373.

C-142. C.A. Duncan, D. Eppstein, M.T. Goodrich, S. Kobourov, and M. Nöllenburg, "Lombardi Drawings of Graphs," *18th Int. Symp. on Graph Drawing* (GD), LNCS, vol. 6502, 2010, 195–207. (Preliminary version of J-76.)

C-143. E. Wolf-Chambers, D. Eppstein, M.T. Goodrich, and M. Löffler, "Drawing Graphs in the Plane with a Prescribed Outer Face and Polynomial Area," *18th Int. Symp. on Graph Drawing* (GD), LNCS, vol. 6502, 2010, 129–140. (Preliminary version of J-77.)

C-144. C.A. Duncan, D. Eppstein, M.T. Goodrich, S. Kobourov, and M. Nöllenburg, "Drawing Trees with Perfect Angular Resolution and Polynomial Area," *18th Int. Symp. on Graph Drawing* (GD), LNCS, vol. 6502, 2010, 183–194. (Preliminary version of J-82.)

C-145. A.U. Asuncion and M.T. Goodrich, "Turning Privacy Leaks into Floods: Surreptitious Discovery of Social Network Friendships and Other Sensitive Binary Attribute Vectors," *Workshop on Privacy in the Electronic Society* (WPES), held in conjunction with the 17th ACM Conf. on Computer and Communications Security (CCS), 2010, 21–30. (Preliminary version of J-81.)

C-146. D. Eppstein, M.T. Goodrich, D. Strash, and L. Trott, "Extended Dynamic Subgraph Statistics Using h-Index Parameterized Data Structures," *4th Annual Int. Conf. on Combinatorial Optimization and Applications* (COCOA), LNCS, vol. 6508, 2010, 128–141. (Preliminary version of J-79.)

C-147. M.T. Goodrich and D. Strash, "Priority Range Trees," *21st Int. Symp. on Algorithms and Computation* (ISAAC), LNCS, vol. 6506, 2010, 97–108.

C-148. D. Eppstein, M.T. Goodrich, R. Tamassia, "Privacy-Preserving Data-Oblivious Geometric Algorithms for Geographic Data," *18th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems* (GIS), 2010, 13–22.

C-149. M.T. Goodrich, "Spin-the-bottle Sort and Annealing Sort: Oblivious Sorting via Round-robin Random Comparisons," *8th Workshop on Analytic Algorithms and Combinatorics* (ANALCO), in conjunction with the ACM-SIAM Symp. on Discrete Algorithms (SODA),

2011. (Preliminary version of J-85.)

C-150. M.T. Goodrich and F. Kerschbaum, "Privacy-Enhanced Reputation-Feedback Methods to Reduce Feedback Extortion in Online Auctions," *ACM Conf. on Data and Application Security and Privacy (CODASPY)*, 2011, 273–282.

C-151. M.T. Goodrich, "Data-Oblivious External-Memory Algorithms for the Compaction, Selection, and Sorting of Outsourced Data," *23rd ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 2011, 379–388.

C-152. M.T. Goodrich and M. Mitzenmacher, "Large-Scale Multimaps," *23rd ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 2011, 259–260.

C-153. D. Eppstein, M.T. Goodrich, F. Uyeda, and G. Varghese, "What's the Difference? Efficient Set Synchronization without Prior Context," *SIGCOMM* 218–229, 2011.

C-154. D. Eppstein, M.T. Goodrich, and M. Löffler, "Tracking Moving Objects with Few Handovers," *Algorithms and Data Structures Symp.* (WADS), 362–373, LNCS, vol. 6844, 2011.

C-155. M.T. Goodrich and M. Mitzenmacher, "Privacy-Preserving Access of Outsourced Data via Oblivious RAM Simulation," *38th Int. Colloquium on Automata, Languages and Programming (ICALP)*, LNCS, vol. 6756, 2011, 576–587.

C-156. M.T. Goodrich and P. Pszona, "External-Memory Network Analysis Algorithms for Naturally Sparse Graphs," *European Symp. on Algorithms (ESA)*, LNCS, vol. 6942, 664–676, 2011.

C-157. C. Duncan, D. Eppstein, M.T. Goodrich, S.G. Kobourov and M. Löffler, "Planar and Poly-Arc Lombardi Drawings," *Int. Symp. Graph Drawing (GD)*, LNCS, vol. 7034, 308–319, 2011. (Preliminary version of J-87.)

C-158. R. Chernobelskiy, K. Cunningham, M.T. Goodrich, S.G. Kobourov and L. Trott, "Force-Directed Lombardi-Style Graph Drawing," *Int. Symp. Graph Drawing (GD)*, LNCS, vol. 7034, 320–331, 2011.

C-159. M.T. Goodrich and M. Mitzenmacher, "Invertible Bloom Lookup Tables," *49th Allerton Conf. on Communication, Control, and Computing*, IEEE Press, **invited paper**, 2011.

C-160. M.T. Goodrich, M. Mitzenmacher, O. Ohrimenko, and R. Tamassia, "Oblivious RAM Simulation with Efficient Worst-Case Access Overhead," *ACM Cloud Computing Security Workshop (CCSW)*, in conjunction with the 17th ACM Conf. on Computer and Communications Security (CCS), 95–100, 2011.

C-161. M.T. Goodrich and J.A. Simons, "Fully Retroactive Approximate Range and Nearest Neighbor Searching," *22nd Int. Symp. on Algorithms and Computation (ISAAC)*, Springer, LNCS, vol. 7074, 292–301, 2011.

C-162. E. Angelino, M.T. Goodrich, M. Mitzenmacher and J. Thaler, "External Memory Multimaps," *22nd Int. Symp. on Algorithms and Computation (ISAAC)*, Springer, LNCS, vol. 7074, 384–394, 2011. (Preliminary version of J-83.)

C-163. M.T. Goodrich, N. Sitchinava, and Q. Zhang, "Sorting, Searching, and Simulation in the MapReduce Framework," *22nd Int. Symp. on Algorithms and Computation (ISAAC)*, Springer, LNCS, vol. 7074, 374–383, 2011.

C-164. D. Eppstein, M.T. Goodrich, M. Löffler, D. Strash and L. Trott, "Category-Based Routing in Social Networks: Membership Dimension and the Small-World Phenomenon," *IEEE Int. Conf. on Computational Aspects of Social Networks* (CASoN), 102–107, 2011. (Preliminary version of J-84.)

C-165. M.T. Goodrich, O. Ohrimenko, M. Mitzenmacher, and R. Tamassia, "Privacy-Preserving

19

Group Data Access via Stateless Oblivious RAM Simulation," *23rd ACM-SIAM Symp. on Discrete Algorithms* (SODA), 157–167, 2012.

C-166. M.T. Goodrich, O. Ohrimenko, M. Mitzenmacher, and R. Tamassia, "Practical Oblivious Storage," *2nd ACM Conf. on Data and Application Security and Privacy* (CODASPY). 13–24, 2012.

C-167. M.T. Goodrich and M. Mitzenmacher, "Anonymous Card Shuffling and its Applications to Parallel Mixnets," *39th Int. Colloquium on Automata, Languages and Programming* (ICALP), Springer, LNCS, vol. 6756, 576–587, 2012.

C-168. M.T. Goodrich, O. Ohrimenko, and R. Tamassia, "Graph Drawing in the Cloud: Privately Visualizing Relational Data using Small Working Storage," *20th Int. Symp. on Graph Drawing* (GD), Springer, LNCS, vol. 7704, 43–54, 2012.

C-169. F.J. Brandenburg, D. Eppstein, A. Gleissner, M.T. Goodrich, K. Hanauer, and J. Reislhuber, "On the Density of Maximal 1-Planar Graphs," *20th Int. Symp. on Graph Drawing* (GD), Springer, LNCS, vol. 7704, 327–338, 2012.

C-170. M.J. Bannister, D. Eppstein, M.T. Goodrich, and L. Trott, "Force-Directed Graph Drawing Using Social Gravity and Scaling," *20th Int. Symp. on Graph Drawing* (GD), Springer, LNCS, vol. 7704, 414–425, 2012.

C-171. M.T. Goodrich and J.A. Simons, "More Graph Drawing in the Cloud: Data-Oblivious st-Numbering, Visibility Representations, and Orthogonal Drawing of Biconnected Planar Graphs," *20th Int. Symp. on Graph Drawing* (GD), Springer, LNCS, vol. 7704, 569–570, 2012.

C-172. M.T. Goodrich, D.S. Hirschberg, M. Mitzenmacher, and J. Thaler, "Cache-Oblivious Dictionaries and Multimaps with Negligible Failure Probability," *Mediterranean Conf. on Algorithms* (MedAlg), Springer, LNCS, vol. 7659, 203–218, 2012.

C-173. D. Eppstein, M.T. Goodrich, and D.S. Hirschberg, "Combinatorial Pair Testing: Distinguishing Workers from Slackers," *Algorithms and Data Structures Symp.* (WADS), Springer, LNCS, vol. 8037, 316–327, 2013.

C-174. D. Eppstein, M.T. Goodrich, and J.A. Simons, "Set-Difference Range Queries," *25th Canadian Conf. on Computational Geometry* (CCCG), 2013, http://www.cccg.ca/proceedings/2013/.

C-175. M.T. Goodrich and P. Pszona, "Cole's Parametric Search Technique Made Practical," *25th Canadian Conf. on Computational Geometry* (CCCG), 2013, http://www.cccg.ca/proceedings/2013/.

C-176. L. Arge, M.T. Goodrich, F. van Walderveen, "Computing Betweenness Centrality in External Memory," *IEEE Int. Conf. on Big Data* (BigData), 368–375, 2013.

C-177. M.T. Goodrich and P. Pszona, "Achieving Good Angular Resolution in 3D Arc Diagrams," *21st Int. Symp. Graph Drawing* (GD), Springer, LNCS, vol. 8242, 161–172, 2013.

C-178. M.T. Goodrich and P. Pszona, "Streamed Graph Drawing and the File Maintenance Problem," *21st Int. Symp. Graph Drawing* (GD), Springer, LNCS, vol. 8242, 256–267, 2013.

C-179. M.T. Goodrich, "Zig-zag Sort: A Simple Deterministic Data-Oblivious Sorting Algorithm Running in $O(n \log n)$ Time," *46th ACM Symp. on Theory of Computing* (STOC), 684–693, 2014.

C-180. D. Eppstein, M.T. Goodrich, M. Mitzenmacher, and P. Pszona, "Wear Minimization for Cuckoo Hashing: How Not to Throw a Lot of Eggs into One Basket," *Symp. on Experimental Algorithms* (SEA), Springer, LNCS, vol. 8504, 162–173, 2014.

C-181. O. Ohrimenko, M.T. Goodrich, and R. Tamassia, an E. Upfal, "The Melbourne Shuffle:

Improving Oblivious Storage in the Cloud," *41st Int. Colloq. on Automata, Languages, and Programming* (ICALP), Springer, LNCS, vol. 8573, 556–567, 2014.

C-182. M.J. Bannister, W.E. Devanny, M.T. Goodrich, J.A. Simons, and Lowell Trott, "Windows into Geometric Events: Data Structures for Time-Windowed Querying of Temporal Point Sets," *26th Canadian Conf. on Computational Geometry* (CCCG), 2014.

C-183. M.J. Bannister, W.E. Devanny, D. Eppstein and M.T. Goodrich, "The Galois Complexity of Graph Drawing: Why Numerical Solutions are Ubiquitous for Force-Directed, Spectral, and Circle Packing Drawings," *22nd Int. Symp. Graph Drawing* (GD), Springer, LNCS, vol. 8871, 149–161, 2014. (Preliminary version of J-86.)

C-184. M.J. Alam, D. Eppstein, M.T. Goodrich, S. Kobourov and S. Pupyrev, "Balanced Circle Packings for Planar Graphs," *22nd Int. Symp. Graph Drawing* (GD), Springer, LNCS, vol. 8871, 125–136, 2014.

C-185. M. Bannister, M.T. Goodrich, and P. Sampson, "Force-Directed 3D Arc Diagrams," *22nd Int. Symp. Graph Drawing* (GD), Springer, LNCS, vol. 8871, 521–522, 2014.

C-186. M.T. Goodrich and P. Pszona, "Two-Phase Bicriterion Search for Finding Fast and Efficient Electric Vehicle Routes," *22nd ACM SIGSPATIAL Int. Conf. on Adv. Geographic Information Systems* (GIS), 193–202, 2014.

C-187. M.T. Goodrich and J. Simons, "Data-Oblivious Graph Algorithms in Outsourced External Memory," *8th Int. Conf. on Combinatorial Optimization and Applications* (COCOA), LNCS, Vol. 8881, 241–257, 2014.

C-188. M.T. Goodrich, T. Johnson, M. Torres, "Knuthian Drawings of Series-Parallel Flowcharts," *23rd Int. Symp. on Graph Drawing and Network Visualization* (GD), Springer, LNCS, vol. 9411, 556–557, 2015. (See also http://arxiv.org/abs/1508.03931.)

C-189. M.T. Goodrich and A. Eldawy, "Parallel Algorithms for Summing Floating-Point Numbers," *28th ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 13–22, 2016.

C-190. W.E. Devanny, M.T. Goodrich, and K. Jetviroj, "Parallel Equivalence Class Sorting: Algorithms, Lower Bounds, and Distribution-Based Analysis," *28th ACM Symp. on Parallel Algorithms and Architectures* (SPAA), 265–274, 2016.

C-191. D. Eppstein, M.T. Goodrich, J. Lam, N. Mamano, M. Mitzenmacher, and M. Torres, "Models and Algorithms for Graph Watermarking," *19th Information Security Conf.* (ISC), 283–301, 2016. **Best Student Paper Award**.

C-192. E. Ghosh, M.T. Goodrich, O. Ohrimenko, R. Tamassia, "Verifiable Zero-Knowledge Order Queries and Updates for Fully Dynamic Lists and Trees," *10th Conf. on Security and Cryptography for Networks* (SCN), 216–236, 2016.

C-193. M.T. Goodrich, E. Kornaropoulos, M. Mitzenmacher, R. Tamassia, "More Practical and Secure History-Independent Hash Tables," *21st European Symp. on Research in Computer Security* (ESORICS), 20-38, 2016.

C-194. J.J. Besa Vial, W.E. Devanny, D. Eppstein, and M.T. Goodrich, "Scheduling Autonomous Vehicle Platoons Through an Unregulated Intersection," *2016 Workshop on Algorithmic Approaches for Transportation Modeling, Optimization, and Systems* (ATMOS), 5:1–5:14.

C-195. M.J. Alam, M.B. Dillencourt, and M.T. Goodrich, "Capturing Lombardi Flow in Orthogonal Drawings by Minimizing the Number of Segments," *24th Int. Symp. on Graph Drawing and Network Visualization* (GD), LNCS, Vol. 9801, 608–610, 2016.

C-196. M.J. Alam, M.T. Goodrich, and T. Johnson, "Sibling-First Recursive Graph Drawing for Java Bytecode," *24th Int. Symp. on Graph Drawing and Network Visualization* (GD), LNCS, Vol. 9801, 611–612, 2016.

21

C-197. M.T. Goodrich, S. Gupta, and M. Torres, "A Topological Algorithm for Determining How Road Networks Evolve Over Time," *24th ACM SIGSPATIAL Int. Conf. on Advances in Geographic Information Systems* (GIS), 31:1–31:10, 2016.

C-198. M.J. Alam, M.T. Goodrich, and T. Johnson, "J-Viz: Finding Algorithmic Complexity Attacks via Graph Visualization of Java Bytecode," *13th IEEE Symp. on Visualization for Cyber Security* (VizSec), 1–8, 2016.

C-199. M.T. Goodrich, E. Kornaropoulos, M. Mitzenmacher, and R. Tamassia, "Auditable Data Structures," *2nd IEEE European Symp. on Security and Privacy* (EuroS&P), 285–300, 2017.

C-200. D. Eppstein, M.T. Goodrich, M. Mitzenmacher, and M. Torres, "2-3 Cuckoo Filters for Faster Triangle Listing and Set Intersection," *36th ACM SIGMOD-SIGACT-SIGART Symposium on Principles of Database Systems* (PODS), 247–260, 2017.

C-201. D. Eppstein, M.T. Goodrich, and N. Mamano, "Algorithms for Stable Matching and Clustering in a Grid," *18th International Workshop on Combinatorial Image Analysis* (IWCIA), 117–131, 2017.

C-202. G. Ateniese, M.T. Goodrich, V. Lekakis, C. Papamanthou, E. Paraskevas, and R. Tamassia, "Accountable Storage," *15th International Conference on Applied Cryptography and Network Security* (ACNS), 623–644, 2017.

C-203. D. Eppstein and M.T. Goodrich, "Using Multi-Level Parallelism and 2-3 Cuckoo Filters for Faster Set Intersection Queries and Sparse Boolean Matrix Multiplication," *29th ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 137–139, 2017.

C-204. W.E. Devanny, J. Fineman, M.T. Goodrich, and T. Kopelowitz, "The Online House Numbering Problem: Min-Max Online List Labeling," *25th European Symposium on Algorithms* (ESA), 33:1–33:15, 2017.

C-205. M.T. Goodrich, "Answering Spatial Multiple-Set Intersection Queries Using 2-3 Cuckoo Hash-Filters," *25th ACM SIGSPATIAL Int. Conf. on Advances in Geographic Information Systems* (GIS), 65:1–65:4, 2017.

C-206. D. Eppstein, M.T. Goodrich, D. Korkmaz, and N. Mamano, "Defining Equitable Geographic Districts in Road Networks via Stable Matching," *25th ACM SIGSPATIAL Int. Conf. on Advances in Geographic Information Systems* (GIS), 52:1–52:4, 2017.

C-207. M.T. Goodrich, "BIOS ORAM: Improved Privacy-Preserving Data Access for Parameterized Outsourced Storage,' *ACM Workshop on Privacy in the Electronic Society* (WPES), 41–50, 2017.

C-208. J.J. Besa Vial, W.E. Devanny, D. Eppstein, M.T. Goodrich, and T. Johnson, "Quadratic Time Algorithms Appear to be Optimal for Sorting Evolving Data," *Algorithm Engineering & Experiments* (ALENEX), 87–96, 2018.

C-209. D. Eppstein, M.T. Goodrich, N. Mamano, "Reactive Proximity Data Structures for Graphs," *13th Latin American Theoretical Informatics Symposium* (LATIN), LNCS, Vol. 10807, Springer, 777–789, 2018.

C-210. M.T. Goodrich, "Isogrammic-Fusion ORAM: Improved Statistically Secure Privacy-Preserving Cloud Data Access for Thin Clients," *13th ACM ASIA Conf. on Information, Computer and Communications Security* (ASIACCS), 699–706, 2018.

C-211. J.J. Besa Vial, W.E. Devanny, D. Eppstein, M.T. Goodrich, and T. Johnson, "Optimally Sorting Evolving Data," *45th Int. Colloq. on Automata, Languages, and Programming* (ICALP), 81:1–81:13, 2018.

C-212. G. Barequet, D. Eppstein, M.T. Goodrich, and N. Mamano, "Stable-Matching Voronoi Diagrams: Combinatorial Complexity and Algorithms," *45th Int. Colloq. on Automata,*

*Languages, and Programming* (ICALP), 89:1–89:14, 2018.

C-213. G. Da Lozzo, D. Eppstein, M.T. Goodrich, and S. Gupta, "Subexponential-Time and FPT Algorithms for Embedded Flat Clustered Planarity," *44th Int. Workshop on Graph-Theoretic Concepts in Computer Science* (WG), 111–124, 2018.

C-214. G. Barequet, M. De, and M.T. Goodrich, "Computing Convex-Straight-Skeleton Voronoi Diagrams for Segments and Convex Polygons," *24th International Computing and Combinatorics Conference* (COCOON), 130–142, 2018. (Preliminary version of J-90.)

C-215. M.T. Goodrich and T. Johnson, "Low Ply Drawings of Trees and 2-Trees," *30th Canadian Conference on Computational Geometry* (CCCG), 1–9, 2018.

C-216. D. Eppstein, M.T. Goodrich, J. Jorgensen, and M.R. Torres, "Geometric Fingerprint Recognition via Oriented Point-Set Pattern Matching," *30th Canadian Conference on Computational Geometry* (CCCG), 1–16, 2018.

C-217. G. Da Lozzo, D. Eppstein, M.T. Goodrich, and S. Gupta, "C-Planarity Testing of Embedded Clustered Graphs with Bounded Dual Carving-Width," *14th Int. Symp. on Parameterized and Exact Computation* (IPEC), LIPIcs, vol. 148, 9:1–9:17, 2019. **Best Paper Award**.

C-218. J.J. Besa, G. Da Lozzo, and M.T. Goodrich, "Computing k-Modal Embeddings of Planar Digraphs," *European Symposium on Algorithms* (ESA), 19:1–19:16, 2019.

C-219. N. Mamano, A. Efrat, D. Eppstein, D. Frishberg, M.T. Goodrich, S. Kobourov, P. Matias, and V. Polishchuk, "New Applications of Nearest-Neighbor Chains: Euclidean TSP and Motorcycle Graphs," *30th Int. Symp. on Algorithms and Computation* (ISAAC), 51:1–51:21, 2019.

C-220. D. Eppstein, M.T. Goodrich, J.A. Liu, and P.A. Matias, "Tracking Paths in Planar Graphs," *30th Int. Symp. on Algorithms and Computation* (ISAAC), 54:1–54:17, 2019.

C-221. J.J. Besa, M.T. Goodrich, T. Johnson, and M.C. Osegueda, "Minimum-Width Drawings of Phylogenetic Trees," *13th Int. Conf. on Combinatorial Optimization and Applications* (COCOA), LNCS, vol. 11949, 39–55, 2019.

C-222. M.T. Goodrich, Z.M. Liang, and S. Zhao, "Inverse-Rendering Based Analysis of the Fine Illumination Effects in the Salvator Mundi," *ACM SIGGRAPH Art Papers Program, 47th International Conference and Exhibition on Computer Graphics and Interactive Techniques*, 2020.

C-223. R. Afshar, M.T. Goodrich, P. Matias, and M.C. Osegueda, "Reconstructing Binary Trees in Parallel," *32nd ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 491–492, 2020.

C-224. R. Afshar, M.T. Goodrich, P. Matias, and M.C. Osegueda, "Reconstructing Biological and Digital Phylogenetic Trees in Parallel," *European Symposium on Algorithms* (ESA), 3:1–3:24, 2020.

C-225. R. Afshar, A. Amir, M.T. Goodrich, and P. Matias, "Adaptive Exact Learning in a Mixed-Up World: Dealing with Periodicity, Errors, and Jumbled-Index Queries in String Reconstruction," *27th International Symposium on String Processing and Information Retrieval* (SPIRE), 155–174, 2020.

C-226. M.T. Goodrich, R. Jacob, N. Sitchinava, "Atomic Power in Forks: A Super-Logarithmic Lower Bound for Implementing Butterfly Networks in the Nonatomic Binary Fork-Join Model," *ACM-SIAM Symp. on Discrete Algorithms* (SODA), 2141–2153, 2021.

C-227. R. Afshar, M.T. Goodrich, P. Matias, and M.C. Osegueda, "Parallel Network Mapping Algorithms," *33rd ACM Symp. on Parallelism in Algorithms and Architectures* (SPAA), 410–413, 2021.

23

C-228. M.T. Goodrich, S. Gupta, H. Khodabandeh, and P. Matias, "How to Catch Marathon Cheaters: New Approximation Algorithms for Tracking Paths," *17th Algorithms and Data Structures Symposium* (WADS), 442–456, 2021.

C-229. R. Afshar, M.T. Goodrich, P. Matias, and M.C. Osegueda, "Mapping Networks via Parallel kth-Hop Traceroute Queries," *39th Int. Symp. on Theoretical Aspects of Computer Science* (STACS), LIPIcs, Vol. 219, 4:1–4:21, 2022.

C-230. R. Afshar, M.T. Goodrich, and E. Ozel, "Efficient Exact Learning Algorithms for Road Networks and Other Graphs with Bounded Clustering Degrees," *20th Int. Symp. on Experimental Algorithms* (SEA), 9:1–9:18, 2022.

C-231. G. Barequet, S. Fukuzawa, M.T. Goodrich, D. Mount, M. Osegueda, and E. Ozel, "Diamonds are Forever in the Blockchain: Geometric Polyhedral Point-Set Pattern Matching," *34th Canadian Conf. on Computational Geometry* (CCCG), 16–23, 2022.

C-232. R. Afshar and M.T. Goodrich, "Exact Learning of Multitrees and Almost-Trees Using Path Queries," *15th Latin American Theoretical Informatics Symposium* (LATIN), 293-311, 2022.

C-233. M.T. Goodrich and E. Ozel, "Modeling the Small-World Phenomenon with Road Networks," *30th ACM SIGSPATIAL Int. Conf. on Advances in Geographic Information Systems* (GIS), 46:1-46:10, 2022. **Best Paper Runner Up Award**.

**Other Publications:**

O-1. M.T. Goodrich, "Guest Editor's Introduction," *International Journal of Computational Geometry & Applications*, **2**(2), 1992, 113–116.

O-2. M.T. Goodrich, "Parallel Algorithms Column 1: Models of Computation," *SIGACT News*, **24**(4), 1993, 16–21.

O-3. M.T. Goodrich, V. Mirelli, M. Orletsky, and J. Salowe, "Decision tree construction in fixed dimensions: Being global is hard but local greed is good," Technical Report TR-95-1, Johns Hopkins University, Department of Computer Science, Baltimore, MD 21218, May 1995.

O-4. R. Tamassia, P.K. Agarwal, N. Amato, D.Z. Chen, D. Dobkin, R.L.S. Drysdale, S. Fortune, M.T. Goodrich, J. Hershberger, J. O'Rourke, F.P. Preparata, J.-R. Sack, S. Suri, I.G. Tollis, J.S. Vitter, and S. Whitesides, "Strategic Directions in Computational Geometry Working Group Report," *ACM Computing Surveys*, **28A**(4), December 1996.

O-5. G.A. Gibson, J.S. Vitter, and J. Wilkes, A. Choudhary, P. Corbett, T.H. Cormen, C.S. Ellis, M.T. Goodrich, P. Highnam, D. Kotz, K. Li, R. Muntz, J. Pasquale, M. Satyanarayanan, D.E. Vengroff, "Report of the Working Group on Storage I/O Issues in Large-Scale Computing," *ACM Computing Surveys*, **28A**(4), December 1996.

O-6. T.H. Cormen and M.T. Goodrich, "A Bridging Model for Parallel Computation, Communication, and I/O," *ACM Computing Surveys*, **28A**(4), December 1996.

O-7. M.T. Goodrich, "Computer Science Issues in the National Virtual Observatory," in *Virtual Observatories of the Future*, ASP Conf. Series, vol. 225, R.J. Brunner, S.G. Djorgovski, and A.S. Szalay, eds., 329–332, 2001.

O-8. M.T. Dickerson and M.T. Goodrich, "Matching Points to a Convex Polygonal Boundary," Proceedings of the 13th Canadian Conf. on Computational Geometry (CCCG'01), 89–92, 2001.

O-9. M.T. Goodrich, "Guest Editor's Foreword," *Algorithmica*, **33**(3), 271, 2002.

O-10. M.T. Goodrich, M. Shin, C.D. Straub, and R. Tamassia, "Distributed Data Authentication (System Demonstration)," *DARPA Information Survivability Conf. and Exposition*, IEEE Press, Volume 2, 58–59, 2003.

O-11. M.T. Goodrich and R. Tamassia, "Efficient and Scalable Infrastructure Support for Dynamic Coalitions," *DARPA Information Survivability Conf. and Exposition*, IEEE Press, Volume 2, 246–251, 2003.

O-12. E. Ghosh, M.T. Goodrich, O. Ohrimenko, and R. Tamassia, "Poster: Zero-Knowledge Authenticated Order Queries and Applications," *IEEE Symp. on Security and Privacy*, 2015. (See also https://eprint.iacr.org/2015/283.)

O-13. F. Bayatbabolghani, M. Blanton, M. Aliasgari, and M.T. Goodrich, "Poster: Secure Computations of Trigonometric and Inverse Trigonometric Functions," *IEEE Symposium on Security and Privacy*, 2017.

## PROFESSIONAL SERVICE

*Guest Editor:*

    *Int. Journal of Computational Geometry & Applications*, **2**(2), 1992

    *Journal of Computer & System Sciences*, **52**(1), 1996

    *Computational Geometry: Theory and Applications*, **12(1–2)**, 1999.

    *Algorithmica*, **33**(3), 2002.

*Editorial Board Membership:*

    *Computational Geometry: Theory and Applications*, 2006–2015

    *Journal of Computer & System Sciences*, 1994–2011

    *Journal of Graph Algorithms and Applications*, 1996–2011

    *Int. Journal of Computational Geometry & Applications*, 1993–2010

    *Information Processing Letters*, 1995–1997

*Journal Advisory Board Membership:*

    *Int. Journal of Computational Geometry & Applications*, 2010–

    *Journal of Graph Algorithms and Applications*, 2011–

*Program Committee Service:*

    7th ACM Symp. on Computational Geometry (SoCG), 1991

    1991 Workshop on Algorithms and Data Structures (WADS)

    8th ACM Symp. on Computational Geometry (SoCG), 1992

    25th ACM Symp. on Theory of Computing (STOC), 1993

    *Chair*, 26th ACM Symp. on Theory of Computing (STOC), 1994

    11th ACM Symp. on Computational Geometry (SoCG), 1995

    DAGS '95 Conf. on Electronic Publishing and the Information Superhighway

    1996 SIAM Discrete Mathematics Conference

    1997 Workshop on Algorithms and Data Structures (WADS)

    International Symp. on Graph Drawing (GD), 1997

    1999 Workshop on Algorithms and Data Structures (WADS)

    *Co-chair*, Workshop on Algorithm Engineering and Experimentation (ALENEX), 1999

    International Symp. on Graph Drawing (GD), 2000

    2000 Workshop on Algorithm Engineering (WAE)

    41st IEEE Symp. on Foundations of Computer Science (FOCS), 2000

    2001 Workshop on Algorithms and Data Structures (WADS)

    International Symp. on Graph Drawing (GD), 2001

    Workshop on Algorithm Engineering and Experimentation (ALENEX), 2002

    18th ACM Symp. on Computational Geometry (SoCG), 2002

    13th ACM-SIAM Symp. on Discrete Algorithms (SODA), 2002

    *Co-Chair*, Graph Drawing 2002

International Symp. on Graph Drawing (GD), 2003

16th ACM-SIAM Symp. on Discrete Algorithms (SODA), 2005

32nd Int. Colloq. on Automata, Languages and Programming (ICALP), 2005

12th Int. Computing and Combinatorics Conference (COCOON), 2006

13th ACM Conf. on Computer and Communication Security (CCS), 2006

15th European Symp. on Algorithms (ESA), 2007

5th International Conference on Applied Cryptography and Network Security (ACNS), 2007

21st IEEE International Parallel & Distributed Processing Symp. (IPDPS), 2007

19th ACM Symp. on Parallelism in Algorithms and Architectures (SPAA), 2007

5th Workshop on Algorithms and Models for the Web-Graph (WAW), 2007

7th International Workshop on Experimental Algorithms (WEA), 2008

Second International Frontiers of Algorithmics Workshop (FAW), 2008

16th ACM SIGSPATIAL Int. Symp. on Adv. in Geographic Information Systems (GIS), 2008

17th ACM SIGSPATIAL Int. Symp. on Adv. in Geographic Information Systems (GIS), 2009

31st IEEE Symp. on Security and Privacy (S&P), 2010

18th Int. Symp. on Graph Drawing (GD), 2010

2011 Workshop on Analytic Algorithmics and Combinatorics (ANALCO)

8th Workshop on Algorithms and Models for the Web Graph (WAW), 2011

19th International Symp. on Graph Drawing (GD), 2011

24th ACM Symp. on Parallelism in Algorithms and Architectures (SPAA), 2012

20th European Symp. on Algorithms (ESA), 2012

2013 IEEE Int. Conf. on Big Data (BigData), 2013

30th IEEE Int. Conf. on Data Engineering (ICDE), 2014

21st ACM Conf. on Computer and Communication Security (CCS), 2014

Symp. on Algorithms and Data Structures (WADS), 2015

ACM Cloud Computing Security Workshop (CCSW), 2015

International Symp. on Graph Drawing (GD), 2015

*co-chair*, 2016 Workshop on Algorithm Engineering and Experiments (ALENEX)

2016 Workshop on Massive Data Algorithmics (MASSIVE)

2016 Int. Symp. on Algorithms and Computation (ISAAC)

29th ACM Symp. on Parallelism in Algorithms and Architectures (SPAA), 2017

25th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems (GIS), 2017

26th European Symp. on Algorithms (ESA), 2018

26th ACM SIGSPATIAL Int. Conf. on Adv. in Geographic Information Systems (GIS), 2018

2nd Symp. on Simplicity in Algorithms (SOSA), 2019

1st ACM SIGSPATIAL Int. Workshop on Spatial Gems, 2019

2021 SIAM Symp. on Applied Computational & Discrete Algorithms (ACDA)

2023 SIAM Symp. on Algorithm Engineering and Experimentation (ALENEX)

35th ACM Symp. on Parallelism in Algorithms and Architectures (SPAA), 2023

*Conference/Workshop Committee Service:*

Conference chair, 12th ACM Symposium on Computational Geometry, 1996

Organizer, 1st CGC Workshop on Computational Geometry, 1996

Co-chair, 1999 Dagstuhl Workshop on Computational Geometry, 1999

Conference chair, Graph Drawing, 2002

Co-organizer, Hawaiian Workshop on Parallel Algorithms, 2017, 2019

*Steering Committee and Executive Committee Service:*

Member at large, ACM SIG on Algorithms & Comp. Theory (SIGACT) Exec. Comm., 1993–97

Member, Exec. comm. for 1996 Federated Computing Research Conference (FCRC)

co-Founder and member, Steering Comm. for Workshop on Algorithm Engineering
    and Experimentation (ALENEX), 1999–2017 (chair, 2014–16)

co-Chair, Steering Comm. for ACM Symposium on Computational Geometry, 1999–2001

Member, Steering Comm. for Graph Drawing Conference, 2000–03, 2014–16

Conference Chair, ACM SIG on Algorithms & Comp. Theory (SIGACT), 2005–09

*Center and Institute Affiliations:*

Algorithms, Combinatorics and Optimization Center, UCI

Center for Algorithms and Theory of Computation, UCI

Center for Embedded and Cyber-physical Systems, UCI

Center for Machine Learning and Intelligent Systems, UCI

The Institute for Virtual Environments and Computer Games (IVECG), UCI

Secure Computing & Networking Center, UCI

*Postdoctoral Fellows:*

1. Timothy Chan, Johns Hopkins, 1996. (Now at Univ. of Illinois)

2. Gill Barequet, Johns Hopkins, 1996-98. (Now at Technion)

3. Pawel Gajer, Johns Hopkins, 2000. (Now at Univ. of Maryland)

4. Amitabh Chaudhary, UC-Irvine, 2002-2004. (Now at U. Chicago)

5. Amitabha Bagchi, UC-Irvine, 2002-2004. (Now at IIT-Dehli)

6. Martin Nollenburg, UC-Irvine, 2010, mentored jointly with David Eppstein. (Now at TU Wien)

7. Maarten Loffler, UC-Irvine, 2010-2011, mentored jointly with David Eppstein. (Now at Utrecht University)

8. Md. Jawaherul Alam, UC-Irvine, 2015-16. (Now at Amazon)

9. Giordano Da Lozzo, UC-Irvine, 2016-2017, mentored jointly with David Eppstein. (Now at "Roma Tre" University)

*Ph.D. Students:*

1. Mujtaba Ghouse, "Randomized Parallel Computational Geometry in Theory and Practice," Johns Hopkins Univ., May 1993.

2. Paul Tanenbaum, "On Geometric Representations of Partially Ordered Sets," Johns Hopkins Univ., May 1995 (co-advised with Edward Scheinerman).

3. Mark Orletsky, "Practical Methods for Geometric Searching Problems with Experimental Validation," Johns Hopkins Univ., May 1996.

4. Kumar Ramaiyer, "Geometric Data Structures and Applications," Johns Hopkins Univ., Aug. 1996.

5. Christian Duncan, "Balanced Aspect Ratio Trees," Johns Hopkins Univ., Aug. 1999.

6. Christopher Wagner, "Graph Visualization and Network Routing," Johns Hopkins Univ., Oct. 1999 (co-advised with Prof. Lenore Cowen).

7. Stephen Kobourov, "Algorithms for Drawing Large Graphs," Johns Hopkins Univ., May 2000.

8. Amitabha Bagchi, "Efficient Strategies for Topics in Internet Algorithmics," Johns Hopkins Univ., Oct. 2002.

9. Amitabh Chaudhary, "Applied Spatial Data Structures for Large Data Sets," Johns Hopkins Univ., Oct. 2002.

10. Breno De Medeiros, "New Cryptographic Primitives with Applications to Information Privacy and Corporate Confidentiality," Johns Hopkins Univ., May 2004 (co-advised with Giuseppe Ateniese).

11. "Jeremy" Yu Meng, "Confluent Graph Drawing," UC-Irvine, June 2006.

12. Jonathan Zheng Sun, "Algorithms for Hierarchical Structures, with Applications to Security and Geometry," UC-Irvine, Aug. 2006.

13. Nodari Sitchinava, "Parallel External Memory Model—A Parallel Model for Multi-core Architectures," UC-Irvine, Sep. 2009.

14. Darren Strash, "Algorithms for Sparse Geometric Graphs and Social Networks," UC-Irvine, May 2011 (co-advised with with David Eppstein).

15. Lowell Trott, "Geometric Algorithms for Social Network Analysis," UC-Irvine, May 2013.

16. Joseph Simons, "New Dynamics in Geometric Data Structures," UC-Irvine, May 2014.

17. Pawel Pszona, "Practical Algorithms for Sparse Graphs," UC-Irvine, May 2014.

18. William E. Devanny, "An Assortment of Sorts: Three Modern Variations on the Classic Sorting Problem," UC-Irvine, July 2017 (co-advised with David Eppstein).

19. Siddharth Gupta, "Topological Algorithms for Geographic and Geometric Graphs," UC-Irvine, Aug. 2018 (co-advised with with David Eppstein).

20. Timothy Johnson, "Graph Drawing Representations and Metrics with Applications," UC-Irvine, Aug. 2018.

21. Juan Besa, "Optimization Problems in Directed Graph Visualization," UC-Irvine, Aug. 2019.

22. Nil Mamano Grande, "New Applications of the Nearest-Neighbor Chain Algorithm," UC-Irvine, Sep. 2019 (co-advised with David Eppstein).

23. Pedro Matias, "Exact Learning of Sequences from Queries and Trackers," UC-Irvine, May 2021

24. Martha Osegueda, "Constructing, Counting and Matching Combinatorial and Geometric Shapes," UC-Irvine, May 2022

*Ph.D. Committee Service:*

| | | |
|---|---|---|
| John Augustine | UC-Irvine | Advancement to candidacy, September 2003 |
| Nikos Triandopoulos | Brown U. | Thesis prelim., February 2004 |
| Einar Mykletun | UC-Irvine | Advancement to candidacy, March 2004 |
| Kartic Subr | UC-Irvine | Advancement to candidacy, September 2004 |
| S. Joshua Swamidass | UC-Irvine | Advancement to candidacy, April 2005 |
| Jeong Hyun Yi | UC-Irvine | Thesis defense, August, 2005 |
| Nodari Sitchinava | UC-Irvine | Advancement to candidacy, chair, December 2005 |
| John Augustine | UC-Irvine | Thesis defense, July 2006 |
| Maithili Narasimha | UC-Irvine | Thesis defense, August, 2006 |
| Josiah Carlson | UC-Irvine | Advancement to candidacy, August 2006 |
| Xiaomin Liu | UC-Irvine | Advancement to candidacy, September 2006 |
| Gabor Madl | UC-Irvine | Advancement to candidacy, September 2006 |
| Nikos Triandopoulos | Brown U. | Thesis defense, September 2006 |
| Rabia Nuray-Turan | UC-Irvine | Advancement to candidacy, May 2007 |
| S. Joshua Swamidass | UC-Irvine | Thesis defense, June 2007 |
| Michael Sirivianos | UC-Irvine | Advancement to candidacy, June 2007 |
| Kevin Wortman | UC-Irvine | Advancement to candidacy, August 2007 |
| Di Ma | UC-Irvine | Advancement to candidacy, December 2007 |
| Josiah Carlson | UC-Irvine | Thesis defense, December 2007 |
| Michael Nelson | UC-Irvine | Advancement to candidacy, chair, March 2008 |
| Minas Gjoka | UC-Irvine | Advancement to candidacy, June 2008 |
| Sara Javanmardi | UC-Irvine | Advancement to candidacy, June 2008 |
| Ali Zandi | UC-Irvine | Advancement to candidacy, September 2008 |

| | | |
|---|---|---|
| Jihye Kim | UC-Irvine | Thesis defense, September 2008 |
| Darren Strash | UC-Irvine | Advancement to candidacy, December 2008 |
| Kevin Wortman | UC-Irvine | Topic defense, January 2009 |
| Nodari Sitchinava | UC-Irvine | Topic defense, chair, June 2009 |
| Fabio Soldo | UC-Irvine | Advancement to candidacy, July 2009 |
| Emil De Cristofaro | UC-Irvine | Advancement to candidacy, July 2009 |
| Di Ma | UC-Irvine | Thesis defense, August 2009 |
| Yanbin Lu | UC-Irvine | Advancement to candidacy, December 2009 |
| Anh Le | UC-Irvine | Advancement to candidacy, April 2010 |
| Lowell Trott | UC-Irvine | Advancement to candidacy, June 2010 |
| Xiaomin Liu | UC-Irvine | Thesis defense, August 2010 |
| Josh Olsen | UC-Irvine | Advancement to candidacy, September 2010 |
| Yasser Altowim | UC-Irvine | Advancement to candidacy, December 2010 |
| Angela Wong | UC-Irvine | Advancement to candidacy, May 2011 |
| Joshua Hill | UC-Irvine | Advancement to candidacy, September 2011 |
| Alex Abatzoglou | UC-Irvine | Advancement to candidacy, September 2011 |
| Michael Wolfe | UC-Irvine | Masters Thesis defense, October 2011 |
| Olya Ohrimenko | Brown Univ. | PhD Thesis proposal, October 2011 |
| Yanbin Lu | UC-Irvine | PhD Thesis defense, November 2011 |
| Chun Meng | UC-Irvine | Advancement to candidacy, December 2011 |
| Abinesh Ramakrishnan | UC-Irvine | Advancement to candidacy, March 2012 |
| Pegah Sattari | UC-Irvine | PhD Thesis defense, April 2012 |
| Michael Bannister | UC-Irvine | PhD Thesis defense, May 2015 |
| Yingyi Bu | UC-Irvine | PhD Thesis defense, August 2015 |
| Jenny Lam | UC-Irvine | PhD Thesis defense, November 2015 |
| Timothy Johnson | UC-Irvine | Advancement to candidacy, chair, June 2016 |
| Jiayu Xu | UC-Irvine | Advancement to candidacy, November 2016 |
| Sky Faber | UC-Irvine | PhD Thesis defense, November 2016 |
| Juan Jose Besa Vial | UC-Irvine | Advancement to candidacy, chair, March 2017 |
| William Devanny | UC-Irvine | PhD Thesis defense, co-chair, July 2017 |
| Ingo van Duijn | Aarhus Univ. | PhD Thesis defense, September 2017 |
| Siddharth Gupta | UC-Irvine | Advancement to candidacy, January 2018 |
| Boyang Wei | UC-Irvine | PhD Thesis defense, August 2018 |
| Timothy Johnson | UC-Irvine | PhD Thesis defense, chair, August 2018 |
| Siddharth Gupta | UC-Irvine | PhD Thesis defense, August 2018 |
| Pedro Matias | UC-Irvine | Advancement to candidacy, chair, May 2019 |
| Juan Jose Besa Vial | UC-Irvine | PhD Thesis defense, chair, August 2019 |
| Sameera Chayyur | UC-Irvine | Advancement to candidacy, September 2019 |
| Nil Mamano Grande | UC-Irvine | PhD Thesis defense, co-chair, September 2019 |
| Yihan Sun | CMU | PhD Thesis defense, October 2019 |
| Martha Osegueda | UC-Irvine | Advancement to candidacy, chair, June 2020 |
| Tatiana Bradley | UC-Irvine | PhD Thesis defense, December 2020 |
| Julius Ceasar Aguma | UC-Irvine | Advancement to candidacy, December 2020 |
| Ramtin Afshar | UC-Irvine | Advancement to candidacy, chair, March 2021 |
| Pedro Matias | UC-Irvine | PhD Thesis defense, chair, May 2021 |
| Elham Havvaei | UC-Irvine | PhD Thesis defense, May 2021 |
| Daniel Frishberg | UC-Irvine | Advancement to candidacy, May 2021 |
| Hadi Khodabandeh | UC-Irvine | Advancement to candidacy, July 2021 |

| Sameera Ghayyur | UC-Irvine | PhD topic defense, February 2022 |
| Rohith Gangam | UC-Irvine | Advancement to candidacy, May 2022 |
| Martha Osegueda | UC-Irvine | PhD Thesis defense, chair, May 2022 |
| Yanqi Gu | UC-Irvine | Advancement to candidacy, June 2022 |
| Sameera Ghayyur | UC-Irvine | PhD Thesis defense, August 2022 |
| Rasmus K. Petersen | Aarhus Univ. | PhD Thesis defense, Sept. 2022 |
| Zihan Yu | UC-Irvine | Advancement to candidacy, Nov. 2022 |

*University Service:*

Ph.D. Requirements Committee, Dept. of Computer Science, chair: 1987–89

Graduate Admissions Committee, Dept. of Computer Science, 1991–1993 (chair: 1992)

Faculty Recruiting Committee, Dept. of Computer Science, 1993,95,96 (chair: 1996)

Steering Committee, Whiting School of Engineering, 1990–93 (chair, 1993)

Johns Hopkins Homewood Academic Computing Oversight Committee, 1990–93

Curriculum Committee, Whiting School of Engineering, 1994–96

Strategic Planning Committee, Whiting School of Engineering, 1999–00

Graduate Policy Committee, UCI Dept. of Information & Computer Science (ICS), 2001–02

Faculty Search Committee in Cryptography, UCI Dept. of ICS, 2001–03

School of Info. and Computer Science Executive Committee, 2002–04

UCI Committee on Educational Policy (CEP), 2002–03, 2004–06

UCI Change of Major Criteria Committee, 2002–03

UCI CEP Policy Subcommittee, 2002–2003

Distinguished Faculty Search Committee, Bren School of ICS, 2004–11 (chair, 2007–08)

Equity Advisor, Bren School of ICS, 2005–09

Dean's Advisory Council, Bren School of ICS, 2007–13

Associate Dean for Faculty Development, Bren School of ICS, 2006–12

Chair, Department of Computer Science, Bren School of ICS, 2012–13

Master of Computer Science Development Committee, Bren School of ICS, 2013–16

Stragic Planning Committee, Dept. of Computer Science, Bren School of ICS, 2015–16

Master of Computer Science Steering/Admissions Comm., Bren School of ICS, 2016–22

Executive Committee, Bren School of ICS, 2017–18

UC-Irvine Senate Committee on Scholarly Honors & Awards, 2017–20

UC-Irvine Special Research Program Review Committee for CalIT2, 2018–19

*Courses Taught and Developed:*

Advanced Parallel Computing (developed and taught at Johns Hopkins)

Cyber-Puzzlers (designed and taught at UCI)

Computer Literacy (taught at Purdue, developed at Johns Hopkins)

Computer Programming for Scientists and Engineers (taught at Purdue)

Computer Security Algorithms (developed and taught at UCI)

Computational Models (revised and taught at Johns Hopkins)

Computational Geometry (revised and taught at Johns Hopkins and UCI)

Compiler Theory and Design (revised and taught at Johns Hopkins)

Computer Graphics (taught at Johns Hopkins)

Cyber-Fraud Detection and Prevention (designed and taught at UCI)

Data Structures (revised and taught at Johns Hopkins and UCI)

Graph Algorithms (revised and taught at UCI)

Formal Languages and Automata Theory (revised and taught at UCI)

Fundamentals of Algorithms with Applications (revised and taught at UCI)

Introduction to Algorithms (developed and taught at Johns Hopkins and UCI)
Internet Algorithmics (developed and taught at Johns Hopkins, Brown, and UCI)
Design and Analysis of Algorithms (revised and taught at Johns Hopkins and UCI)
Parallel Algorithms (developed and taught at Johns Hopkins and Univ. of Illinois)
Project in Algorithms and Data Structures (revised and taught at UCI)
Text Processing and Pattern Matching (developed and taught at UCI)

*Consulting:*

APAC Security, Inc., 2005
Algomagic Technologies, Inc., 2000–2005
Army Research Laboratory, Fort Belvior, 1995
AT&T, 1998
Battelle Research Triangle, Columbus Division, 1996
Brown University, 2000–2007
3M, 2015
Purdue University, 2002
The National Science Foundation, 1990–2016
Univ. of Miami, 1999
Walt Disney Animation Studios, 2009
Technical expert and expert witness, retained for IP litigations, 2012–

## GRANTS AND CONTRACTS

1. PI, "Research Initiation Award: Parallel and Sequential Computational Geometry," National Science Foundation (NSF Grant CCR-8810568), $32,914, 1988–90.

2. co-PI, "Paradigms for Parallel Algorithm Design," NSF and DARPA (as NSF Grant CCR-8908092), $523,837, 1989–93 (with S.R. Kosaraju (PI), S. Kasif, and G. Sullivan).

3. PI, "Parallel Computation and Computational Geometry," NSF (Grant CCR-9003299), $67,436, 1990–93.

4. co-PI, "A Facility for Experimental Validation," NSF (Grant CDA-9015667), $1,476,147, 1991–96 (with G. Masson (PI), J. Johnstone, S. Kasif, S.R. Kosaraju, S. Salzberg, S. Smith, G. Sullivan, L. Wolff, and A. Zwarico).

5. PI, "Parallel Network Algorithms for Cell Suppression," The Bureau of the Census (JSA 91-23), $14,998 1991–92.

6. PI, "A Geometric Framework for the Exploration & Analysis of Astrophysical Data," NSF (Grant IRI-9116843), $535,553, 1991–96 (with S. Salzberg and H. Ford (from Physics and Astronomy Dept.)).

7. PI, "Research Experiences for Undergraduates supplement to IRI-9116843," NSF, $4,000, 1993–94 (with S. Salzberg and H. Ford).

8. PI, "Constructing, Maintaining, and Searching Geometric Structures," NSF (Grant CCR-9300079), $134,976, 1993–96.

9. co-PI, "Robust and Applicable Geometric Computing," Army Research Office (ARO MURI Grant DAAH04-96-1-0013), $4,500,000, 1996–2000 (with F. Preparata (PI, Brown U.), R. Tamassia (Brown U.), S. Rao Kosaraju, J. Vitter (Duke U.), and P. Agarwal (Duke U.)). Subaward size: $1,466,640.

10. PI, "Application-Motivated Geometric Algorithm Design," NSF (Grant CCR-9625289), $107,389, 1996-98.

11. co-PI, "vBNS Connectivity for the Johns Hopkins University," NSF, $350,000, 1997–99 (with T.O. Poehler (PI), D.J. Binko, J.G. Neal, and A.S. Szalay).

12. co-PI, "Product Donation, Technology for Education Program," Intel Corporation, $480,071, 1997–2001 (with T.O. Poehler (PI), J.H. Anderson, A.S. Szalay, and M. Robbins).

13. co-PI, "A Networked Computing Environment for the Manipulation & Visualization of Geometric Data" (Research Infrastructure), NSF, $1,638,785, 1997–2003 (with L.B. Wolff (PI), Y. Amir, S.R. Kosaraju, S. Kumar, R. Tamassia (Brown U.), R.H. Taylor, and D. Yarowsky).

14. PI, "Geometric Algorithm Design and Implementation," NSF, Grant CCR-9732300, $224,982, 1998–2002.

15. PI, "Certification Management Infrastructure – Certificate Revocation," $52,023, 1998, NSA LUCITE grant.

16. PI, "Software Engineering Data Loading, Analysis, and Reporting," $41,614, 1998, NSA LUCITE grant.

17. PI, "Establishing a LUCITE Collaboration Environment," $10,018, 1998, NSA LUCITE grant.

18. PI, "In Support of a Secure Multilingual Collabortive Computing Environment," $51,471, 1999-2000, NSA LUCITE grant.

19. PI, "Accessing Large Distributed Archives in Astronomy and Particle Physics," $199,981. subcontract to UCI from Johns Hopkins Univ. on NSF Grant PHY-9980044 (total budget, $2,500,000), 1999–2004.

20. PI, "Efficient and Scalable Infrastructure Support for Dynamic Coalitions," $1,495,000, DARPA Grant F30602-00-2-0509, 2000-2003 (with Robert Cohen and Roberto Tamassia), including $227,893 subaward to UCI (with Gene Tsudik).

21. PI, "Graph Visualization and Geometric Algorithm Design," $400,000, NSF Grant CCR-0098068, 2001-2004 (with Roberto Tamssia).

22. PI, "Collaborative Research: Teaching Data Structures to the Millennium Generation," $125,00, NSF Grant DUE-0231467, 2003–2005.

23. PI, "Collaborative Research: An Algorithmic Approach to Cyber-Security," $100,000, NSF Grant CCR-0311720, 2003–2006.

24. PI, "The OptIPuter," $900,000, subcontract from UCSD on NSF ITR grant CCR-0225642 (total budget, $13.5 million), 2002–2007 (with Padhraic Smyth and Kane Kim).

25. PI, "ITR: Algorithms for the Technology of Trust," $300,000, NSF Grant CCR-0312760, 2003–2009.

26. co-PI, "SDCI Data New: Trust Management for Open Collaborative Information Repositories: The CalSWIM Cyberinfrastructure," NSF grant OCI-0724806, $1,103,590, 2007–2012.

27. co-PI, "Support for Machine Learning Techniques for Cyber-Fraud Detection," Experian Corporation, $200,000 gift, 2008.

28. PI, "IPS: Collaborative Research: Privacy Management, Measurement, and Visualization in Distributed Environments," NSF Grant IIS-0713046, $224,851, 2007–2009.

29. PI, "Collaborative Research: Algorithms for Graphs on Surfaces," $400,000, NSF Grant CCR-0830403, 2008–2011.

30. PI, "ROA Supplement: IPS: Collaborative Research: Privacy Management, Measurement, and Visualization in Distributed Environments," NSF Grant IIS-0847968, $25,000, 2008–2009.

31. co-investigator, "Scalable Methods for the Analysis of Network-Based Data," Office of Naval Research: Multidisciplinary University Research Initiative (MURI) Award, number N00014-08-1-1015, $529,152, 2008–2014.

32. PI, "EAGER: Usable Location Privacy for Mobile Devices," NSF Grant 0953071, $300,000, 2009–2011.

33. PI, "TC:Large:Collaborative Research: Towards Trustworthy Interactions in the Cloud," NSF Grant 1011840, $500,000, 2010-2015.

34. PI, "TWC: Medium: Collaborative: Privacy-Preserving Distributed Storage and Computation," NSF Grant 1228639, $390,738, 2012-2018.

35. PI, "Support for Research on Geometric Motion Planning," 3M Corporation, $40,000 gift, 2014.

36. PI, "A4V: Automated Analysis of Algorithm Attack Vulnerabilities," subcontract 10036982-UCI from University of Utah for DARPA agreement no. AFRL FA8750-15-2-0092, $980,000, 2015–2019.

37. PI, "TWC: Small: Collaborative: Practical Security Protocols via Advanced Data Structures," NSF Grant 1526631, $166,638, 2015–2018.

38. PI, "NSF-BSF: AF: Small: Geometric Realizations and Evolving Data," NSF Grant 1815073, $474,392, 2018–2022.

39. PI, "Collaborative Research: AF: Medium: Algorithms for Geometric Graphs," NSF Grant 2212129, $799,800, 2022–2026.

## SELECTED INVITED TALKS (RECENT YEARS ONLY)

- "Probabilistic Packet Marking for Large-Scale IP Traceback," Purdue Univ., 2003
- "Algorithms for Data Authentication," Harvey Mudd College, 2003
- "Efficient Tree-Based Revocation in Groups of Low-State Devices," Univ. of Arizona, 2004
- "Leap-Frog Packet Linking and Diverse Key Distributions for Improved Integrity in Network Broadcasts," Southern California Security and Cryptography Workshop, 2005
- "Is Your Business Privacy Protected?," NEXT Connections, 2005
- "Distributed Peer-to-peer Data Structures," Harvard Univ., 2006
- "Balancing Life with an Academic Research Career," Grace Hopper Conference, 2006
- "Computer Security in the Large," Univ. Texas, San Antonio, 2006
- "Inspirations in Parallelism and Computational Geometry," Brown Univ., 2006
- "Efficiency and Security Issues for Distributed Data Structures," Computer Science Distinguished Lecture Series, Johns Hopkins Univ., 2006
- "Efficiency and Security Issues for Distributed Data Structures," UCLA, 2006
- "Efficiency and Security Issues for Distributed Data Structures," Edison Distinguished Lecturer Series, Univ. of Notre Dame, 2006
- "Efficiency and Security Issues for Distributed Data Structures," Computer Science Distinguished Lecturer Series, Texas A & M Univ., 2006
- "Algorithms for Secure Computing and Searching with Applications to Medical Informatics," Purdue Univ., 2006
- "Blood on the Computer: How Algorithms for Testing Blood Samples can be Used for DNA Sequencing, Wireless Broadcasting, and Network Security," Univ. of Southern California, 2007
- "Blood on the Computer: How Algorithms for Testing Blood Samples can be Used for DNA Sequencing, Wireless Broadcasting, and Network Security," Univ. California, San Diego, 2007
- "Blood on the Computer: How Algorithms for Testing Blood Samples can be Used for DNA Sequencing, Wireless Broadcasting, and Network Security," Univ. Minnesota, 2007
- "Blood on the Database: How Algorithms for Testing Blood Samples can be Used for Database Integrity," Invited Keynote, 21st Annual IFIP WG 11.3 Working Conference on Data and Applications Security (DBSec), 2007

- "Space-Efficient Straggler Identification," ALCOM Seminar, Univ. of Aarhus, 2007
- "Blood on the Computer: How Algorithms for Testing Blood Samples can be used in Modern Applications," ALCOM Seminar, Univ. of Aarhus, 2007
- "Studying Road Networks Through an Algorithmic Lens," ALCOM Seminar, Univ. of Aarhus, 2008
- "Studying Geometric Graph Properties of Road Networks Through an Algorithmic Lens," International Workshop on Computing: from Theory to Practice, 2009
- "Randomized Shellsort: A Simple Oblivious Sorting Algorithm," Distinguished Lecture Series, Department of Computer Science, Brown University, 2009
- "Simulating Parallel Algorithms in the MapReduce Framework with Applications to Parallel Computational Geometry," MASSIVE 2010
- "Data Cloning Attacks for Nearest-Neighbor Searching based on Retroactive Data Structures," Department of Computer Science, UCSB, 2011
- "Turning Privacy Leaks into Floods: Surreptitious Discovery of Social Network Friendships and Other Sensitve Binary Attribute Vectors," Department of Computer Science Distinguished Lecturer Series, Univ. of Illinois, Chicago, 2011
- "Turning Privacy Leaks into Floods: Surreptitious Discovery of Social Network Friendships and Other Sensitve Binary Attribute Vectors," Department of Computer Science, Purdue Univ., 2011
- "Spin-the-bottle Sort and Annealing Sort: Oblivious Sorting via Round-robin Random Comparisons," Department of Computer Science, Brown Univ., 2012
- "Using Data-Oblivious Algorithms for Private Cloud Storage Access," Qatar University, 2013
- "Using Data-Oblivious Algorithms for Private Cloud Storage Access," Department of Computer Science and Engineering Distinguished Speaker Series, University of Buffalo, 2013
- "Force-Directed Graph Drawing Using Social Gravity and Scaling," invited talk, ICERM Workshop on Stochastic Graph Models, Providence, RI, 2014
- "Invertible Bloom Lookup Tables and Their Applications in Large-Scale Data Analysis," invited key-note speaker, Algorithms for Big Data, Frankfurt, Germany, 2014
- "Invertible Bloom Lookup Tables and Their Applications in Large-Scale Data Analysis," Brown University, Providence, RI, 2014
- "Studying Road Networks Through an Algorithmic Lens," Bold Aspirations Visitor and Lecture, University of Kansas, 2015
- "Learning Character Strings via Mastermind Queries, with Case Studies," Invited Lecture, Workshop on Pattern Matching, Data Structures and Compression, Bar-Ilan University, Tel Aviv, Israel, 2016
- "Invertible Bloom Lookup Tables and Their Applications in Data Analysis," University of Hawaii, 2016
- "Invertible Bloom Lookup Tables," Purdue University, 2016
- "Combinatorial Pair Testing: Distinguishing Workers from Slackers," Calvin Univ., 2016
- "Invertible Bloom Lookup Tables," University of California, Riverside, 2016
- "2-3 Cuckoo Filters for Faster Triangle Listing and Set Intersection," Technion, Israel Institute of Technology, Haifa, Israel, 2017
- "2-3 Cuckoo Filters for Faster Triangle Listing and Set Intersection," University of Arizona, 2017
- "Parallel Computational Geometry," First Hawaii Workshop on Parallel Algorithms and Data Structures, University of Hawaii, 2017

- "Fighting Gerrymandering with Algorithmic Fairness," Calvin University, 2019
- "Fighting Gerrymandering with Algorithmic Fairness," Carnegie Mellon University, 2019
- "Sorting Evolving Data in Parallel," Second Hawaii Workshop on Parallel Algorithms and Data Structures, University of Hawaii, 2019
- "Dealing with Big Data via External Memory Algorithms and Data Structures," Aarhus University, Denmark, 2021
- "Dealing with Big Data via External Memory Algorithms and Data Structures," Royal Danish Academy of Sciences and Letters, 2021