# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: January 26, 2023                                                                 Judge: Hon. James Donato

Time: 50 Minutes

Case No.       **3:20-cv-04677-JD**
Case Name    **Broadcom Corporation et al v. Netflix, Inc.**

Attorneys for Plaintiffs:      Richard Wynne and Robert Jain
Attorneys for Defendant:    Sharif Jacob, Edward Bayley, Julia Greenberg, and Emily Hasselberg

Court Reporter: Marla Knox

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Motion Hearing -- Held

## NOTES AND ORDERS

The motion for judgment on the pleadings, Dkt. No. 287, is submitted.

The parties are directed to meet and confer, and to file a joint statement by February 2, 2023, proposing two magistrate judges for a settlement conference.