Bruce S. Sostek, admitted *pro hac vice*
bruce.sostek@hklaw.com
Richard L. Wynne, Jr., admitted *pro hac vice*
richard.wynne@hklaw.com
Adrienne E. Dominguez, admitted *pro hac vice*
adrienne.dominguez@hklaw.com
Justin S. Cohen, admitted *pro hac vice*
justin.cohen@hklaw.com
**HOLLAND & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone:      (214) 969–1700
Facsimile:       (214) 969–1751

John V. Picone II, Bar No. 187226
jpicone@hopkinscarley.com
**HOPKINS & CARLEY**
**A LAW CORPORATION**
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

Mailing address:
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:      (408) 286–9800
Facsimile:       (408) 998–4790

ATTORNEYS FOR PLAINTIFFS
BROADCOM CORPORATION and AVAGO
TECHNOLOGIES INTERNATIONAL
SALES PTE. LIMITED

**KEKER, VAN NEST & PETERS LLP**
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
SHARIF E. JACOB - # 257546
sjacob@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
MICHELLE YBARRA - # 260697
mybarra@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
DAVID J. ROSEN - # 296139
drosen@keker.com
EDWARD A. BAYLEY - # 267532
ebayley@keker.com
KATIE LYNN JOYCE - #308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

ATTORNEYS FOR
DEFENDANT NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION *et al.*,<br><br>           Plaintiffs,<br><br>     v.<br><br>NETFLIX, INC.,<br><br>           Defendant. | Case No. 3:20-cv-04677-JD<br><br>**JOINT STATEMENT REGARDING MAGISTRATE JUDGES FOR SETTLEMENT CONFERENCE**<br><br>Judge:       Honorable James Donato<br><br>Date Filed: March 13, 2020<br><br>Trial Date:  February 12, 2024 |

At a hearing on January 26, 2023, the Court directed the Parties to file by February 2, a joint statement proposing magistrate judges for a settlement conference. [Dkt. 306]. On February 2, the parties filed a stipulation and proposed order seeking leave to extend until today the deadline to file this joint statement. [Dkt. 311]. Per the Court's Order, the Parties have jointly agreed to propose Magistrate Judge Sallie Kim to preside over a settlement conference. In the alternative, the parties provide in alphabetical order the following list of magistrate judges for consideration:

    1.    Magistrate Judge Thomas S. Hixson

    2.    Chief Magistrate Judge Joseph C. Spero

As discussed during the January 26 hearing, there are multiple proceedings involving the Parties in addition to the current action, and the Parties agree that any settlement discussions should be directed to a global resolution. As such, the Parties advise the Court that in two of the other proceedings involving the Parties, both of which are assigned to Judge Chen and are currently stayed pending IPR,[1] certain discovery matters have been referred to Magistrate Judge Ryu. Thus, the Parties agree that Magistrate Judge Ryu should be excluded from consideration for the settlement conference in this action.

Netflix believes that the settlement conference would be most productive if it were set to occur after the Court's ruling on the pending Motion for Judgment on the Pleadings, Dkt. 287, although it is glad to participate in a settlement conference whenever the Court deems it beneficial. Plaintiffs will participate in a settlement conference according to the Court's preferred schedule.

---

[1] Case Nos. 21-cv-03649-EMC and 22-cv-00373-EMC.

| | |
|---|---|
| | KEKER, VAN NEST & PETERS LLP |
| /s/ Richard L. Wynne, Jr. | /s/ Sharif E. Jacob |
| Bruce S. Sostek, admitted *pro hac vice*<br>bruce.sostek@hklaw.com<br>Richard L. Wynne, Jr., admitted *pro hac vice*<br>richard.wynne@hklaw.com<br>Adrienne E. Dominguez, admitted *pro hac vice*<br>adrienne.dominguez@hklaw.com<br>Justin S. Cohen, admitted *pro hac vice*<br>justin.cohen@hklaw.com<br>**HOLLAND & KNIGHT LLP**<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, Texas 75201<br>Telephone:     (214) 969–1700<br>Facsimile:      (214) 969–1751<br><br>John V. Picone II, Bar No. 187226<br>jpicone@hokinescarley.com<br>**HOPKINS & CARLEY**<br> **A LAW CORPORATION**<br>The Letitia Building<br>70 South First Street<br>San Jose, CA 95113-2406<br><br>Mailing address:<br>P.O. Box 1469<br>San Jose, CA 95109-1469<br>Telephone:     (408) 286–9800<br>Facsimile:      (408) 998–4790<br><br>ATTORNEYS FOR PLAINTIFFS<br>BROADCOM CORPORATION and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED | **KEKER, VAN NEST & PETERS LLP**<br>ROBERT A. VAN NEST - #84065<br>rvannest@keker.com<br>SHARIF E. JACOB - #257546<br>sjacob@keker.com<br>PAVEN MALHOTRA - #258429<br>pmalhotra@keker.com<br>MICHELLE YBARRA - #260697<br>mybarra@keker.com<br>THOMAS E. GORMAN - #279409<br>tgorman@keker.com<br>DAVID J. ROSEN - #296139<br>drosen@keker.com<br>EDWARD A. BAYLEY - #267532<br>ebayley@keker.com<br>KATIE LYNN JOYCE - #308263<br>kjoyce@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:     415 397 7188<br><br>ATTORNEYS FOR<br>DEFENDANT NETFLIX, INC. |

## **ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I attest that each of the signatories have concurred in the filing of this document.

Dated: February 6, 2023

By: */s/ Richard L. Wynne, Jr.*
Richard L. Wynne, Jr.