Bruce S. Sostek, admitted *pro hac vice*
bruce.sostek@hklaw.com
Richard L. Wynne, Jr., admitted *pro hac vice*
richard.wynne@hklaw.com
Adrienne E. Dominguez, admitted *pro hac vice*
adrienne.dominguez@hklaw.com
Justin S. Cohen, admitted *pro hac vice*
justin.cohen@hklaw.com
**HOLLAND & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone:    (214) 969–1700
Facsimile:     (214) 969–1751

John V. Picone II, Bar No. 187226
jpicone@hokinescarley.com
**HOPKINS & CARLEY
 A LAW CORPORATION**
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

Mailing address:
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286–9800
Facsimile:     (408) 998–4790

ATTORNEYS FOR PLAINTIFFS
BROADCOM CORPORATION and AVAGO
TECHNOLOGIES INTERNATIONAL
SALES PTE. LIMITED

**KEKER, VAN NEST & PETERS LLP**
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
SHARIF E. JACOB - # 257546
sjacob@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
MICHELLE YBARRA - # 260697
mybarra@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
DAVID J. ROSEN - # 296139
drosen@keker.com
EDWARD A. BAYLEY - # 267532
ebayley@keker.com
KATIE LYNN JOYCE - # 308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

ATTORNEYS FOR
DEFENDSANT NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BROADCOM CORPORATION *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NETFLIX, INC., <br><br> Defendant. | Case No. 3:20-cv-04677-JD <br><br> **JOINT STIPULATION FOR EXTENSION OF TIME; [PROPOSED] ORDER** <br><br> Dept.:    Courtroom 11, 19th Floor <br> Judge:   Honorable James Donato <br><br> Date Filed: March 13, 2020 <br> Trial Date: February 12, 2024 |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Broadcom Corporation and Avago Technologies International Sales PTE. Limited (collectively, "Broadcom") and Defendant Netflix, Inc. ("Netflix") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

### SHOWING OF GOOD CAUSE

WHEREAS, the Parties have a dispute about the adequacy of Broadcom's privilege log;

WHEREAS, Netflix detailed its objections to Broadcom's privilege log in a letter dated February 7, 2023;

WHEREAS, the parties met and conferred telephonically about this dispute as required by the Court's Standing Order for Civil Discovery, § 18, on April 12, 2023;

WHEREAS, the parties previously filed a Stipulation [Dkt. 366] setting deadlines for Broadcom to provide an updated privilege log and to produce certain materials previously withheld and for Netflix to file a motion for leave to file a motion to compel regarding the privilege-log issues, if necessary;

WHEREAS, on May 3, 2023, the parties met and conferred telephonically about extending the previously stipulated deadlines for the parties' respective privilege-log issues by one week each to accomplish the tasks involved;

WHEREAS, the Parties have agreed that Broadcom will comply with the terms of the prior Stipulation relating to the privilege-log issues by May 19, 2023, and Netflix shall have until June 2, 2023 (two weeks after May 19, 2023) to file motion for leave to file a motion to compel regarding Broadcom's privilege log, if necessary;

NOW THEREFORE, the Parties respectfully request that this Court order the following modification to the Scheduling Order:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to seek leave to file a motion to compel regarding Broadcom's response to Interrogatory No. 7 | May 11, 2023 | *Unchanged* |

| | | |
|---|---|---|
| Deadline for Broadcom to amend or supplement its privilege log as provided in the Parties' April 14, 2023 Stipulation [Dkt. 366] | May 12, 2023 | May 19, 2023 |
| Deadline for Netflix to seek leave to file a motion to compel regarding privilege-log deficiencies | May 26, 2023 | June 2, 2023 |
| Rebuttal expert disclosures | June 6, 2023 | *Unchanged* |
| Supplemental rebuttal expert disclosure by Broadcom's validity expert as to the '976 patent | June 16, 2023 | *Unchanged* |
| Expert discovery cut-off | June 30, 2023 | *Unchanged* |
| Last day to file dispositive and *Daubert* motions | July 21, 2021 | *Unchanged* |
| Exchange of deposition and discovery response designations | August 2, 2023 | *Unchanged* |
| Deadline to file responsive briefs to dispositive and *Daubert* motions | August 11, 2023 | *Unchanged* |
| Lead trial counsel to meet and confer re: preparation of joint pretrial materials | August 18, 2023 | *Unchanged* |
| Exchange counter-designations and objections to deposition and discovery-response designations | August 23, 2023 | *Unchanged* |
| Deadline to file reply briefs to dispositive and *Daubert* motions | August 25, 2023 | *Unchanged* |
| Exchange exhibits and exhibit lists | November 23, 2023 | *Unchanged* |
| Exchange objections to | December 7, 2023 | *Unchanged* |

| | | |
|---|---|---|
| exhibit lists | | |
| Exchange witness lists | December 7, 2023 | *Unchanged* |
| Parties exchange motions *in limine* | December 14, 2023 | *Unchanged* |
| Parties exchange oppositions to motions *in limine* | December 21, 2023 | *Unchanged* |
| Pretrial filings | December 26, 2023 | *Unchanged* |
| Pretrial conference | January 25, 2024, at 1:30 p.m. | *Unchanged* |
| Parties to file deposition and discovery designations, including counter-designations and objections | February 1, 2024 | *Unchanged* |
| Jury Trial | February 12, 2024, at 9:00 a.m. | *Unchanged* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

HONORABLE JAMES DONATO
UNITES STATES DISTRICT JUDGE

| | |
|---|---|
| /s/ *Richard L. Wynne, Jr.* | /s/ *Sharif E. Jacob* |
| Bruce S. Sostek, admitted *pro hac vice* <br> bruce.sostek@hklaw.com <br> Richard L. Wynne, Jr., admitted *pro hac vice* <br> richard.wynne@hklaw.com <br> Adrienne E. Dominguez, admitted *pro hac vice* <br> adrienne.dominguez@hklaw.com <br> Justin S. Cohen, admitted *pro hac vice* <br> justin.cohen@hklaw.com <br> **HOLLAND & KNIGHT LLP** <br> One Arts Plaza <br> 1722 Routh Street, Suite 1500 <br> Dallas, Texas 75201 <br> Telephone:  (214) 969–1700 <br> Facsimile:  (214) 969–1751 <br><br> John V. Picone II, Bar No. 187226 <br> jpicone@hokinescarley.com <br> **HOPKINS & CARLEY** <br> **A LAW CORPORATION** <br> The Letitia Building <br> 70 South First Street <br> San Jose, CA 95113-2406 <br><br> Mailing address: <br> P.O. Box 1469 <br> San Jose, CA 95109-1469 <br> Telephone:  (408) 286–9800 <br> Facsimile:  (408) 998–4790 <br><br> ATTORNEYS FOR PLAINTIFFS <br> BROADCOM CORPORATION and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED | **KEKER, VAN NEST & PETERS LLP** <br> ROBERT A. VAN NEST - #84065 <br> rvannest@keker.com <br> SHARIF E. JACOB - #257546 <br> sjacob@keker.com <br> PAVEN MALHOTRA - #258429 <br> pmalhotra@keker.com <br> MICHELLE YBARRA - #260697 <br> mybarra@keker.com <br> THOMAS E. GORMAN - #279409 <br> tgorman@keker.com <br> DAVID J. ROSEN - #296139 <br> drosen@keker.com <br> EDWARD A. BAYLEY - #267532 <br> ebayley@keker.com <br> KATIE LYNN JOYCE - #308263 <br> kjoyce@keker.com <br> 633 Battery Street <br> San Francisco, CA 94111-1809 <br> Telephone:  415 391 5400 <br> Facsimile:  415 397 7188 <br><br> ATTORNEYS FOR <br> DEFENDANT NETFLIX, INC. |

**ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I attest that each of the signatories have concurred in the filing of this document.

Dated:  May 4, 2023                              By: */s/ Richard L. Wynne, Jr.*