KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
SHARIF E. JACOB - # 257546
sjacob@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
MICHELLE YBARRA - # 260697
mybarra@keker.com
EDWARD A. BAYLEY - # 267532
ebayley@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
DAVID J. ROSEN – #296139
drosen@keker.com
KATIE LYNN JOYCE - #308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
NETFLIX, INC.

BRUCE S. SOSTEK, admitted *PHV*
bruce.sostek@hklaw.com|
RICHARD L. WYNNE, JR., admitted *PHV*
richard.wynne@hklaw.com
ADRIENNE E. DOMINGUEZ, admitted *PHV*
adrienne.dominguez@hklaw.com
JUSTIN S. COHEN, admitted *PHV*
justin.cohen@hklaw.com
**HOLLAND & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone:  (214) 969–1700
Facsimile:   (214) 969–1751

JOHN V. PICONE II, - #187226
jpicone@hokinescarley.com
**HOPKINS & CARLEY
A LAW CORPORATION**
The Letitia Building 70 South First Street
San Jose, CA 95113-2406
Mailing address:
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:  (408) 286–9800
Facsimile:   (408) 998–4790

Attorneys For Plaintiffs BROADCOM CORP.
and AVAGO TECHNOLOGIES INT'L SALES
PTE. LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BROADCOM CORPORATION, et al., | Case No. 3:20-cv-04677-JD |
| Plaintiffs, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF THE TENTH CAUSE OF ACTION IN PLAINTIFFS' FOURTH AMENDED COMPLAINT** |
| v. | |
| NETFLIX, INC., | Dept.:        Courtroom 11, 19th Floor |
| Defendant. | Judge:       Honorable James Donato |
| | Date Filed: March 13, 2020 |
| | Trial Date: February 12, 2024 |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF THE TENTH CAUSE OF ACTION IN
PLAINTIFFS' FOURTH AMENDED COMPLAINT
Case No. 3:20-cv-04677-JD

2316283

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs Broadcom Corporation and Avago Technologies International Pte. Limited (collectively, Broadcom) filed their Third Amended Complaint in this action on May 4, 2022, alleging, among other things, that Netflix, Inc. infringes U.S. Patent No. 8,548,976 (Broadcom's tenth cause of action). On June 12, 2023, the Court entered an order finding the '976 patent to be patent-ineligible under 35 U.S.C. § 101. That order dismissed Broadcom's tenth cause of action, but granted Broadcom leave to file an amended complaint. Broadcom filed a Fourth Amended Complaint on June 23, 2023. To preserve its right to appeal the Court's dismissal of the tenth cause of action from the Third Amended Complaint, Broadcom restated that cause of action in the Fourth Amended Complaint.

In accordance with Federal Rule of Civil Procedure 41(a)(2), based on the Court's order of June 12, 2023, determining that the '976 patent is patent-ineligible, the Parties stipulate to the dismissal with prejudice of the tenth cause of action in Broadcom's Fourth Amended Complaint. Notwithstanding this stipulation, Broadcom reserves the right to appeal the Court's order finding that the '976 patent is patent-ineligible.

1
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF THE TENTH CAUSE OF ACTION IN
PLAINTIFFS' FOURTH AMENDED COMPLAINT
Case No. 3:20-cv-04677-JD

2316283

1   HOLLAND & KNIGHT LLP                    KEKER, VAN NEST & PETERS LLP

2

3   By:  */s/ Richard L. Wynne, Jr.*      By:  */s/ Katie Lynn Joyce*
        Bruce S. Sostek*                        ROBERT A. VAN NEST
4       bruce.sostek@hklaw.com                  SHARIF E. JACOB
        Richard L. Wynne, Jr.*                  PAVEN MALHOTRA
5       richard.wynne@hklaw.com                 MICHELLE YBARRA
        Adrienne E. Dominguez*                  EDWARD A. BAYLEY
6       adrienne.dominguez@hklaw.com            THOMAS E. GORMAN
        Justin S. Cohen*                        DAVID J. ROSEN
7       justin.cohen@hklaw.com                  KATIE LYNN JOYCE
        **HOLLAND & KNIGHT LLP**
8       One Arts Plaza                          Attorneys For Defendant
        1722 Routh Street, Suite 1500           NETFLIX, INC.
9       Dallas, Texas 75201
        Telephone: (214) 969–1700
10      Facsimile: (214) 969–1751

11      John V. Picone II, Bar No. 187226
        jpicone@hokinescarley.com
12      **HOPKINS & CARLEY**
        **A LAW CORPORATION**
13      The Letitia Building
        70 South First Street
14      San Jose, CA 95113-2406
        Mailing address:
15      P.O. Box 1469
        San Jose, CA 95109-1469
16      Telephone: (408) 286–9800
        Facsimile: (408) 998–4790
17

18      *admitted pro hac vice

19

20      Attorneys For Plaintiffs
        BROADCOM CORPORATION
21      and AVAGO TECHNOLOGIES
        INTERNATIONAL SALES PTE.
22      LIMITED

23

24

25

26

27

28

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF THE TENTH CAUSE OF ACTION IN
PLAINTIFFS' FOURTH AMENDED COMPLAINT
Case No. 3:20-cv-04677-JD

2316283

1

**ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I attest that each of the signatories have concurred in the filing of this document.

Dated: July 7, 2023                                         By:  _/s/ Katie Lynn Joyce_
                                                                          KATIE LYNN JOYCE

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF THE TENTH CAUSE OF ACTION IN
PLAINTIFFS' FOURTH AMENDED COMPLAINT
Case No. 3:20-cv-04677-JD

2316283