| | |
|---|---|
| Bruce S. Sostek, admitted *pro hac vice*<br>bruce.sostek@hklaw.com<br>Richard L. Wynne, Jr., admitted *pro hac vice*<br>richard.wynne@hklaw.com<br>Adrienne E. Dominguez, admitted *pro hac vice*<br>adrienne.dominguez@hklaw.com<br>Justin S. Cohen, admitted *pro hac vice*<br>justin.cohen@hklaw.com<br>**HOLLAND & KNIGHT LLP**<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, Texas 75201<br>Telephone:   (214) 969–1700<br>Facsimile:   (214) 969–1751<br><br>John V. Picone II, Bar No. 187226<br>jpicone@hokinescarley.com<br>**HOPKINS & CARLEY**<br>**A LAW CORPORATION**<br>The Letitia Building<br>70 South First Street<br>San Jose, CA 95113-2406<br><br>Mailing address:<br>P.O. Box 1469<br>San Jose, CA 95109-1469<br>Telephone:   (408) 286–9800<br>Facsimile:   (408) 998–4790<br><br>ATTORNEYS FOR PLAINTIFFS<br>BROADCOM CORPORATION and AVAGO<br>TECHNOLOGIES INTERNATIONAL<br>SALES PTE. LIMITED | **KEKER, VAN NEST & PETERS LLP**<br>ROBERT A. VAN NEST - # 84065<br>rvannest@keker.com<br>SHARIF E. JACOB - # 257546<br>sjacob@keker.com<br>PAVEN MALHOTRA - # 258429<br>pmalhotra@keker.com<br>MICHELLE YBARRA - # 260697<br>mybarra@keker.com<br>THOMAS E. GORMAN - # 279409<br>tgorman@keker.com<br>DAVID J. ROSEN - # 296139<br>drosen@keker.com<br>EDWARD A. BAYLEY - # 267532<br>ebayley@keker.com<br>KATIE LYNN JOYCE - # 308263<br>kjoyce@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:   415 397 7188<br><br>ATTORNEYS FOR<br>DEFENDANT NETFLIX, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BROADCOM CORPORATION *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>NETFLIX, INC.,<br><br>   Defendant. | Case No. 3:20-cv-04677-JD<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME AND [PROPOSED] ORDER**<br><br>Dept.:   Courtroom 11, 19th Floor<br>Judge:   Honorable James Donato<br><br>Date Filed: March 13, 2020<br><br>Trial Date: February 12, 2024 |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Broadcom Corporation and Avago Technologies International Sales PTE. Limited ("Broadcom") and Defendant Netflix, Inc. ("Netflix") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

## SHOWING OF GOOD CAUSE

WHEREAS, the current Court-ordered schedule sets August 18, 2023 as the deadline for lead trial counsel to meet and confer re: preparation of joint pretrial materials;

WHEREAS, unmovable conflicts prevent Broadcom's and Netflix's lead counsel from meeting and conferring on that day;

WHEREAS, the Parties have identified August 30, 2023 as a mutually agreeable day on which lead counsel is available to meet and confer re: preparation of joint pretrial materials;

WHEREAS, the Parties agree that, in light of the foregoing, the deadline for lead trial counsel to meet and confer re: preparation of joint pretrial materials should be extended to August 30, 2023;

WHEREAS, the current Court-ordered schedule sets November 23, 2023 as the deadline for the Parties to exchange (but not file with the Court) exhibits and exhibit lists;

WHEREAS, November 23, 2023 is Thanksgiving Day;

WHEREAS, the Parties agree that, in light of the foregoing, the deadline for the Parties to exchange (but not file with the Court) exhibits and exhibit lists should be moved to November 21, 2023;

WHEREAS, the current Court-ordered schedule sets December 26, 2023 as the deadline for Pretrial filings;

WHEREAS, December 26, 2023 is the day after Christmas Day;

WHEREAS, the Parties agree that, in light of the foregoing, the deadline for Pretrial filings should be moved up earlier to December 22, 2023, which is the Friday before Christmas Day;

WHEREAS, the Court's Scheduling Order will otherwise remain unchanged;

NOW THEREFORE, the Parties respectfully request that this Court order the following

modification to the Scheduling Order:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Lead trial counsel to meet and confer re: preparation of joint pretrial materials | August 18, 2023 | August 30, 2023 |
| Deadline to file reply briefs to dispositive and *Daubert* motions | August 25, 2023 | *Unchanged* |
| Exchange of deposition and discovery response designations (not filed with the Court) | September 22, 2023 | *Unchanged* |
| Exchange counter-designations and objections to deposition and discovery-response designations (not filed with the Court) | October 13, 2023 | *Unchanged* |
| Exchange exhibits and exhibit lists (not filed with the Court) | November 23, 2023 | November 21, 2023 |
| Exchange objections to exhibit lists (not filed with the Court) | December 7, 2023 | *Unchanged* |
| Exchange witness lists (not filed with the Court) | December 7, 2023 | *Unchanged* |
| Parties exchange motions *in limine* (not filed with the Court) | December 14, 2023 | *Unchanged* |
| Parties exchange oppositions to motions *in limine* (not filed with the Court) | December 21, 2023 | *Unchanged* |
| Pretrial filings | December 26, 2023 | December 22, 2023 |
| Pretrial conference | January 25, 2024, at 1:30 p.m. | *Unchanged* |
| Parties to file deposition and discovery designations, | February 1, 2024 | *Unchanged* |

| | | |
|---|---|---|
| including counter-designations and objections | | |
| Jury Trial | February 12, 2024, at 9:00 a.m. | *Unchanged* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 18, 2023

_____
HONORABLE JAMES DONATO
UNITES STATES DISTRICT JUDGE

/s/ *Richard L. Wynne*
Bruce S. Sostek, admitted *pro hac vice*
bruce.sostek@hklaw.com
Richard L. Wynne, Jr., admitted *pro hac vice*
richard.wynne@hklaw.com
Adrienne E. Dominguez, admitted *pro hac vice*
adrienne.dominguez@hklaw.com
Justin S. Cohen, admitted *pro hac vice*
justin.cohen@hklaw.com
**HOLLAND & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone:    (214) 969–1700
Facsimile:     (214) 969–1751

John V. Picone II, Bar No. 187226
jpicone@hokinescarley.com
**HOPKINS & CARLEY**
 **A LAW CORPORATION**
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

Mailing address:
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286–9800
Facsimile:     (408) 998–4790

ATTORNEYS FOR PLAINTIFFS
BROADCOM CORPORATION and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED

KEKER, VAN NEST & PETERS LLP

/s/ *Sharif E. Jacob*
**KEKER, VAN NEST & PETERS LLP**
ROBERT A. VAN NEST - #84065
rvannest@keker.com
SHARIF E. JACOB - #257546
sjacob@keker.com
PAVEN MALHOTRA - #258429
pmalhotra@keker.com
MICHELLE YBARRA - #260697
mybarra@keker.com
THOMAS E. GORMAN - #279409
tgorman@keker.com
DAVID J. ROSEN - #296139
drosen@keker.com
EDWARD A. BAYLEY - #267532
ebayley@keker.com
KATIE LYNN JOYCE - #308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

ATTORNEYS FOR
DEFENDANT NETFLIX, INC.

**ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I attest that each of the signatories have concurred in the filing of this document.

Dated: August 18, 2023                              By: /s/ Sharif E. Jacob
                                                                                Sharif E. Jacob