Bruce S. Sostek, admitted *pro hac vice*
bruce.sostek@hklaw.com
Richard L. Wynne, Jr., admitted *pro hac vice*
richard.wynne@hklaw.com
Adrienne E. Dominguez, admitted *pro hac vice*
adrienne.dominguez@hklaw.com
Justin S. Cohen, admitted *pro hac vice*
justin.cohen@hklaw.com
**HOLLAND & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone:    (214) 969–1700
Facsimile:    (214) 969–1751

John V. Picone II, Bar No. 187226
jpicone@hokinescarley.com
**HOPKINS & CARLEY**
 **A LAW CORPORATION**
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

Mailing address:
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286–9800
Facsimile:    (408) 998–4790

ATTORNEYS FOR PLAINTIFFS
BROADCOM CORPORATION and AVAGO
TECHNOLOGIES INTERNATIONAL
SALES PTE. LIMITED

**KEKER, VAN NEST & PETERS LLP**
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
SHARIF E. JACOB - # 257546
sjacob@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
MICHELLE YBARRA - # 260697
mybarra@keker.com
EDWARD A. BAYLEY - # 267532
ebayley@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
DAVID J. ROSEN - # 296139
drosen@keker.com
KATIE LYNN JOYCE - # 308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

ATTORNEYS FOR
DEFENDANT NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BROADCOM CORPORATION *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NETFLIX, INC.,<br><br>Defendant. | Case No. 3:20-cv-04677-JD<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO FILE OMNIBUS SEALING MOTION AND [~~PROPOSED~~] ORDER**<br><br>Judge:    Honorable James Donato<br><br>Date Filed: March 13, 2020<br><br>Trial Date: February 12, 2024 |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Broadcom Corporation and Avago Technologies International Sales PTE. Limited ("Plaintiffs") and Defendant Netflix, Inc. ("Netflix") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

**SHOWING OF GOOD CAUSE**

WHEREAS, in accordance with the Stipulation of the Parties and the Court's Standing Order for Civil Cases, the Court Ordered a modified sealing procedure for the parties' dispositive and *Daubert* motions and related documents (Dkt. 477);

WHEREAS, under the modified procedures, the Parties are to file an Omnibus Sealing Motion by September 29, 2023, with supporting declarations from the Parties and any third parties' whose confidential information is sought to be sealed;

WHEREAS, the Parties provided prompt notice to potentially impacted third parties and have been working diligently to collect the supporting documentation;

WHEREAS, despite their diligence, the Parties would benefit from an extension of the deadline to collect and present the supporting documentation, and in fact, certain of the impacted third parties have expressly requested additional time to complete and provide supporting declarations for the Omnibus Sealing Motion;

WHEREAS, on September 27, 2023, the Parties met and conferred telephonically and agreed that an extension of the submission deadline for the Omnibus Sealing Motion would allow for them and the third parties to complete, collect, and provide supporting declarations to more fully explain the bases for the requested sealing;

WHEREAS, the Parties request that the deadline for filing the Omnibus Sealing Motion be extended by two weeks, from September 29, 2023, until October 13, 2023;

WHEREAS, the Court's Scheduling Order will remain unchanged.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: October 2, 2023

HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

|   |   |
|---|---|
| /s/ Richard L. Wynne, Jr. | KEKER, VAN NEST & PETERS LLP |

| | |
|---|---|
| /s/ Richard L. Wynne, Jr.<br>Bruce S. Sostek, admitted *pro hac vice*<br>bruce.sostek@hklaw.com<br>Richard L. Wynne, Jr., admitted *pro hac vice*<br>richard.wynne@hklaw.com<br>Adrienne E. Dominguez, admitted *pro hac vice*<br>adrienne.dominguez@hklaw.com<br>Justin S. Cohen, admitted *pro hac vice*<br>justin.cohen@hklaw.com<br>**HOLLAND & KNIGHT LLP**<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, Texas 75201<br>Telephone:   (214) 969–1700<br>Facsimile:   (214) 969–1751<br><br>John V. Picone II, Bar No. 187226<br>jpicone@hokinescarley.com<br>**HOPKINS & CARLEY**<br> **A LAW CORPORATION**<br>The Letitia Building<br>70 South First Street<br>San Jose, CA 95113-2406<br><br>Mailing address:<br>P.O. Box 1469<br>San Jose, CA 95109-1469<br>Telephone:   (408) 286–9800<br>Facsimile:   (408) 998–4790<br><br>ATTORNEYS FOR PLAINTIFFS<br>BROADCOM CORPORATION and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED | /s/ Katie Lynn Joyce<br>**KEKER, VAN NEST & PETERS LLP**<br>ROBERT A. VAN NEST - #84065<br>rvannest@keker.com<br>SHARIF E. JACOB - #257546<br>sjacob@keker.com<br>PAVEN MALHOTRA - #258429<br>pmalhotra@keker.com<br>MICHELLE YBARRA - #260697<br>mybarra@keker.com<br>EDWARD A. BAYLEY - #267532<br>ebayley@keker.com<br>THOMAS E. GORMAN - #279409<br>tgorman@keker.com<br>DAVID J. ROSEN - #296139<br>drosen@keker.com<br>KATIE LYNN JOYCE - #308263<br>kjoyce@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:   415 397 7188<br><br>ATTORNEYS FOR<br>DEFENDANT NETFLIX, INC. |

## **ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I attest that each of the signatories have concurred in the filing of this document.

Dated:  September 27, 2023                                By: */s/  Richard L. Wynne, Jr.*
                                                                                    Richard L. Wynne, Jr.