Bruce S. Sostek, admitted *pro hac vice*
 bruce.sostek@hklaw.com
Richard L. Wynne, Jr., admitted *pro hac vice*
 richard.wynne @hklaw.com
Adrienne E. Dominguez, admitted *pro hac vice*
 adrienne.dominguez@hklaw.com
HOLLAND & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: 214.969.1700
Facsimile: 214.969.1751

John V. Picone III, Bar No. 187226
jpicone@spencerfane.com
SPENCER FANE
225 West Santa Clara Street, Suite 1500
San Jose California 95113
Telephone: 408.286.5100
Facsimile: 408.286.5722

Attorneys for Plaintiffs
BROADCOM CORPORATION and AVAGO
TECHNOLOGIES INTERNATIONAL SALES PTE.
LIMITED

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **BROADCOM CORPORATION**, *et al*., | Case No. 3:20-cv-04677-JD |
| Plaintiffs, | **PLAINTIFFS' THIRD STATEMENT OF RECENT DECISION RELATING TO DKT. NOS. 455 & 457** |
| v. | |
| **NETFLIX, INC**., | Dept.: Courtroom 11, 19th Floor |
| Defendant. | Judge: Hon. James Donato |
| | Date Filed: March 13, 2020 |
| | Trial Date: January 27, 2025 |

Plaintiffs Broadcom Corporation ("Broadcom") and Avago Technologies International Sales Pte. Limited ("Avago") submit herewith as **Exhibit A** a certified translation of the June 28, 2024, Resolution in a German court proceeding between Plaintiff Avago and Defendant Netflix, Inc.[1] The enclosed Resolution in *Avago Technologies Int'l Sales Pte. Limited v. Netflix, Inc.*, No. 7 O 12200/21-OM, Landgericht München I [LG] [Regional Court Munich I] (Ger.), addresses whether Netflix complied with that court's final judgment and injunction against Netflix, as described in Broadcom's prior submission of the German court's Judgment (with injunction) in the German action. *See* Statement of Recent Decision [Dkt. 558].[2] This Resolution supplements an earlier decision from December 14, 2023 [Dkt. 635] and imposes on Netflix a further penalty of €6 million in addition to the €7.05 million the court imposed in that prior ruling. *See* Plaintiffs' Second Statement of Recent Decision [Dkt. 635].

The submitted Resolution is relevant to Broadcom's pending summary-judgment motions that involve issues concerning standards essentiality, namely:

| | |
|---|---|
| **Dkt. 455** | Plaintiffs' Motion for Partial Summary Judgment on Defendant's Affirmative Defenses and Counterclaim Relating to Patent Essentiality and Waiver |
| **Dkt. 457 (456-1)** | Plaintiffs Motion for Partial Summary Judgment on Netflix's Patent-Misuse Defense |

The enclosed ruling is timely submitted under Civil Local Rule 7–3(d)(2) because it was published after all briefing was closed on the motions but is submitted before the hearing date of such motions.

---

[1] For completeness, a copy of the original German-language document is also attached as Exhibit B.

[2] A previously submitted German court Judgment (Dkt. 558-2) was issued in a parallel action against Netflix, Inc.'s European affiliate Netflix International B.V. The German court entered the same judgment in the proceeding against Netflix, Inc. referenced in the exhibits to this Statement.

July 9, 2024                                          Respectfully submitted,


                                                     /s/ Richard L. Wynne, Jr.
                                                     Richard L. Wynne, Jr.
                                                     HOLLAND & KNIGHT LLP

                                                     ATTORNEY FOR PLAINTIFFS
                                                     BROADCOM CORPORATION and
                                                     AVAGO TECHNOLOGIES INTERNATIONAL
                                                     SALES PTE. LIMITED