Courtland L. Reichman (CA Bar No. 268873)
 crecihman@reichmanjorgensen.com
Jennifer Estremera (CA Bar No. 251076)
 jestremera@reichmanjorgensen.com
**REICHMAN JORGENSEN LEHMAN & FELDBERG LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone:    (650) 623-1401
Facsimile:     (650) 623-1449

Richard L. Wynne, Jr., admitted *pro hac vice*
 richard.wynne@hklaw.com
Adrienne E. Dominguez, admitted *pro hac vice*
 adrienne.dominguez@hklaw.com
Justin S. Cohen, admitted *pro hac vice*
 justin.cohen@hklaw.com
**HOLLAND & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone:    (214) 969–1700
Facsimile:     (214) 969–1751

ATTORNEYS FOR PLAINTIFFS
BROADCOM CORPORATION and AVAGO
TECHNOLOGIES INTERNATIONAL
SALES PTE. LIMITED

**KEKER, VAN NEST & PETERS LLP**
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
SHARIF E. JACOB - # 257546
sjacob@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
MICHELLE YBARRA - # 260697
mybarra@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
DAVID J. ROSEN - # 296139
drosen@keker.com
EDWARD A. BAYLEY - # 267532
ebayley@keker.com
KATIE LYNN JOYCE - # 308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

ATTORNEYS FOR
DEFENDANT NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BROADCOM CORPORATION *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NETFLIX, INC., <br><br> Defendant. | Case No. 3:20-cv-04677-JD <br><br> **JOINT STIPULATION TO MODIFY CERTAIN DEADLINES AND [PROPOSED] ORDER** <br><br> Dept.:     Courtroom 11, 19th Floor <br> Judge:    Honorable James Donato <br><br> Date Filed: March 13, 2020 <br><br> Trial Date: January 27, 2025 |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Broadcom Corporation and Avago Technologies International Sales PTE. Limited ("Broadcom") and Defendant Netflix, Inc. ("Netflix") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and request as follows:

**SHOWING OF GOOD CAUSE**

WHEREAS, the current Court-ordered schedule sets January 9, 2025, as the date of the Pretrial Conference;

WHEREAS, under the Court's Standing Order for Civil Jury Trials, the deadline for submitting the pretrial filings is 14 days before the Pretrial Conference;

WHEREAS, 14 days before the January 9, 2025, Pretrial Conference is December 26, 2024—the day after Christmas;

WHEREAS, the Parties have agreed to move forward the date for submitting the pretrial filings to December 13, 2024;

WHEREAS, under the Court's Standing Order, the deadline for lead trial counsel to meet and confer regarding the pretrial filings is November 26, 2024;

WHEREAS, the Parties have agreed to move forward the deadline for lead counsel to meet and confer regarding the pretrial filings to October 22, 2024;

WHEREAS, the Parties have agreed among themselves to various deadlines for exchanging drafts of certain pretrial filings; and

WHEREAS, the Court's Scheduling Order will otherwise remain unchanged;

NOW THEREFORE, the Parties respectfully request that this Court order the following modification to the Scheduling Order:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Lead trial counsel to meet and confer re: preparation of joint pretrial materials | November 26, 2024 | October 22, 2024 |

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Exchange of deposition and discovery response designations (not filed with the Court) | *None set* | November 1, 2024 |
| Exchange counter-designations and objections to deposition and discovery-response designations (not filed with the Court) | *None set* | November 22, 2024 |
| Exchange exhibits and exhibit lists (not filed with the Court) | *None set* | November 19, 2024 |
| Exchange objections to exhibit lists (not filed with the Court) | *None set* | December 3, 2024 |
| Exchange witness lists (not filed with the Court) | *None set* | November 15, 2024 |
| Parties exchange motions *in limine* (not filed with the Court) | December 12, 2024 | November 26, 2024 |
| Parties exchange oppositions to motions *in limine* (not filed with the Court) | December 22, 2024 | December 9, 2024 |
| Pretrial filings | December 26, 2024 | December 13, 2024 |
| Pretrial conference | January 9, 2025, at 1:30 p.m. | *Unchanged* |
| Parties to file deposition and discovery designations, including counter-designations and objections | January 22, 2025 | *Unchanged* |
| Jury Trial | January 27, 2025, at 9:00 a.m. | *Unchanged* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE JAMES DONATO
UNITES STATES DISTRICT JUDGE

KEKER, VAN NEST & PETERS LLP

/s/  Courtland L. Reichman

/s/  Sharif E. Jacob

Courtland L. Reichman (CA Bar No. 268873)
 crecihman@reichmanjorgensen.com
Jennifer Estremera (CA Bar No. 251076)
 jestremera@reichmanjorgensen.com
**REICHMAN JORGENSEN LEHMAN & FELDBERG LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone:     (650) 623-1401
Facsimile:     (650) 623-1449

Richard L. Wynne, Jr., admitted *pro hac vice*
richard.wynne@hklaw.com
Adrienne E. Dominguez, admitted *pro hac vice*
adrienne.dominguez@hklaw.com
Justin S. Cohen, admitted *pro hac vice*
justin.cohen@hklaw.com
**HOLLAND & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone:     (214) 969–1700
Facsimile:     (214) 969–1751

ATTORNEYS FOR PLAINTIFFS
BROADCOM CORPORATION and
AVAGO TECHNOLOGIES
INTERNATIONAL SALES PTE. LIMITED

**KEKER, VAN NEST & PETERS LLP**
ROBERT A. VAN NEST - #84065
rvannest@keker.com
SHARIF E. JACOB - #257546
sjacob@keker.com
PAVEN MALHOTRA - #258429
pmalhotra@keker.com
MICHELLE YBARRA - #260697
mybarra@keker.com
THOMAS E. GORMAN - #279409
tgorman@keker.com
DAVID J. ROSEN - #296139
drosen@keker.com
EDWARD A. BAYLEY - #267532
ebayley@keker.com
KATIE LYNN JOYCE - #308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

ATTORNEYS FOR
DEFENDANT NETFLIX, INC.

**ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I attest that each of the signatories have concurred in the filing of this document.

Dated: October 10, 2024                    By: /s/  *Courtland L. Reichman*
                                                Courtland L. Reichman