Courtland L. Reichman (CA Bar No. 268873)
creichman@reichmanjorgensen.com
Jennifer Estremera (CA Bar No. 251076)
jestremera@reichmanjorgensen.com
**REICHMAN JORGENSEN LEHMAN & FELDBERG LLP**
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone:   (650) 623-1401
Facsimile:   (650) 623-1449

Richard L. Wynne, Jr., admitted *pro hac vice*
richard.wynne@hklaw.com
Adrienne E. Dominguez, admitted *pro hac vice*
adrienne.dominguez@hklaw.com
Justin S. Cohen, admitted *pro hac vice*
justin.cohen@hklaw.com
**HOLLAND & KNIGHT LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone:   (214) 969–1700
Facsimile:   (214) 969–1751

ATTORNEYS FOR PLAINTIFFS
BROADCOM CORPORATION and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED

**KEKER, VAN NEST & PETERS LLP**
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
SHARIF E. JACOB - # 257546
sjacob@keker.com
PAVEN MALHOTRA - # 258429
pmalhotra@keker.com
MICHELLE YBARRA - # 260697
mybarra@keker.com
THOMAS E. GORMAN - # 279409
tgorman@keker.com
DAVID J. ROSEN - # 296139
drosen@keker.com
EDWARD A. BAYLEY - # 267532
ebayley@keker.com
KATIE LYNN JOYCE - # 308263
kjoyce@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

ATTORNEYS FOR
DEFENDANT NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BROADCOM CORPORATION *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NETFLIX, INC., <br><br> Defendant. | Case No. 3:20-cv-04677-JD <br><br> **JOINT NOTICE OF MOOTNESS REGARDING '283 PATENT** <br><br> Dept.:   Courtroom 11, 19th Floor <br> Judge:   Honorable James Donato <br><br> Date Filed: March 13, 2020 <br><br> Trial Date: January 27, 2025 |

Plaintiffs Broadcom Corporation and Avago Technologies International Sales Pte. Limited ("Broadcom") and Defendant Netflix, Inc. ("Netflix") have agreed to the dismissal with prejudice of Broadcom's claim of infringement of U.S. Patent No. 9,332,283 and Netflix's related counterclaims of noninfringement and invalidity, as well as all defenses related to the '283 patent. Dkt. 654 (Netflix, Inc.'s Answer to Plaintiffs' Fourth Amended Complaint). The parties are finalizing the terms of a Joint Stipulation to effectuate this dismissal, which will be filed shortly. The parties wish to inform the Court that the issues related to the '283 patent in Broadcom's motion for summary judgment (Dkt. 455) are moot. More specifically, Broadcom's motion for summary judgment concerning the following matters is now moot:

- Netflix's Tenth Affirmative Defense (Waiver) in its entirety [Dkt. 455 at pg. 8-14]
- Netflix's RAND-based counterclaims and patent misuse affirmative defense [Dkt. 455 at pg. 3-8] but only as they concern the '283 patent. The Court's resolution of these counterclaims and defenses as they concern U.S. Patent No. 6,744,387 and 6,982,663 is still requested.

| /s/ Courtland L. Reichman | /s/ Paven Malhotra |
|---|---|
| Courtland L. Reichman (CA Bar No. 268873)<br>creichman@reichmanjorgensen.com<br>Jennifer Estremera (CA Bar No. 251076)<br>jestremera@reichmanjorgensen.com<br>**REICHMAN JORGENSEN LEHMAN & FELDBERG LLP**<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Telephone:   (650) 623-1401<br>Facsimile:    (650) 623-1449<br><br>Richard L. Wynne, Jr., admitted *pro hac vice*<br>richard.wynne@hklaw.com<br>Adrienne E. Dominguez, admitted *pro hac vice*<br>adrienne.dominguez@hklaw.com<br>Justin S. Cohen, admitted *pro hac vice*<br>justin.cohen@hklaw.com<br>**HOLLAND & KNIGHT LLP** | KEKER, VAN NEST & PETERS LLP<br><br>**KEKER, VAN NEST & PETERS LLP**<br>ROBERT A. VAN NEST - #84065<br>rvannest@keker.com<br>SHARIF E. JACOB - #257546<br>sjacob@keker.com<br>PAVEN MALHOTRA - #258429<br>pmalhotra@keker.com<br>MICHELLE YBARRA - #260697<br>mybarra@keker.com<br>THOMAS E. GORMAN - #279409<br>tgorman@keker.com<br>DAVID J. ROSEN - #296139<br>drosen@keker.com<br>EDWARD A. BAYLEY - #267532<br>ebayley@keker.com<br>KATIE LYNN JOYCE - #308263<br>kjoyce@keker.com |

| | |
|---|---|
| One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, Texas 75201<br>Telephone:   (214) 969–1700<br>Facsimile:    (214) 969–1751<br><br>ATTORNEYS FOR PLAINTIFFS<br>BROADCOM CORPORATION and<br>AVAGO TECHNOLOGIES<br>INTERNATIONAL SALES PTE. LIMITED | 633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:    415 397 7188<br><br>ATTORNEYS FOR<br>DEFENDANT NETFLIX, INC. |

**ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I attest that each of the signatories have concurred in the filing of this document.

Dated: October 12, 2024          By: /s/  *Courtland L. Reichman*
                                                 Courtland L. Reichman