UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION, et al., | Case No.20-cv-04677-JD |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| NETFLIX INC, | |
| Defendant. | |

United States District Court
Northern District of California

At the parties' joint request, Dkt. No. 729, and pursuant to Federal Rule of Civil Procedure 58, judgment is entered against plaintiffs Broadcom Corporation and Avago Technologies International Sales PTE Limited.

**IT IS SO ORDERED.**

Dated: April 7, 2025

_____

JAMES DONATO
United States District Judge